# Exhibit 1

"Team AF" before:2016/03/01

Away

Mail | Conversations | Spaces | From ⌄ | Has attachment | To ⌄ | Advanced search

1–2 of 2

☐ ☆ ⅀ me    Re: Hey Amanda!! - Hi Ivy!! Allison here -- Team AF! Could you please use the Money Mavens FB gro...    2/29/16

☐ ☆ ⅀ me    Re: question - Hi Ivy! Allison here -- Team AF! I'm sorry you don't see password! It's under the video :    2/21/16



**Amanda Frances** <amandafrances.com@gmail.com>                                    Sun, Feb 21, 2016, 8:16 PM   ☆   ↩   ⋮

to Ivy ▾

Hi Ivy!

Allison here -- Team AF!

I'm sorry you don't see password!

It's under the video :)

Refresh page if you don't see it!

Big love,

Allison,
Team Amanda Frances
amandafrances.com

Sent from my iPhone

> On Feb 21, 2016, at 1:50 PM, ███████████████████████ wrote:
>
> hello! what is the password to watch the video for module 1?! I did not see it anywhere! thank you!
> ████████