# Exhibit 2

PageVault

| | |
|---|---|
| Document title: | 30 Popular Slang Words and Their Meanings - Viral Internet Words |
| Capture URL: | https://www.goodhousekeeping.com/life/g4589/slang-word-meanings/?slide=11 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:12:56 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:14:13 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | 3GdLVR9YdGrbbDicKjGt9S |
| User: | fe-athimons |



GOOD HOUSEKEEPING PRODUCT REVIEWS LIFE FOOD BEAUTY HOLIDAYS SUBSCRIBE SIGN IN
GIFTS FOR KIDS OF ALL AGES | BEST GIFTS FOR MEN | BEST GIFTS FOR WOMEN | ALL OUR BEST GIFTS IDEAS | THE MOST POPULAR GIFTS OF 2023

Life

# The Meaning of the 30 Most Popular Slang Words These Days

This list is a major mood.

BY CAROLINE PICARD UPDATED: JUN 20, 2019

SAVE ARTICLE

Bentayga Mulliner.
The pinnacle.
DISCOVER MORE
BENTLEY

Slide 11 of 30

AF

## AF

Want to emphasize something? AF stands for "as f*ck" — as in people who use this word think they're cool AF.

Bentayga Mulliner.
The pinnacle.
DISCOVER MORE
BENTLEY

CAROLINE PICARD
CONTRIBUTING WRITER
Caroline is a writer and editor with almost a decade of experience. From 2015 to 2019, she held various editorial positions at *Good Housekeeping*, including as health editor, covering nutrition, fitness, wellness, and other lifestyle news. She's a graduate of the Medill School of Journalism and dreams of the day Northwestern will go back to the Rose Bowl.

Advertisement - Continue Reading Below
CREATED BY GOOD HOUSEKEEPING FOR

Document title: 30 Popular Slang Words and Their Meanings - Viral Internet Words
Capture URL: https://www.goodhousekeeping.com/life/g4589/slang-word-meanings/?slide=11
Capture timestamp (UTC): Tue, 19 Dec 2023 16:14:13 GMT
Page 1 of 4

Advertisement - Continue Reading Below



CREATED BY GOOD HOUSEKEEPING FOR
minted.

# 5 Ways to Be the Ultimate Holiday Host

A party at your house will be comparable to none.

By: KATIE CALAUTTI

You know successful holiday parties are all about presence, not perfection, and that guests won't remember how clean your baseboards were or how you arranged the garnish on your main course. Instead, they'll smile recalling the warm environment you curated, filled with great food, great conversation and gratitude.

CLICK FOR MORE...

## LIFE










The Best Food Delivery Apps


Mayim Bialik Posts Heartbreaking 'Jeopardy!' News


Cole Hauser's Wife Shares Family Update on IG


Mark Consuelos Sparks Shower Habits Debate


What to Know About 'S.W.A.T.' Season 7


See Kelly Clarkson in Stunning Cut-Out Dress


Are Hassie Harrison and Ryan Bingham Married?


Travis Kelce May Be Preparing to Propose





What to Know About 'S.W.A.T.' Season 7

See Kelly Clarkson in Stunning Cut-Out Dress

Are Hassie Harrison and Ryan Bingham Married?

Travis Kelce May Be Preparing to Propose

Is There a 'When Calls the Heart' Film in 2023?

Erin Napier Shares "Precious" Photos of Daughters

Reddit Caught a Huge 'Christmas Prince' Easter Egg

How to Watch and Stream 'Maestro' at Home

Advertisement - Continue Reading Below

Good Housekeeping participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2023 Hearst Magazine Media, Inc. All Rights Reserved.

Document title: 30 Popular Slang Words and Their Meanings - Viral Internet Words
Capture URL: https://www.goodhousekeeping.com/life/g4589/slang-word-meanings/?slide=11
Capture timestamp (UTC): Tue, 19 Dec 2023 16:14:13 GMT

PageVault

| | |
|---|---|
| Document title: | Text Abbreviations: Acronyms for Parents to Understand Teens \| Time |
| Capture URL: | https://time.com/4373616/text-abbreviations-acronyms/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:15:07 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:17:57 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 12 |
| Capture ID: | 8iUHZBsuijSWShEUTmAjgU |
| User: | fe-athimons |




MAKE A DELICIOUS IMPRESSION
DISCOVER MORE

SIGN UP FOR OUR IDEAS NEWSLETTER SIGN IN SUBSCRIBE NOW!

