# Exhibit 5

On Wed, Sep 11, 2019 at 2:33 PM Helen ███ <███@penguinrandomhouse.com> wrote:

Hi Amanda,

I'm an editor at Portfolio, the dedicated business imprint of Penguin Random House. It's good to e-meet you! I'm a long-time admirer of your financial advice, and especially your podcast. I'm wondering whether you'd ever considered turning the project you've started on And She Rises into a book. If not, I would love to chat about the possibility, and of course answer any questions you might have about the business of publishing in general. Does this sound of interest to you? If you already have a book agent, just let me know who it is and I'll get in touch with them directly.

A little bit about Portfolio: We publish idea-driven books in the business category by authors who have engaged a tribe of audience of ambitious and optimistic people. We've published writers of all stripes including Marie Forleo, Ryan Holiday, Cara Leyba, Ryder Carroll, Annie Duke, Sophia Amoruso, and many more.

Hope to hear from you soon!