# Exhibit 8

Page Vault

| | |
|---|---|
| Document title: | 1081. Work Less & Make More With Amanda Frances |
| Capture URL: | https://loriharder.com/work-less-make-more-with-amanda-frances/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 17:48:18 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 17:49:07 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | eTZnKsLnuPxo6kh2zGSMz2 |
| User: | fe-athimons |

Join my text list for DAILY inspo, deeper conversations, behind the scenes, and more! Text the word DAILY to 310-496-8363 and we'll chat!   ✕

HOME          ABOUT          BOOK          PODCAST          SPEAKING          🔍 👤



# 1081. Work Less & Make More With Amanda Frances, Self-Made Multimillionaire



I immediately fell in love with Amanda Frances' unique and refreshing approach to coaching after reading her best-selling book, "Rich as F*ck." Amanda joins me in this episode to discuss motherhood and business, manifesting your goals, falling in love with your sales, and understanding the energy frequency of money so you can live your desired life. Amanda is known for her popular digital courses, engaging online presence, and as the host of the popular "And She Rises" podcast.

Amanda believes that everything holds energy, including money. In our conversation, she emphasizes being intentional about the energy you associate with money to understand your

for her popular digital courses, engaging online presence, and as the host of the popular "And She Rises" podcast.

Amanda believes that everything holds energy, including money. In our conversation, she emphasizes being intentional about the energy you associate with money to understand your standards and attract abundance and success. She also shares her perspective on sustaining your money through taking risks, learning from failures, and being honest about the freedom you want to achieve.

**CONNECT WITH AMANDA**

Follow Amanda: @xoamandafrances

Follow on Twitter: @XoAmandaFrances

Connect on Facebook: Amanda Frances

Listen to And She Rises…

**CONNECT WITH LORI**

Follow me: @loriharder

Follow Earn Your Happy: @earnyourhappy

Follow Girlfriends & Business: @girlfriendsandbusiness

**EPISODE TIMELINE**

(0:28) Welcome back to another episode of Earn Your Happy.

(6:13) Lori asks Amanda, "What is your favorite thing in your life?"

(6:37) Lori asks Amanda, "What were some of the biggest things motherhood has shifted about your business life?

(10:46) Lori asks Amanda, "How do the money of energy and the frequency of money help to understand money?"

(15:52) Lori asks Amanda, "How do we start deciding what we are available for and what we're not?"

(17:57) Lori asks Amanda, "What does the practice of resetting yourself look like?"

(21:39) Lori asks Amanda, "What are some of the things you notice that people have to work on?"

(24:19) Lori asks Amanda, "What are some things that you have done to fall in love with sales?"

(28:50) Lori asks Amanda, "What are the three things that you would tell me to get me into a great place around launching around making money?"

(0:23) Welcome back to another episode of Earn Your Happy.

(6:13) Lori asks Amanda, "What is your favorite thing in your life?"

(6:37) Lori asks Amanda, "What were some of the biggest things motherhood has shifted about your business life?

(10:46) Lori asks Amanda, "How do the money of energy and the frequency of money help to understand money?"

(15:52) Lori asks Amanda, "How do we start deciding what we are available for and what we're not?"

(17:57) Lori asks Amanda, "What does the practice of resetting yourself look like?"

(21:39) Lori asks Amanda, "What are some of the things you notice that people have to work on?"

(24:19) Lori asks Amanda, "What are some things that you have done to fall in love with sales?"

(28:50) Lori asks Amanda, "What are the three things that you would tell me to get me into a great place around launching around making money?"

(30:57) Lori asks Amanda, "How do we sustain money?"

(32:36) Lori asks Amanda,  "What would you say to somebody thinking of pivoting?"

(34:29) Lori asks Amanda, "What got you into real estate? What are you excited about in that arena right now?"

(36:20) Lori asks Amanda, "What do you follow? What are you basing your life on?"

(39:11) Lori asks Amanda, "How did you start to trust yourself?"

(41:37) Lori asks Amanda, "How do we get to a place or what's the practice around expanding and being open for more?"

(44:25) Amanda discusses the questions she asks herself for expansion.

*more episodes*

Subscribe to my newsletter

Email

SUBMIT

MEMBER LOGIN   ABOUT   BOOK   PODCAST   SPEAKING

CONNECT WITH ME ON SOCIAL

DESIGN BY MELISSA HARANS STUDIO   TERMS + CONDITIONS   PRIVACY POLICY   DISCLAIMER

Page Vault

| | |
|---|---|
| Document title: | The Mastery Matrix Podcast: 67. Rich As F*ck - Amanda Frances on How to Cultivate a Wealth Mindset. on Apple Podcasts |
| Capture URL: | https://podcasts.apple.com/us/podcast/67-rich-as-f-ck-amanda-frances-on-how-to-cultivate/id1589825494?i=1000604610546 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:05:25 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:05:40 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | mRTnq6uRifFSYTKzaYP5pe |
| User: | fe-athimons |

PDF REFERENCE #:          mXXKHPAHcHxYFXRfLqgUUU

**Apple Podcasts** Preview



31 min                    PLAY ▶

### 67. Rich As F*ck - Amanda Frances on How to Cultivate a Wealth Mindset.

The Mastery Matrix Podcast

Self-improvement

[ Listen on Apple Podcasts ↗ ]                                                    

In Rich As F*ck, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance! In this book, she clearly analyzes why entrepreneurs need to understand wealth and how to break the upper ceiling. In today's episode, we discuss the whole concept of the wealth mindset and some of the key takeaways from the book which include:

1. How to get acquainted with the energy of money
2. Limiting beliefs and how to release them
3. How to develop your wealth mindset and remove the upper limit
4. How to take inspired action and act on your inspiration

If you enjoyed this episode and it inspired you somehow, I'd love to hear about it and know your biggest takeaway. Take a screenshot of you listening on your device, post it to your Instagram Stories, and tag me on all socials https://linktr.ee/khairyvarre

#### More Episodes

© 2023 The Mastery Matrix Podcast

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                    Choose your country or region

**E** | NEWS   SHOWS   WATCH   ☰



Thank you @eentertainment ❤️

Alex Yang Photography

**Money Queen:** *Rich As F*ck!* author **Amanda Frances**, the self-proclaimed Money Queen, celebrated the success of her bestseller at The Allbright in West Hollywood alongside *Selling Sunset* star **Davina Potratz**.



**CAREER**

# How to become a Money Queen

Self-made millionaire and author, Amanda Frances, shares her story

by *Amanda Frances* – November 4, 2022

   



Several years ago now, I was driving my car through the most affluent Dallas, Texas neighbourhoods, assertively reminding myself, "I am a multi-millionaire." At the time,



# I Interviewed Instagram's 'Money Queen,' But We Didn't Discuss Money At All

Instead, Instagram star Amanda Frances shares her six best pieces of advice for maintaining a large online presence and being a digital course creator.

By Gabrielle Garrett    November 17, 2021

Opinions expressed by Entrepreneur contributors are their own.

"Entrepreneurship isn't necessarily about being entrepreneurial. Some of us simply aren't made to work for other people," Amanda Frances began.