TECH

# 116 Teen Text Terms Decoded for Confused Parents

Getty Images

BY JOHN PATRICK PULLEN AND JESSICA CITIZEN

UPDATED: JUNE 17, 2016 3:44 PM ET | ORIGINALLY PUBLISHED: MAY 3, 2012 3:13 PM EDT

Kids today—who can understand them? Of course this is a timeless sentiment, but one that's no less true today, with young ones constantly nose-to-the-glass with smartphones and tablets, chatting with their friends. If you dare to peek at their tweets and posts, other than a near hieroglyphic scroll of emoji, you'll find a language of all their own.

Below are terms that have been rolling off kids tongues, popping up in songs and memes, and generally floating around the Internet lately.

Study them. Learn them. Then, never use them, because there's nothing more out of place than a parent who is trying to fit in.

Watch more from TIME

Click to unmute

out of place than a parent who is trying to fit in.

Watch more from TIME

**AF:** Technically an acronym for "as f#¢&," it means extremely. As in, "I'm hungry AF."

**Bae:** Babe or baby, in the romantic (and not the infant) sense. Also short for "before anyone else." So, imagine "I Got You Bae," **as sung by Pharrell and Miley**, instead of Sonny and Cher.

**Basic:** Despite meaning thoughtless, boring, conforming, self-important and many other unflattering things, a lot of thought has gone into this term, and its sidekick, "**basic bitch**."

**Bye Felicia:** Adismissive term said when you want an annoying person to buzz off. Still popular, despite being a throwaway line in the movie *Friday*, which came out more than **more than 20 years ago**.

YOU MAY ALSO LIKE

WORLD
The Royal Tradition That Keeps Prince William and Kate Middleton Apart on...

POLITICS
That Texas Abortion Case Is Even Worse Than You Think

HEALTH
WeightWatchers Is Now Prescribing Weight Loss Drugs

ENTERTAINMENT
The 25 Most Anticipated Books of 2024



Think

HEALTH
WeightWatchers Is Now Prescribing Weight Loss Drugs

ENTERTAINMENT
The 25 Most Anticipated Books of 2024

**Can't even:** An expression of exasperation, "can't even" can't even finish the sentence, it's that frustrated.

**Fam:** Short for family, "fam" is used with only your closest friends. It could be an acronym for "from another mother," or that may just be a coincidence. Either way, that'll help you remember when someone says, "What's up, fam?" the two people aren't related.

**Feels:** Shorthand for feelings, "feels" is a noun, not a verb. The term derived from "right in the feels," a meme that expresses extreme sadness. Also sad, it would appear we have arrived **at peak feels**. It's all downhill from here.

**Hooking up:** Think back to years ago when that younger, more attractive version of yourself 'hooked up' with someone at a bar or a party. Now slap a Rated-G tag on that memory — today's "hooking up"means *much, much* more, and legally shouldn't be performed in public.

**Lit:** An adjective used to describe something that's active or popular, like a party. It can also mean drunk or stoned. So, technically you could get lit at a party that was lit, though the only person who would ever say that would be Eugene Levy in a straight-to-video movie.

**Is everything:** Something that is great and/or important. For instance, if you're big into modern art, you might say "Outside is everything," as ***TIME*did in 1952**. (Yeah, we're *avant garde* AF.)

**Netflix and chill:** The modern version of being invited into a date's home for a nightcap, "Netflix and chill" has nothing to do with movies or relaxing, and everything to do with hooking up.

**Obvi:** This one should be obvious.

**On fleek/On point:** Used asan adjective,thesetwo terms both mean impeccably styled or groomed. So, which should you use? On fleek **was added to Random House's Dictionary.com** last year, but logophiles think Merriam-Webster is totally on point (and recognizes neither). Ultimately, you should use neither, because you're not 17.

**OTP:** An acronym for "one true pairing" it means the fictional couple you think

totally on point (and recognizes neither). Ultimately, you should use neither, because you're not 17.

**OTP:** An acronym for "one true pairing" it means the fictional couple you think were meant to be together, despite their will-they/won't-they history. For instance, you could say, "Pacey and Joey are my OTP," but only if you want to sound really old and out of touch.

**Slay:** Short for doing something very well, "slay" is shorthand for slaying, which is a synonym of kill. So, in other words, killing it, only six characters shorter, thus easier on the Twitter.