# 3 Tips To Achieve Personal Wealth From The Money Queen Amanda Frances

**Blake Morgan**
Senior Contributor ⓘ
*I am a Customer Experience Futurist, Author and Keynote Speaker.*

Jun 13, 2022, 01:00pm EDT



Amanda Frances, Money Queen and best-selling...    [+]
AMANDA FRANCES

- Amanda Frances used her life experience to grow her multimillion-dollar business from nothing.
- Improving your mindset increases your probability







**Amanda Frances Spotted In Hollywood After Debuting 'Rich As F--k!'**



A self-made multimillionaire, Amanda's ingredients to success are unparalleled - her background in ministry, mental health counseling, and business coaching provides the perfect recipe for success.



Well, Amanda Frances, aka the "Money Queen", a financial empowerment leader for women globally, has preached the idea of manifestation as a form of attracting money. I mean, we've all heard the notion of manifesting certain things into our lives, but is it all really vision boards and positive thinking, or can it be applied to a more pressing matter such as money-making?



Speaking to GLAMOUR UK, Amanda breaks the power of money manifestation down into seven simple steps.





Amanda Frances is the definition of a go-getter, a self-made millionaire who's here to empower the masses to get up and go after their wildest dreams... and making money while doing it! The self-proclaimed Money Queen went through graduate school but chose to leave her PhD program in order to start her own company, which one decade later proves to be a 7-figure yearly brand.

Page Vault

| | |
|---|---|
| Document title: | Rich As F*ck Book Review \| 11 Lessons + Quotes - Striving For Felicity |
| Capture URL: | https://strivingforfelicity.com/rich-as-fck-book-review-11-lessons-quotes/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 17:45:12 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 17:45:41 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 13 |
| Capture ID: | 3jBCKN61m5X7dAZgnmtMVR |
| User: | fe-athimons |

PDF REFERENCE #:            cT1e4n165HnZ8wGgAX84yV

**STRIVING FOR FELICITY**

SEARCH 🔍

PERSONAL DEVELOPMENT   SUCCESS   ONLINE BUSINESS TIPS

# Rich As F*ck Book Review | 11 Lessons + Quotes

*BLOG, BOSS LADY, SUCCESS / JULY 9, 2021 by ADMIN / 1 COMMENT*

*This page contains affiliate links. If you purchase a product through one of them, I will receive a commission (at no additional cost to you). I only ever recommend products that I have personally used and loved. Thank you for your support!*

Here are my favorite lessons and some inspiring quotes from the book "Rich As F*ck: More Money Than You Know What to Do With ."

**Read also:** [Secrets Of Six-Figure Women Book Review | 17 Lessons + Quotes](#)

**Read also:** [The Psychology of Money Book Review | 13 Lessons + Quotes](#)

## Reading Experience

I've been working on my money mindset and energy for quite a while already, so the book's overall concept was not mind-blowingly new for me.

However, I still really enjoyed the wisdom of "Rich As F*ck!". There were many golden nuggets that called me out on limiting beliefs I have and nudged me into a better direction.

This book was another valuable and perfectly timed building block on my way to

### POSTS THAT MIGHT INTEREST YOU



[11 Ways To Live A Miserable Life | Habits Of Miserable People](#)



[7 Reasons Why Failure Is Important For Success](#)



[How To Embrace Change | 22 Ways To Stop Resisting](#)

---

However, there are also plenty of practical insights mixed in with the manifesting golden nuggets that called me out on limiting beliefs I have and nudged me into a better direction.

This book was another valuable and perfectly timed building block on my way to becoming a Wealthy Woman.

Unfortunately, the book has one fault that annoyed me repeatedly: Writing and formatting mistakes.

Since English is my second language, even though I'm fluent in it, I usually give the author the benefit of the doubt when I stumble over a weird sentence structure or missing word. However, I did stumble enough times in this book that I couldn't overlook these mistakes.

The mentioned formatting mistakes are just a few line-breaks that seem unintentional and are probably only an issue of the Kindle version.

# Lessons

## 1. Whatever you do with your money, the energy behind it counts

> "When it comes to the "smart" things we are taught to do with money, no one has told us that choosing not to spend money out of a desire to honor your money and love yourself and choosing not to spend money out of a fear that money is running out puts you into two very different energetic states."
>
> – Amanda Frances (Rich As F*ck)

> "As you've already gathered, this money thing isn't really dependent on hard work, following formulas, restricting your desires, and playing it safe. Mastering money is about choosing your thoughts and feelings about money intentionally."
>
> – Amanda Frances (Rich As F*ck)

There are countless financial experts on the internet that recommend different courses of action to increase your wealth.

How To Embrace Change | 22 Ways To Stop Resisting

**NEW POSTS**

22 Motivational Quotes For Better Goal-Setting



FREE December Printable Calendar + Planner Templates



44 Positive Affirmations For A Peaceful Evening + Deep Sleep



66+ SMART Goals For Students (Academic Success Guaranteed!)

*intentionally."*

– Amanda Frances (Rich As F*ck)

There are countless financial experts on the internet that recommend different courses of action to increase your wealth.

Some recommend strict budgeting, others frugal saving, and some investing your money in one way or another.

Ultimately, it doesn't matter so much *what* you do with your money, as it matters with which emotions and intentions you act.

If saving feels good to you, makes you appreciate the money you have, and gives you a feeling of abundance, it helps you be in the right energy to attract more money.

If you are saving because you have a frantic feeling of lack and panic that you will run out of money one day, you will only manifest bills that take up what you've saved.

If you spend money with reluctance and grumble about every price, you are not living in an energy that will attract more money.

If you purchase things with a feeling of gratitude and excitement for what money enables you to do, you're on a good way to attract more money into your life.

Your feelings and thoughts count!

# 2. You will always fall back to your energetic minimum if you don't change it

You have a certain energetic minimum of money that you expect to be in your life.

Maybe you would never expect to be completely debt-free.

If that's part of your energetic minimum, you can save and earn all you want; one way or another, bills will manifest to push you back into debt.

You have to change your energetic standard first. Then the Universe will help you to attract an according to reality.

You have to change your energetic standard first. Then the Universe will help you to attract an according to reality.

## 3. You get to choose what's true for you; don't buy into other people's realities!

" *"I don't believe earnings have to drastically fluctuate. Once you are an energetic match for a certain income range, it doesn't have to go up and down thereafter. You can choose for it to stay the same as a default. You can also choose for it to continually go up."*

– Amanda Frances (Rich As F*ck)

Reading "Rich As F*uck" has made me aware of the many limiting realities I have been buying into, still.

I've realized that as I've decided past limiting beliefs don't align for me, I've just fallen into a new bunch of them.

I've overcome the beliefs that only a 9-to-5 is a stable source of income, that investing is risky and will make you lose your money, that luck determines who ends up with a successful business, that it's ridiculous to believe I'll ever be a millionaire.

With all these limiting beliefs and more, I've decided that I don't want to subscribe to that reality. So I chose to create my own reality.

At least to some extent ...

People say that we can't increase our income every month without fail; what if I don't want that reality?

Experts say you need to have funnels and do a lot of social media marketing to succeed; what if I hate the idea of that?

What makes these fixed ideas different from the previous ones? Why shouldn't I be able to choose a different reality for me in these cases as well?

There are most likely always going to be some limiting ideas you're thinking of as fixed.

able to choose a different reality for me in these cases as well?

There are most likely always going to be some limiting ideas you're thinking of as fixed.

Look out for them and dare to defy them!

You are the creator of your reality!