**Ship:** As a noun, "ship" is short for a romantic relationship. As a verb, it means wanting a romantic relationship. But because it's spoken by teens (who have a hard time grappling with their own awkward feelings) it's mainly used in fictional terms. For instance, "I ship Ron and Hermione so hard."

Smarter AI starts with federated learning
it starts with

**Snatched:** 2016's version of "on fleek" and "on point." Presented with a third option, which should you use? Again, none. You people already killed "on fleek." Can't you just leave "snatched" alone?

**SMH:** An acronym for "shake my head," it's what teens will say about you if you use their slang. For instance: "Woman just said my outfit was on fleek. Smh."

**Swipe right:** Derived from the user interface of the popular hook-up app Tinder, "swipe right" is a term of approval.

**TBH:** An acronym for "to be honest," this term evolved into a game on Facebook. Users post "Like this status for a TBH," and then leave previously unrevealed truths in the comment fields for all their friends who like the post.

**Turnt/Turnt Up:** Similar to "Lit," these adjectives describe a particularly loud, lively affair, or being inebriated, or both. **Reddit users have discussed the etymology** of the term, linking it to songs by Soulja Boy, among other sources. Tbh, It likely started with Spinal Tap's Nigel Tufnel **turning his amp up to 11**.

**V:** Short for "very," as in "I type v fast." So fast that the e, r, and y just get in the way.

**YAS:** A very enthusiastic version of yes, "YAS" should not be confused with YAZ, a contraceptive which in other words means "no."







**You da real MVP:** A meme that basically thanks people for doing seemingly mundane but important tasks, this term taken from the 2014 NBA MVP speech of Kevin Durant, who saluted his mother was "da real MVP." Here's an example:

**143:** I love you (popularized by no less awesome a source than Mister Rogers himself

**2DAY:** Today

**4EAE:** For ever and ever

**ADN:** Any day now

**AFAIK:** As far as I know

**AFK:** Away from keyboard

**ATM:** At the moment

**B/C:** Because

**B4:** Before

**BF / GF:** Boyfriend / Girlfriend

**BFN:** Bye for now

**BOL:** Be on later

**BRB:** Be right back

**BTW:** By the way

**DM:** Direct message

**DWBH:** Don't worry, be happy

**F2F or FTF:** Face to face

**FB:** Facebook

**FF:** Follow Friday (Follow Friday is a recurring topic on Twitter. Each week,

**FB:** Facebook

**FF:** Follow Friday (Follow Friday is a recurring topic on Twitter. Each week, users post lists of people that they think others should followusing the #FF or #FollowFriday hashtag.)

**FTL:** For the loss / For the lose

**FTW:** For the win

**FWB** :Friends with benefits

**FWIW:** For what it's worth

**FYEO:** For your eyes only

**FYI:** For your information

**GLHF:** Good luck, have fun

**GR8:** Great

**HAK:** Hugs and kisses

**HAND:** Have a nice day

**HT or H/T:** Hat tip or heard through (usually referencing news or an informative link)

**HTH:** Hope this helps / Happy to help

**IANAL:** I am not a lawyer

**IDK:** I don't know

**IIRC:** If I remember correctly

**IKR:** I know, right?

**ILY / ILU:** I love you

**IKR:** I know, right?

**ILY / ILU:** I love you

**IMHO:** In my honest opinion / In my humble opinion

**IMO:** In my opinion

**IRL:** In real life

**IU2U:** It's up to you

**IYKWIM:** If you know what I mean

**J/K:** Just kidding

**J4F:** Just for fun

**JIC:** Just in case

**JSYK:** Just so you know

**K or KK:** Okay

**LMBO:** Laughing my butt off

**LMK:** Let me know

**LOL:** Laughing out loud

**MM:** Music Monday. Another recurring Twitter topic. In this case, users post a song or two that will get your week off to a better start.

**MSM:** Mainstream media

**NAGI:** Not a good idea

**NM:** Never mind

**NMU:** Not much, you?

**NP:** No problem or Now playing (as in "My MP3 stream is now playing LMFAO's *Party Rock*.)

**NSFW:** Not safe for work. If this is attached to a link, you're strongly advised not to check it out while in the workplace or any other venue where inappropriate content would be, well, inappropriate.

**NSFL:** Not safe for life. Usually a humorous disclaimer that something formerly innocent is going to be irreparably sullied if you click the link.



**NSFL:** Not safe for life. Usually a humorous disclaimer that something formerly innocent is going to be irreparably sullied if you click the link.