# 4. The inner work never really stops

" *"I've manifested . . . a lot. And every single day of my life, I look at, and work on, my limiting ideas around what I can do, create, have, and become in this lifetime. The work has not stopped. I am just more familiar with what the work is."*

– Amanda Frances (Rich As F*ck)

" *"I practice daily. Every day of my life, I experience some sort of unhelpful thought or feeling about money. Every day, my mind thinks something fearful or doubt-based. I choose not to make these things my truth."*

– Amanda Frances (Rich As F*ck)

I've touched upon this already in the previous point, but it deserves a separate mentioning because of its importance.

Most of us are very willing to keep up working on our mindsets, beliefs, and traumas.

And the more practice we have with it, the more skilled we get.

However, the most difficult part might be recognizing exactly what we need to work on.

So, I believe we should be especially careful to keep an eye out for new things to address during the habits we've created for our inner work.

5. Feeling worthy is the key to attracting wealth:

## 5. Feeling worthy is the key to attracting wealth; forgiving is crucial to feel worthy

" *"You are worthy. You are worthy because you are. You get to create a beautiful life because you do. There is nothing to prove. There is no one to impress. You are enough. "*

– Amanda Frances (Rich As F*ck)

You need to feel worthy of the wealth you desire to attract it.

If you feel undeserving, you will harbor doubts, guilt and question what you have — all of these will push money out of your life in the form of a low income, bills, and more.

I've been actively working on my self-worth for a few months now. During that time, I've mostly focused on finding and highlighting skills, characteristics, and habits that make me worthy.

Only recently, though, have I learned of the importance of forgiveness.

The book "The Extrordinary Minds" mentioned how forgiveness can drastically alter brainwaves and pretty much give you the same meditation results a monk has after decades of practice.

That's crazy powerful!

So when Amanda Frances provided a few journals prompts in her book that also focused on the topic of forgiveness, I latched onto that sign immediately.

Mind you, I am far from a vengeful person. On the contrary, I pretty easily forgive others, or rather, I rarely feel angry or offended enough for there to be something to forgive.

Unfortunately, though, I am hard on myself in this department.

I tend to cling to the tiniest missteps of mine for years to come. So while I don't directly feel unworthy because of them, they definitely annoy me, which ought to impact me.

So as uncomfortable as it is to confront these unpleasant memories, I now make a determined and conscious effort to work through any grudges I still have.

impact me.

So as uncomfortable as it is to confront these unpleasant memories, I now make a determined and conscious effort to work through any grudges I still have.

## 6. Success doesn't require struggle, but you can use struggle as a stepping stone to success

" *"I am saying that believing bad things must happen in order for good things to be created is not the only option."*

  – Amanda Frances (Rich As F*ck)

" *"You get to grow and go to your next level just because you decide to. No struggle required. However, if struggle has occurred or is occurring, you might as well turn it into gold."*

  – Amanda Frances (Rich As F*ck)

I've partly fallen into the trap of expecting some form of hardship before I can level up.

Of course, when hard times occur, it is wise of you to use them for growth and milk them for all their worth.

However, does that mean you always have to struggle before you succeed? Of course, not.

This is your reality, and if you decide you get to succeed without major struggles, the Universe will pave the way for you.

On the other hand, if you are looking eagerly for your next hardship because you think you need it, guess what you'll find.

## 7. You fully embody the energy when you can't imagine it not happening

" *"For me, I know it is done when I can't even imagine not receiving what I've decided I will."*

imagine it...

> " *"For me, I know it is done when I can't even imagine not receiving what I've decided I will."*
>
> – Amanda Frances (Rich As F*ck)

> " *"The key for elevating into a new income range is making the new amount of money no big deal for you."*
>
> – Amanda Frances (Rich As F*ck)

For many people, me included, the possibly biggest issue with manifesting is that it's hard to determine whether you embody the right energy.

I mean, how does it feel like?

How do I know that I'm not fooling myself by thinking that I'm doing it right?

I loved Amanda Frances' answer to this question because I know that feeling of certainty; I just rarely noticed it for what it is.

I can't imagine not having success with my blog and not being wealthy. I know that these things will happen sooner or later without a doubt in my mind (usually).

It's not a question of '*if*' but a question of '*when.*'

Because it's such a natural feeling for me, I usually don't realize I feel this way about something entirely unpredictable for an outsider at this point in time.

Once in a while, I have a moment of sudden panic, as I realize that I am making decisions with an outcome in mind that might not actually happen.

But this panic quickly subsides into certainty again.

Now that I've realized that this is the energy I have to embody, I try to get to this point with all my manifestations.

## 8. You are manifesting every moment of every day

> " *"Remember this, my love: Every moment of every day, you are teaching yourself how to think of you. Every action you take and purchase you make informs yourself of who you*

" *"Remember this, my love: Every moment of every day, you are teaching yourself how to think of you. Every action you take and purchase you make informs yourself of who you are and where you are going."*

– Amanda Frances (Rich As F*ck)

Every thought you think, every emotion you feel, and every action you take adds up.

Taken singularly, they are insignificant, but they add up to your overall energy, which shapes your reality.

This means manifesting your dream reality doesn't require big rituals that you have to fit into your day.

Instead, you just need to remind yourself once in a while during the day to adjust your thoughts, feelings, and actions.

In the beginning, you might slip back into old patterns quickly. It can be frustrating because it seems like you are getting nowhere.

But like I said, it all adds up.
Every time you embody the energy you aim for, it gets easier and easier to do so.

You just need to put in a conscious effort consistently.

## 9. If you desire something, it means you are supposed to have it

I *adore* this mindset shift!

Somehow it changes everything.

It feels like a higher power is supporting you in making your dreams come true. It makes the achievement of your desires seem more possible.

## 10. The 'How' is not your responsibility; your thoughts, feelings, and actions are

## 10. The 'How' is not your responsibility; your thoughts, feelings, and actions are

" *"The Wealthy Woman elevates herself. She doesn't know how the fuck she is going to get where she is going or how the fuck it is going to work, but she keeps going."*

– Amanda Frances (Rich As F*ck)

It's reassuring to know that you don't need to have a master plan to get you to where you want to go.

All you need to do is take messy inspired action in your goal's rough direction and embody the right energy.

Take me, for example. I want to make a huge positive impact, have a successful business and immense wealth.

Do I already know exactly how these things would play out ideally? No.

However, I refuse to wait around until enlightenment strikes me.

Instead, I started this blog and worked almost every day for over 2 years on it.

It's not yet my dream business, but I'm getting closer, and a more defined idea forms in my mind.

The 'How' is not my responsibility.

I focus on inspired action, and I visualize and feel into my dream life often.

## 11. Don't force yourself into a box if your desires lie outside of it

" *"The biggest lie ever told to emerging businesswomen is that you have to niche yourself into a tiny box. You are the niche. You are the brand. You are the thing. And if you want to teach on or talk about more than one thing, that's okay."*

– Amanda Frances (Rich As F*ck)

*that you have to niche yourself into a tiny box. You are the niche. You are the brand. You are the thing. And if you want to teach on or talk about more than one thing, that's okay."*

– Amanda Frances (Rich As F*ck)

Rich As F°ck dedicated one chapter to entrepreneur tips and this lesson would have helped ease my mind a lot when I started out, so I wanted to include it here.

I struggled a lot on finding a niche to which I could dedicate my efforts.

Sometimes I chose one, only to slightly change it again a few months later.

Nowadays, I don't care all too much about it anymore. So instead, I write the content I feel excited to write.

Sometimes, that means personal development tips, business tips, non-fiction book reviews, and other times, I write about success lessons from series and movies.