**NTS:** Note to self

**OH:** Overheard

**OMG:** Oh my God

**ORLY:** Oh, really?

**PAW:** Parents are watching

**PLS or PLZ:** Please

**PPL:** People

**PTB:** Please text back

**QQ:** Crying. Rather than an abbreviation, this is an emoticon, a picture created in text. The tails of the capital Q form tears, while the circles are the eyes. Saying "QQ" aloud also can mimic the "boo hoo" of someone who's upset. Usually used sarcastically or contemptuously.

**RAK:** Random act of kindness

**RL:** Real life

**ROFL:** Rolling on the floor laughing

**RT:** Retweet. Similar to forwarding an email, Twitter lets you echo other people's tweets for your own followers to read. In some cases, folks will ask for something they've said to be amplified by saying "Please RT" or "PLS RT."

**RUOK:** Are you okay? In Australia, #RUOK is a regularly trending topic, following a government initiative called RUOK Day, which raises awareness of mental health issues on social networking sites.

**SMH:** Shaking my head

**SRSLY:** Seriously



**SMH:** Shaking my head

**SRSLY:** Seriously

**SSDD:** Same stuff, different day

**SWAK:** Sealed with a kiss

**SWYP:** So, what's your problem?

**TIA:** Thanks in advance

**TIME:** Tears in my eyes

**TMB:** Tweet me back

**TMI:** Too much information

**TMRW:** Tomorrow

**TTYL:** Talk to you later



**TY or TU:** Thank you

**VSF:** Very sad face

**WB:** Welcome back

**WTH:** What the heck?

**WTPA:** Where the party at?

**WYCM:** Will you call me?

**YGM:** You've got mail (to alert your texting partner that you've contacted them via that staid old email thing. That's sooo 2001!)

**YMMV:** Your mileage may vary

**YW:** You're welcome

**ZOMG:** Oh my god (sarcastic)

*This article has been expanded from an earlier version, which was written by Jessica Citizen and originally appeared on Tecca.*

*This article has been expanded from an earlier version, which was written by Jessica Citizen and originally appeared on Tecca.*

## MORE MUST-READS FROM TIME

- **Taylor Swift** Is TIME's 2023 Person of the Year
- **Sam Altman on OpenAI** and Artificial General Intelligence
- **Conversion Therapy Is Still Happening** in Almost Every U.S. State
- You've Heard of Long COVID. **Long Flu** Is a Health Risk, Too
- **Padma Lakshmi** Is Transforming How Americans Think About Food
- Column: The Dangers of **Curtailing Free Speech** on Campus
- The Most Anticipated **Books of 2024**
- Want Weekly Recs on What to Watch, Read, and More? Sign Up for **Worth Your Time**

CONTACT US AT LETTERS@TIME.COM.

Taboola Feed

**No More Free Returns? Amazon Releases New Fees**
Amazon's new fee calls into question the era of free online returns. (Here's what you need...
Online Shopping Tools | Sponsored

**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**
This simple trick can save tons of money on Amazon, but most Prime members are ...
Coupon Code Finder | Sponsored

**Panera Faces Second Wrongful Death Lawsuit Over Lemonade**
TIME

**Diabetes Is Not From Sweets! Meet The**

**Why Your Firewood Needs This Drill**

- **Padma Lakshmi** Is Transforming How Americans Think About Food
- Column: The Dangers of **Curtailing Free Speech** on Campus
- The Most Anticipated **Books of 2024**
- Want Weekly Recs on What to Watch, Read, and More? Sign Up for **Worth Your Time**

CONTACT US AT LETTERS@TIME.COM.

Taboola Feed

**No More Free Returns? Amazon Releases New Fees**

Amazon's new fee calls into question the era of free online returns. (Here's what you need...

Online Shopping Tools | Sponsored

**Amazon Hates When You Do This, But They Can't Stop You (It's Genius)**

This simple trick can save tons of money on Amazon, but most Prime members are ...

Coupon Code Finder | Sponsored

**Panera Faces Second Wrongful Death Lawsuit Over Lemonade**

TIME

**Diabetes Is Not From Sweets! Meet The Number One Enemy**

Top Surgeon: Anyone With Blood Sugar Over 100 Should Try This

Wellness Guide 101 | Sponsored Learn more

**Why Your Firewood Needs This Drill Bit?**

This revolutionary design takes the labor out of the 'manual labor' normally required to ...

Libiyi | Sponsored Learn More