I've also just started sharing a few of my thoughts on Pinterest for people to relate to.

I just do what feels right in the moment, and I have utter faith that the right people will find my business.

Besides feeling able to express me fully, this broad niche approach enables my business to stand out among others.

You can also apply this lesson to your life in general. Don't try to fit into a predefined box. Don't be just a gamer, nerd, a-student, or jock. Be many different things all mixed together.

Have a multitude of passions and interests. Be a walking contradiction.

Be you in your most free form, independent of any fictional restrictions.

---

That's it for this book review.

What was your favorite lesson, and do you plan to pick up the book yourself?

I'd love to hear from you!

Sophie

Sometimes, that means personal development tips, business tips, non-fiction book reviews, and other times, I write about success lessons from series and movies.

I've also just started sharing a few of my thoughts on Pinterest for people to relate to.

I just do what feels right in the moment, and I have utter faith that the right people will find my business.

Besides feeling able to express me fully, this broad niche approach enables my business to stand out among others.

You can also apply this lesson to your life in general. Don't try to fit into a predefined box. Don't be just a gamer, nerd, a-student, or jock. Be many different things all mixed together.

Have a multitude of passions and interests. Be a walking contradiction.

Be you in your most free form, independent of any fictional restrictions.

That's it for this book review.

What was your favorite lesson, and do you plan to pick up the book yourself?

I'd love to hear from you!

Sophie

 5/5 - (1 vote)

**201**
Shares

 Share    Tweet    201 

PRIVACY POLICY      AFFILIATE DISCLOSURE      CONTACT US

Copyright © 2023 · Essence Pro on Genesis Framework · WordPress · Log in

Document title: Rich As F*ck Book Review | 11 Lessons + Quotes - Striving For Felicity
Capture URL: https://strivingforfelicity.com/rich-as-fck-book-review-11-lessons-quotes/
Capture timestamp (UTC): Tue, 19 Dec 2023 17:45:41 GMT

Page 12 of 12

| | |
|---|---|
| Document title: | Wholeness with Melissa Kathryn: Episode 71: Special Guest Amanda Frances on How to Manifesting Millions, Her Man and Her New Book |
| Capture URL: | https://wholeness.libsyn.com/episode-71-special-guest-amanda-frances-on-how-to-manifesting-millions-her-man-and-her-new-book |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:06:29 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:06:49 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 3YUhHpvWPPy7XhxDnkc9Qu |
| User: | fe-athimons |

PDF REFERENCE #:          j5KUZh2y7ndCkEkmMfyiUL



About    Episodes ▾

# Wholeness with Melissa Kathryn

## Episode 71: Special Guest Amanda Frances on How to Manifesting Millions, Her Man and Her New Book

f   🐦   ✉   📡   🎙   🔊   🟢   ▶

All Episodes / Episode 71: Special Guest Amanda Frances on How to Manifesting Millions, Her Man and Her New Book

### Episode 71: Special Guest Amanda Frances on How to Manifesting Millions, Her Man and Her New Book

   ▶

WHOLENESS WITH MELISSA KATHRYN
**Episode 71: Special Guest Amanda Frances on How to Manifesting Millions, Her Man and Her New Book**

30↩               00:00:00 / 00:57:22               ↻30               📡   ⬇   </>   ☁               libsyn

Jan 21, 2021

Totally "fangirled" here as I interviewed Amanda Frances.

Here's why...I love her vibe, she keeps it real, she is fearless in biz, owns who she is and does the work with herself to breakfree from her doubts to create an epic life she loves - from making millions, to impacting millions to her soulmate and more.

Join our epic conversation to up-level your mindset, your energy and to be reminded of the limitless possibilities always available to you and within you!

Amanda Frances is a world-renowned thought leader on financial empowerment for women. Through her wildly popular digital courses, highly engaging social media presence, the weekly "And She Rises" podcast, an on-going mastermind for high level women entrepreneurs, her daily free inspirational content, meditations, and training distributed across her social media channels.

She empowers women to design lives and businesses they are wildly obsessed with.

She has written for Forbes, Business Insider, Thrive Global, and Success Magazine.

Her mission is to get the power of money into the hands of good hearted women who are here to change the world.  Ten years later, Amanda Frances Inc is a multimillion dollar global brand with clients and students in 85 countries generating between $400k-$580k a month.

Grab your pen, a journal you're going to want it!

**What we cover and what you'll learn:**

- What are your top manifesting principles?
- How did you go from broke and a broke mindset to millions?
- Let's talk love - why is it one we can be so successful in all areas and not another - what have you found?
- As someone that's ready for love - how did you apply or what did you apply from working to love?
- I've heard you speak of wealth versus being rich - I love how as you've grown you take that with us - were there ever doubts in you about being able to achieve the goals you share.
- What are the 3 most powerful practices for someone to start
- The one thing most struggle with is not believing - so they repeat mantras and affirm but how did you get the unwavering faith?
- Top 3 favorite courses of all time that you've done.
- How did you not let others' judgments or coaching cloud your vision?
- How long did it take - in the beginning did you spend hours daily aligning?
- You talk about being in a relationship with money, I speak of this with our bodies and food.  What does that look like for you?
- What does Wholeness mean to you
- What would you tell your 10 year old self?
- You do  a brilliant job of sharing your life without compromising your privacy - how has this changed as you've grown? Was there ever a time you struggled with what to share?
- In terms of manifestation - there is the teaching of focusing on what you want - however - if you don't believe in what you want coming to you - do you believe that can create resistance to it?
- What does Wholeness mean to you?
- If there is guidance you could give your 10 year old self - what would it be? What do you wish you believed or knew then that you learned, believe and know now?

- I've heard you speak of wealth versus being rich - I love how as you've grown you take that with us - were there ever doubts in you about being able to achieve the goals you share.
- What are the 3 most powerful practices for someone to start
- The one thing most struggle with is not believing - so they repeat mantras and affirm but how did you get the unwavering faith?
- Top 3 favorite courses of all time that you've done.
- How did you not let others' judgments or coaching cloud your vision?
- How long did it take - in the beginning did you spend hours daily aligning?
- You talk about being in a relationship with money, I speak of this with our bodies and food.  What does that look like for you?
- What does Wholeness mean to you
- What would you tell your 10 year old self?
- You do  a brilliant job of sharing your life without compromising your privacy - how has this changed as you've grown? Was there ever a time you struggled with what to share?
- In terms of manifestation - there is the teaching of focusing on what you want - however - if you don't believe in what you want coming to you - do you believe that can create resistance to it?
- What does Wholeness mean to you?
- If there is guidance you could give your 10 year old self - what would it be? What do you wish you believed or knew then that you learned, believe and know now?

And so much more!


Make sure to follow Amanda Frances to not miss a thing!

**Instagram**: @xoamandafrances

**Website:** https://amandafrances.com/

**Podcast:** https://podcasts.apple.com/us/podcast/and-she-rises/id1438759061

**Get her FREE Spiritual Bosslady Meditation Series here:** https://AmandaFrances.com

**Get her new book Rich As F*ck here.**


**EPISODE LINKS & RESOURCES:**

**Grab Your FREE Gift:**

Get Your Wholeness Podcast FREE Gift to Experience Radical Self-Love & Acceptance: https://melissa-kathryn.lpages.co/mirror-work

**Take the Quiz to Eat Right for Your Personality:**

**http://melissakathryn.com/quiz/**

**Work with MK & Learn More:**

http://melissakathryn.com/

**Join MK's Exclusive FREE Online Community:** https://www.facebook.com/groups/yourjourneytowholeness/


**Follow Melissa on Social:**

**Instagram:** https://www.instagram.com/melissa.kathryn/

**YouTube:** https://www.youtube.com/channel/UCp8zL6mzH5-Hs2R2Sxfdf7g

**Melissa Kathryn's Facebook page:** https://www.facebook.com/radiancemk


**Do you have a question**, need support or want Melissa to coach you?

E-mail:  support@melissakathryn.com

---

**0 comments**                                               Sort by   Oldest ⬍

Add a comment...

f Facebook Comments Plugin

©

**Page Vault**

| | |
|---|---|
| Document title: | Must read books : Rich as F*ck by Amanda Frances |
| Capture URL: | https://www.homecynhome.com/post/must-read-books-rich-as-f-ck-by-amanda-frances |
| Page loaded at (UTC): | Tue, 19 Dec 2023 17:44:43 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 17:45:08 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | txQVjLU6epcZPJ8TCNo8dh |
| User: | fe-athimons |

PDF REFERENCE #:          uTUuAUsmPPGZQkSkX9tv9g



HOME      SHOP      COLLECTIONS      ABOUT      BLOG      FREEBIES





All Posts     Announcements     DIY     Home decor     Your best life     Journaling     Spotlight on products     More ⌄

Cynthia Haller 👑  ·  Jul 14, 2022  ·  4 min read

# MUST READ BOOKS : RICH AS F*CK BY AMANDA FRANCES

Updated: Aug 16, 2022



As an avid self-help book reader, and a strong believer in changing your mindset to change your life, I thought of creating a new blog post series about the self-help books I read and loved.

Home Cyn Home being not just a design brand, but also about living your best life, sharing the books that inspired me to kept me going and aiming for the stars just seemed about fitting.

I could have started with any books, I read a lot of them, all teaching me valuable lessons along the way (even the ones I didn't finish), but to kickstart the series, I chose the one I read the most recently.

The links below are all Amazon Affiliate links by the way, if you click on them and make a purchase, I get paid a commission at no extra cost to you.

## RICH AS F*CK - BY AMANDA FRANCES

This is the only book that I bought twice...yup...TWICE. I first decided to buy it in the Kindle format, because I was eager to dive in.

As soon as I started reading it though, it became clear that it was a book I would need a hard

This is the only book that I bought twice...yup...TWICE. I first decided to buy it in the Kindle format, because I was eager to dive in.
As soon as I started reading it though, it became clear that it was a book I would need a hard copy of, just so I could go back to the homework pages easily and find highlighted paragraphs faster, so I bought the paperback version a week or so later.

Amanda Frances is apparently known as the Money Queen but I never heard of her before that book.
The reason I bought this one, is that I have been working really hard for the past 3 years to get to the root of childhood traumas around money and what I am starting to realise now is also a phobia around money and finance. Chrometophobia is the name and it's apparently a common enough phobia. In my case, I know the root of most of it, and I am dedicated to the idea of getting over it.

Cue in the self-help books and journaling! Being an entrepreneur and having a fear that goes around money isn't exactly a match made in heaven and I'm more in love with the idea of building my own business and brand and painting the world in bold and colorful tones than I am giving a phobia some rent free space in my life.

This book is not the first one I read on the topic of money and changing your mindset around it, but so far I think it's the most impactful.
Like all books I tend to read, this one does speak of the law of attraction, but in the more practical and rational way, which would make it a good read for anyone who isn't totally sold on the "woo woo" factor of the LoA.
Amanda's message is clear : You are responsible for creating your own reality and how you think affects your life.
She drives the point home in each chapters with actionable steps to work toward shifting your mindset and force you to dive deep into your past to uncover self limiting beliefs and change them.

Each chapter ends with some homeworks where she asks you to take your journal and answer some of the homework questions, which really are just journaling prompts to get you started. Remember that blog post about journaling for self-growth I wrote a few months back? This book is great book to get you started on working on some self-limiting beliefs you might have about earning or spending money.
Her prompts really push you to go deep into introspecting about the beliefs you grew up with and how they still affect you today.

Two of the most impactful things in this book which I realised I have to work on are :

- Getting over the self-limiting mindset of "Either/Or" and move toward a mindset of "Both/and". Interestingly a year before starting to read this book I had written about my needing to stop thinking in terms of "This OR That" and embrace a mindset of "This AND That". A year ago I already realised that I was falling for this pattern out of habit, often settling for things deeply believing I couldn't possibly have both of anything. Reading it in this book was just a shock to my system and a motivation to keep on working on it.
- We all have minimums and maximums when it comes to money. That one blew my mind big time because I realised that I had been limiting myself big time, thanks to old childhood beliefs, and now I finally have the insight to start healing and set new standards on that front.

Document title: Must read books : Rich as F*ck by Amanda Frances
Capture URL: https://www.homecynhome.com/post/must-read-books-rich-as-f-ck-by-amanda-frances
Capture timestamp (UTC): Tue, 19 Dec 2023 17:45:08 GMT

working on it.

- We all have minimums and maximums when it comes to money. That one blew my mind big time because I realised that I had been limiting myself big time, thanks to old childhood beliefs, and now I finally have the insight to start healing and set new standards on that front.

True to the concept of the law of attraction that says that you can't attract something into your life unless you start raising your frequency to that level, the whole book is explaining it in a more rational way for the skeptics.
If you don't believe something is possible, you won't work toward achieving it, so again, it all boils down to changing your mindset and then get working on achieving that goal...KNOWING you can.

This book is obviously about money, but the same principle applies to everything else in your life you want to start shifting around
All in all, it's a book that makes it to my "Must read list" which is exactly why I'm sharing it here.

Loved this blog post and eager to see what book I'll write about next? Subscribe to the Home Cyn Home newsletter, that way you'll never miss an update, and you get cool printable stickers for your journal every months. Simply click on the image below :





Must read books  •  Your best life

78 views     0 comments

Recent Posts

See All

Document title: Must read books : Rich as F*ck by Amanda Frances
Capture URL: https://www.homecynhome.com/post/must-read-books-rich-as-f-ck-by-amanda-frances
Capture timestamp (UTC): Tue, 19 Dec 2023 17:45:08 GMT



Must read books  •  Your best life

78 views     0 comments

Recent Posts                                                                                          See All

**MAKE NEW TRADITIONS FO…**

👁 9     💬 0

**REFLECTING ON 2023 AND…**

👁 23     💬 0                                    1 ♡

**DECLUTTER YOUR LIFE TO BRING I…**

👁 24     💬 0                                    1 ♡

# CONTACT

cynthia.haller@homecynhome.com

Page Vault

| | |
|---|---|
| Document title: | EP 213: BECOMING RICH AS F*CK - HOW TO TAP INTO YOUR INNATE ABILITY TO ATTRACT WEALTH WITH AMANDA FRANCES - Hungry for Happiness - Coaching Certification |
| Capture URL: | https://www.hungryforhappiness.com/episode-213 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:05:48 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:06:16 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | d1SvJdp9ACYV77UsN7K3cn |
| User: | fe-athimons |

PDF REFERENCE #:        ptc69Mnyohrno73V2sszbv



‹ BACK TO POST

personal-development

# EP 213: BECOMING RICH AS F\*CK – HOW TO TAP INTO YOUR INNATE ABILITY TO ATTRACT WEALTH WITH AMANDA FRANCES



**Subscribe:**





Ready to become rich as f\*ck? In this episode, I was joined by the "Money Queen" herself, Amanda Frances. Amanda is a financial abundance expert and bestselling author of *Rich As F\*ck: More Money Than You Know What to Do With.* We sat down for a deep and honest conversation on the energetics



Ready to become rich as f*ck? In this episode, I was joined by the "Money Queen" herself, Amanda Frances. Amanda is a financial abundance expert and bestselling author of *Rich As F*ck: More Money Than You Know What to Do With*. We sat down for a deep and honest conversation on the energetics of money and abundance. She explains how to keep money flowing into your bank account, her investing philosophy and so much more!

## Inside this episode, Amanda shares:

- The game-changing realization she had about energetics and finances
- Her philosophy on investing vs. sitting on cash
- How to romanticize your relationship with money
- The keys to becoming an energetic match for unlimited abundance
- Her tips for releasing the attachment from the how
- What Amanda does to prioritize rest and relaxation
- How to embody certainty, power and confidence when you cast your financial vision
- The #1 key to money flowing with ease (this one shocked me!)

## About Amanda Frances:

In the world of personal development, she is widely known as the, "Money Queen."

With her Amazon Bestselling Book, Rich As F*ck, her wildly popular digital courses, highly engaging social media presence, "And She Rises" podcast, on-going mastermind for high level women entrepreneurs, and through her daily free inspirational content, meditations, and trainings distributed across her social media channels... she empowers women to "design lives and businesses they are wildly obsessed with."

She has written for Forbes, Business Insider, and Success Magazine.

Her mission is to get the power of money into the hands of goodhearted women who are here to change the world.

Combining her background in ministry and mental health counseling with practical business advice and a deep knowledge and understanding of spiritual and energetic principles, Amanda isn't quite like any other 'business coach' you've encountered.

A true self-made woman, Amanda started out as a regular girl from Sand Springs, Oklahoma. Nothing about the life she was born into adds up to the life she is living now.

It was while putting herself through graduate school, that Amanda taught herself how to build her first website and started hanging her coaching business fliers up around town.

Ten years later, Amanda Frances Inc is a multimillion dollar, global brand with clients and students in 95 countries.

She credits her success to her sheer determination, a deep desire to serve others, and an unwavering belief in her own dreams.

Amanda put herself through school, earning a Masters of Science in Counseling from Southern Methodist University and a Bachelors in Psychology from Oral Roberts University.

In July 2016 -- she put everything in storage and took off to see the world before buying a home in West Hollywood, California in late 2019. Today, Amanda has fully renovated that home and it's being featured on a popular Netflix reality series. She now resides in Los Angeles with the love of her life and is living her wildest dreams and beyond.



Amanda put herself through school, earning a Masters of Science in Counseling from Southern Methodist University... and earning a Masters in Psychology from Loyola University.

In July 2016 -- she put everything in storage and took off to see the world before buying a home in West Hollywood, California in late 2019. Today, Amanda has fully renovated that home and it's being featured on a popular Netflix reality series. She now resides in Los Angeles with the love of her life and is living her wildest dreams and beyond.

## You can find more about Amanda at:

Amanda Frances | Instagram

## Links:

Pause Breathwork Facilitator Training
Money Mentality Makeover
*Rich As F*ck*

**Check out our Hungry for Happiness community for more details, programs, and tips on how to thrive as a wellness coach!**
Website | Samantha's Instagram | Pause Instagram | Facebook | Book | Certification Program



Meet Samantha Skelly Samantha Skelly is an entrepreneur, motivational speaker, best-selling author, and emotional eating expert who has revolutionized the weight loss industry by examining the individual and underlying causes of eating disorders. She has shared her mission on an international platform and continues to spread her message and transform the lives of thousands of people through the Phoenix Formula, motivational speaking engagements, the Hungry for Happiness podcast, worldwide international retreats, and her Amazon best-selling book, Hungry for Happiness: One Woman's Guide From Fighting Food to Finding Freedom.



HOME

ABOUT

ONLINE
COURSES

PODCAST

BLOG

BECOME A COACH

CONTACT

TERMS AND CONDITIONS

BECOME A PARTNER

**END THE BATTLE WITH FOOD AND YOUR BODY AND HELP OTHERS DO THE SAME.**

Learn our 7-step process to become a more impactful and transformational coach!

Full Name

Email Address

GET STARTED

TOP

Privacy · Terms

Copyright © 2021 | Hungry for Happiness. All rights reserved.

In July 2019, she put everything in storage and took off to see the world before buying a home in West Hollywood, California in late 2019. Today, Amanda has fully renovated that home and it's being featured on a popular Netflix reality series. She now resides in Los Angeles with the love of her life and is living her wildest dreams and beyond.

## You can find more about Amanda at:

Amanda Frances | Instagram

## Links:

Pause Breathwork Facilitator Training
Money Mentality Makeover
*Rich As F*ck*

**Check out our Hungry for Happiness community for more details, programs, and tips on how to thrive as a wellness coach!**
Website | Samantha's Instagram | Pause Instagram | Facebook | Book | Certification Program



Meet Samantha Skelly Samantha Skelly is an entrepreneur, motivational speaker, best-selling author, and emotional eating expert who has revolutionized the weight loss industry by examining the individual and underlying causes of eating disorders. She has shared her mission on an international platform and continues to spread her message and transform the lives of thousands of people through the Phoenix Formula, motivational speaking engagements, the Hungry for Happiness podcast, worldwide international retreats, and her Amazon best-selling book, Hungry for Happiness: One Woman's Guide From Fighting Food to Finding Freedom.



HOME
ABOUT
ONLINE COURSES
PODCAST
BLOG

BECOME A COACH
CONTACT
TERMS AND CONDITIONS
BECOME A PARTNER

**END THE BATTLE WITH FOOD AND YOUR BODY AND HELP OTHERS DO THE SAME.**
Learn our 7-step process to become a more impactful and transformational coach!

Full Name

Email Address

GET STARTED

Copyright @ 2021 | Hungry for Happiness All right reserved

TOP
Privacy · Terms

| | |
|---|---|
| Document title: | Rich As F*ck Review \| Books \| What Savvy Said |
| Capture URL: | https://www.whatsavvysaid.com/manifesting-money/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 17:45:47 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 17:47:10 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 14 |
| Capture ID: | 5q6fepgUGQ7ycJLAwUUMfA |
| User: | fe-athimons |

WHAT *savvy* SAID



APRIL 23, 2021

## RICH AS F*CK: 18 TAKEAWAYS TO MANIFEST MONEY

CULTURE

The first time I heard about manifesting money, I wasn't ready. The idea of money having a frequency or my energy dictating my life was a concept my mind & life weren't quite ready to buy into. But then 2020 happened. And I started listening. I started taking note of the things Amanda Frances, the money queen and my favorite for inspiration for motivation, was saying. Her message, her story and her proof all resonated with me. They also changed my life.

Today we're doing a mini round up/review of Amanda's first book: Rich as F*ck – More Money Than You Know What To Do With. As always with my reviews, I'm going to give you my take aways and how I've processed what I've learned. But I honestly encourage you to read this yourself. And then read it again.

Learning to manifest money is a process that we are constantly working in and through. It requires changing and Think of it as an on going therapy in creating the life you want. First though, let's do the deep dive. You've got a excited to share one of my favorite books of the last year to help you do it.









Document title: Rich As F*ck Review | Books | What Savvy Said
Capture URL: https://www.whatsavvysaid.com/manifesting-money/
Capture timestamp (UTC): Tue, 19 Dec 2023 17:47:10 GMT



# MANIFESTING MONEY & HOW TO BECOME RICH AS F*CK

## EVERYTHING HAS FREQUENCY

At the heart of manifesting is the idea that everything has a frequency. We are constantly affirming and reaffirming to the universe the standards for our lives. Think of it kind of like a radio frequency. We can change the channel. We can acknowledge that we aren't getting what we want from our current station and turn it to something else.

And when you really start setting standards, leveling up and deciding what your energetically available for, you can jump to making custom Spotify playlists (aka creating our personal thought reality). That will make more sense in a second. But for now, we have to figure out how we've been communicating if we want to change. We have to look at our current frequency.

## YOU CAN'T CHANGE UNTIL YOU OPEN YOUR MIND TO S. THINKING, AND BELIEVING DIFFERENTLY.

I've spoken a bit about my diet lifestyle before and my journey to break up from it. One of the things I mentioned the environment that I grew up in and how it shaped my relationship with food. There are still things I'm unravelin this day.

When it comes are right now acknowledge t open to seeing











## MANIFESTING MONEY & HOW TO BECOME RICH AS F*CK

### EVERYTHING HAS FREQUENCY

At the heart of manifesting is the idea that everything has a frequency. We are constantly affirming and reaffirming to the universe the standards for our lives. Think of it kind of like a radio frequency. We can change the channel. We can acknowledge that we aren't getting what we want from our current station and turn it to something else.

And when you really start setting standards, leveling up and deciding what your energetically available for, you can jump to making custom Spotify playlists (aka creating our personal thought reality). That will make more sense in a second. But for now, we have to figure out how we've been communicating if we want to change. We have to look at our current frequency.

### YOU CAN'T CHANGE UNTIL YOU OPEN YOUR MIND TO S[...] THINKING, AND BELIEVING DIFFERENTLY.

I've spoken a bit about my diet lifestyle before and my journey to break up from it. One of the things I mentioned [...] the environment that I grew up in and how it shaped my relationship with food. There are still things I'm unravel[...] this day.

When it comes [...] [...]ou where you are right now. I[...] [...]oney until you acknowledge t[...] [...]ever being open to seeing t[...] [...] part of our life.









## THE PAST IS SIMPLY THAT. WE DECIDED HOW MUCH IT MATTERS.

One of the most common things I find with those who aren't into self development is a constant conversation about the past. No ideas or goals. No space that they are trying to grow. And that past has far more power in their ability to c_____ they realize.

You're not going to escape your past as you're learning to move forward. There's going to be times where you ne_____ question why you've got a belief. But that past doesn't need to hold you back. It's there to help you learn where y____ changes and rewrite your story. Its only power is that it's a chapter in your book. Not the whole damn novel.

BECO_____OICES.

One of my favo_____ quotes f_____





You're not going to escape your past as you're learning to move forward. There's going to be times where you need to dig in and question why you're a believer instead of "I don't want to believe in luck." This is where you learn how to go in and make changes and rewrite your story. Its only power is that it's a chapter in your book. Not the whole damn novel.

## BECOME A WOMAN WHO IS WILLING TO MAKE POWERFUL CHOICES.

One of my favorite quotes from Shonda Rhimes' Year of Yes is "No is a complete sentence." Powerful choices will look different for everyone. I think sometimes the ones that breed the strongest energy are the ones we make alone. The ones where we don't quite have those around us yet who are on that level. And the journey might require us to allow space in current relationships. But they are the choices that have the ability to transform our lives.

When I first started diving into the work of manifesting money, I didn't tell anyone. I rarely do when I'm making changes I just dive in. But then I had a conversation with a friend and mentioned how I would manifest the funds for a large purchase in my life. Her response was a chuckle and an eye roll.

You might find that those around you don't get it. I'm incredibly thankful my inner circle is here for growth and this one friend lives a bit more towards the outer circle of my life. But your journey to creating a new relationship with money will 100% change the relationships you've already have. Be the woman who is willing to make the powerful choice to step away when needed.

## IF YOU WANT A BIG, EXPANSIVE LIFE WITH BIG, EXPANSIVE RESULTS, IT'S TIME TO GIVE UP GOALS THAT ARE PRACTICAL AND LOGICAL. (26)

I cannot honestly remember a time where I ever thought I wanted to be normal. And to some degree, I've lived quite a life unlike many others. But I think sometimes we need someone else to give us permission, to remind us it's okay to go for the crazy. We are allowed to live big even if we aren't getting it in our everyday lives yet.

If you follow me on Instagram, I shared a rather bougie shoe purchase on stories the other night. I've been manifesting a pair of designer heels for years. For me, it's a piece of the puzzle of what my vision of my best self looks like. And when I shared them, I was shocked with how much love I got. So many of you were excited and manifesting the same things for your life. Sometimes we just need a reminder in our every day view that it's okay to want an epic life.

## ONCE YOU ADMIT IT, IT IS OUT THERE. ONCE YOU ADMIT IT, YOU ARE RESPONSIBLE FOR IT. ONCE YOU ADMIT IT, YOU HAVE TO LOOK AT WHY YOU DON'T FEEL WORTHY OF IT. (27)

I could just sit with this quote all day. It's why the first time I went through Rich As F*ck the first time I took my time. Because I knew to set the first wave of change in motion, I had a lot of shit to sit with.

If you want to be the person who goes for it, you have to figure out the reasons/obstacles that are currently standing in your way. You have to do more than just say you want it. You have to deal with the emotional noise that comes with learning to love yourself to a different path. Remember, we're co-creating this life so we have to be responsible for our half of the journey.

## ANYTHING THAT SAYS I CAN'T HAVE WHAT I WANT IS A LIE. AND IT'S MY JOB TO DISPROVE IT. (29)

One of my best friends has been building a business over the last year. And as she's ventured out to entrepreneu a lot of her beliefs and lack there of have come to the surface. Personally, I love when the universe provides me with those opportu then that I can see the rules that have guided my life without me even realizing it.

It's our job to unravel the lies. To go back and back and back again until we find the root of the belief. And then w go down new paths. But we can't dispel a lie if we don't know it's there and when it comes to manifesting money, disprove anything that says it's not something we can have.



 
LIVE SPORTS · UEFA CHAMPIONS LEAGUE · NFL ON CBS
©CBS SPORTS STREAMING ON Paramount+ TRY IT FREE
Report



Document title: Rich As F*ck Review | Books | What Savvy Said
Capture URL: https://www.whatsavvysaid.com/manifesting-money/
Capture timestamp (UTC): Tue, 19 Dec 2023 17:47:10 GMT

go down new paths. But we can't dispel a lie if we don't know it's there and when it comes to manifesting money, it's our job to disprove anything that says our life can't be what we can have.









Document title: Rich As F*ck Review | Books | What Savvy Said
Capture URL: https://www.whatsavvysaid.com/manifesting-money/
Capture timestamp (UTC): Tue, 19 Dec 2023 17:47:10 GMT

## YOU CAN'T HATE YOUR WAY INTO LOVING YOURSELF.

One of my favorite things Amanda says both in the book and her other content. You are worthy because you are. When you realize that you're always attracting from your core beliefs, it starts to shift the energy you want as your center. Sure you could motivate yourself with negative talk but how will that attract what you're really looking for in life. You're only going to be attracting more of the thing you're looking to escape from.

It's the reason we go back into debt, fall back into old habits, never seem to lose the weight, etc. We spend all our time and energy focusing on our failures and the things we've done wrong. We've yet to focus on the joy. When we learn to be proud of ourselves and to love ourselves into our futures, then we can attract the things we want most and they stick.

## YOU CAN BE BOTH GRATEFUL AND WANT TO CHANGE.

Ed Mylett talks about the overachiever's habit of always been blissfully dissatisfied. I'm paraphrasing but if you've listened to his podcast, you'll know what I'm talking about. Y'all know by now I'm picky as hell. Things can always be better. I can always do better. And so I've learned to live in this state of being both grateful and wanting to see massive change.

This is where I find that a daily gratitude practice is major because 75% of the time I live in the push forward, do more more. So taking moments to focusing on what I can be thankful for in the process of creating more helps me to continue to attract the energy I'm looking to create. But it's a process we all have to figure out for ourselves.

## MANIFESTING MONEY IS A "CONTINUAL PROCESS OF INCREMENTAL GROWTH"

One of the mental shifts I've made over the last few years is that money is an extension of what I can do not a limitation. It provides me with the ability to tell stories, change lives and do more in the world. So why wouldn't I want more of it?

This means I'm continually setting new goals for myself as well as reaffirming my minimums. I don't have to justify it. I don't have to defend it. I can just do it. Little by little I can grow. And it's amazing to see how that happens.

## YOUR JOB IS SIMPLY THIS: NOTICE THE UNHELPFUL THOUGHTS, AND SHIFT INTO THOUGHTS AND FEELINGS THAT FEEL BETTER. (36)

I think it's safe to say that 2020 was a lot for everyone. As an empath and someone who was in a very strange season of transition, I struggled with setting mental boundaries I desperately needed. But as I pulled back from social media and created mental space, I could see that thoughts that weren't serving me.

I could see the ways I'd taken on other people's negative beliefs and lies as my own. And it was my job to shift those out of my head, my energy and my frequency. At the end of the day, we have to be willing to make time for the life we want in more ways than one. If we want better, we need to start with paying attention to how we got here. Remember it's our responsibility to own up to the things we're declaring we want.

## CHOOSE THOUGHTS THAT SUPPORT YOUR DESIRES

One of the ways I've always manifested things and gotten out of my head is by imaging what the ideal version of myself would think. How would she approach this. What would be her attitude toward it. And the one repeat thought in my mind that's changed me from scarcity to abundance: money wants to find it's way to me. It wants to support me.



  



One of the ways I've always manifested things and gotten out of my head is by imaging what the ideal version of myself would think. How would she eat, train, show up for others, or dare to dream of more. I take the same approach when it comes to money. I shifted from scarcity to abundance; money wants to find it's way to me. It wants to support me.

The thoughts you currently have dictate your current relationship with money. So little by little you'll have to shift them. For me, this is via journaling. Writing has always been the way I connect, process and understand my truths. I write affirmations over and over again. I change them when I feel like I need to be supported in a new way. But we actively have to choose the thoughts that support our goals if we want to manifest changes.









## WHAT IF THIS WEREN'T TRUE?

This question really hit home for me again as I started writing today's post. It's not something I ask myself enough but it's a radical way to unravel the lies. We often believe truths simply because they are all we've ever know. They are a comfort.

But they are also strangling us and rooting us to the spot that prevents growth. So what if the thing you believed with everything wasn't true? What if you could see a lie for a lie? What would you manifest instead?

## EVERYONE MANIFESTS & SHIFTS DIFFERENTLY

Amanda gives quite a few detailed examples of this in Rich As F*ck. But the idea is that you keep trying things until you find something that works for you. I like to use journaling as both a way to shift my thoughts but to also really amp up an emotional moment.

If I want to trigger and sit in the joy of attracting, I may write a whole page of the same affirmation as quickly as possible. I want to force my energy into that positive space. It's amazing for teaching my neurons to have a new relationship with certain thoughts.

## THE HOW IS NOT MY RESPONSIBILITY

If there is any one take away you get from today's post, whether you choose to read the book or not, it's this one. The how is not my responsibility. It's SO easy to doubt yourself out of your manifestation. You can sit and list out all the ways it could work and force yourself to see how impossible a goal is for you.

Or you could trust that the universe has your back. It will provide for you. Your job is to show up, do the work and trust that the how doesn't matter. You just need to stay open to all the possibilities.

## ENERGY OF MONEY – PROOF OF MANIFESTATION

I don't feel like I could leave you without some tangible proof of manifesting. One thing I've found that as I'm looking to go higher, hearing stories of other women's success is major in keeping my energy on track. It calms the negative noise and helps me to ease any doubts.

Last year was the best year for me financially as a blogger. Brand partnerships and relationships I didn't have be where. Money to buy things I'd been dreaming of and speaking into existence for a while happened. Random che none of this really kicked in until I started to be open to ditching the how and leaning into the journey.

However, in October I realized just how powerful manifestation and prayer was in my life. I'd been doing it for years without realizing







However, as I look back I realized just how powerful manifestation and prayer was in my life. To become single to care without realizing it. Selling my dad's land for cash at the exact price I wanted but never posting it for sale. Taking all 3 of my 30 before 30 trips with zero idea of how I'd find the money for Paris, LA and NYC.

I bet if you looked back you'd find that you'd been manifesting things without knowing it too.

Wherever you're at in your manifesting journey, I hope today's post helped you. Rich As F*ck is a great way to dive into Amanda's work if you aren't ready for a larger financial commitment. I know I'll be going through everything I've invested again a few more times as I find there's always something new to take from it.

But I'd love to know in the comments below where you're at in the process. Or come find me on instagram and let's chat! Until next time friends. Xoxo, Savvy



4.5

Article Rating

★★★★½

*I do a few sponsored posts but they are limited to maintain the authenticity of © What Savvy Said. Some links in my posts may be affiliate links. This means I receive a small compensation for purchases made through those links. The presence of affiliate links and potential commission compensation are marked with an (*).*

RELATED



5 BOOKS TO READ WHEN YOU ...
IN "CULTURE"



MONEY MENTALITY MAKEOVE ...
IN "PODCAST"



20 AFFIRMATIONS TO HELP YO ..
IN "LIFE"

< 7 BENEFITS OF ICED MATCHA L....

HOW TO MAKE LONG DISTANCE ... >







☑ Subscribe ▼

Join the discussion

B  I  U  S̶  ≣  ≣  "  ⟨⟩  ⊛  {}  [+]

**2 COMMENTS**                                                          ⚡  🔥

**Amy**  🕐 9 months ago

Awesome post. I have read the book many times and I was seeking a review to help me fully grasp Amanda-speak teachings and your post did just that. Thank you!

👍 0  👎  ↩ Reply

> **whatsavvysaid**  💬 9 months ago
> | 💬 Reply to Amy
> `Author`
> so happy to hear that and have you here!
>
> 👍 0  👎  ↩ Reply







SAVVY'S FAVORITES UNDER $250

FIND ME ON INSTAGRAM

    



ABOUT | CONTACT | DISCLAIMER

© 2023 What Savvy Said | Privacy                                    Back to top ⌃




