# Exhibit 11

**PageVault**

| | |
|---|---|
| Document title: | Rich AF by Vivian Tu: 9780593714911 \| PenguinRandomHouse.com: Books |
| Capture URL: | https://www.penguinrandomhouse.com/books/735755/rich-af-by-vivian-tu/ |
| Page loaded at (UTC): | Tue, 12 Dec 2023 17:24:03 GMT |
| Capture timestamp (UTC): | Tue, 12 Dec 2023 17:25:19 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | rJx2SywKpJdni7aPdapRmX |
| User: | fe-athimons |

PDF REFERENCE #:      asLDK5ZUhM6B6QZML8zmaQ



Books   Kids   Popular   Authors & Events   Recommendations   Audio

# Rich AF



**THE WINNING MONEY MINDSET THAT WILL CHANGE YOUR LIFE**

By **Vivian Tu**

Category: **Personal Finance** | **Wellness**

**Hardcover**   —

Hardcover   $29.00
Dec 26, 2023 | ISBN 9780593714911

Preorder from:

Amazon   Barnes & Noble   Books A Million

Bookshop.org   Hudson Booksellers   Powell's

Target   Walmart

Add to Bookshelf

Look Inside

Ebook   +

Audio   +

## ABOUT RICH AF

**From TikTok star and Your (favorite) Rich BFF Vivian Tu, the definitive book on personal finance for a new generation**

When Vivian Tu started working on Wall Street fresh from undergrad, all she knew was that she was making more money than she had ever seen in her life. But it wasn't until she found a mentor of her own on the trading floor that she began to understand what wealthy people knew intuitively—the secrets to beating the proverbial financial game that has, for too long, been male, pale, and stale.

Building on the lessons she learned on Wall Street about money and the markets, Vivian now offers her best personal finance tips and tricks to readers of all ages and demographics, so that anyone can get rich, whether you grew up knowing the rules to the game or not. Vivian will be *your* mentor, dispensing fresh, no-BS advice on how to think like a rich person and create smart money habits. Throughout the pages of *Rich AF*, Vivian will break down her best recommendations to help you:

- Maximize your earnings to get more out of your 9-to-5
- Understand the differences between savings accounts, and where you should keep your money
- Identify the tax strategies and (legal) loopholes you need to retire in style
- Overcome investing fears to secure wealth for generations

And much more!

## ABOUT VIVIAN TU



Vivian Tu began her career as a J.P. Morgan Equities Trader, where she traded Industrials, Materials, and Energy stocks, as well as Event Driven Special Situations via the Risk Arbitrage team. She then pivoted to become a BuzzFeed Strategy Sales… More about Vivian Tu

## PRODUCT DETAILS

Hardcover | $29.00
Published by Portfolio
Dec 26, 2023 | 336 Pages | 6 x 9
| ISBN 9780593714911

- Maximize your earnings to get the most out of your 9-to-5
- Understand the differences between savings accounts, and where you should keep your money
- Identify the tax strategies and (legal) loopholes you need to retire in style
- Overcome investing fears to secure wealth for generations

And much more!

*Rich AF* will equip readers with the tools and knowledge to not only understand the financial landscape, but to build a financial strategy of their own. And with Your Rich BFF at your side, you'll be able to start your financial journey already in an affluent mindset, making the most of your money and growing your wealth for years to come.

SEE LESS ▲

**LISTEN TO A SAMPLE FROM RICH AF**



Rich AF
Written by: Vivian Tu
Read by: Vivian Tu

Privacy Policy

**PRAISE**

"I wish this book existed when I was coming up and making money for the first time, because Vivian shows us how to make our finances WORK for us! So proud to see my fellow Asian girly teach us all how to be Rich AF!"
– **Bretman Rock**, social media phenomenon and bestselling author

"I can't get enough of 'Your Rich BFF' on social media. Vivian's book, *Rich AF*, is as smart, funny, and forthright as her videos, but there are more of her stories to enjoy as she imparts valuable lessons and breaks down complicated financial concepts in a way that will keep you chuckling as you read."
– **Lisa Ling**, award-winning journalist and CBS News reporter

"If you've ever felt like the world of finance wasn't for you, Vivian will show you that no matter who you are, it's never too late to pull up your seat at the table. *Rich AF* proves that finance is for everyone!"
– **Karamo Brown**, author, actor, and *Queer Eye* culture expert

"In *Rich AF*, Vivian's passion for financial literacy and desire to help others shines through. This is an excellent roadmap for those who want to learn how to make the most of their money."
– **Alexa von Tobel, CFP®**, author of *Financially Forward* and founder of Inspired Capital

"A spry crash course for how young people can build wealth."
–*Publishers Weekly*

"This book will appeal to everyone who deals with money, especially younger readers who are starting their career journeys and looking to build financial strategies of their own."
–*Booklist*

SEE LESS ▲

**YOU MAY ALSO LIKE**

— Booklist

SEE LESS ▲

## YOU MAY ALSO LIKE






**More than Enough**
Dave Ramsey
Paperback
$18.00

**The Financial Peace Planner**
Dave Ramsey
Paperback
$19.00

**It's Not About the Money**
Scarlett Cochran
Hardcover
$28.00

**Lost and Found**
Geneen Roth
Paperback
$16.00

### Get news about Mind, Body & Spirit books, authors, and more

Also get news about:  ☐ Vivian Tu

[ Enter Email ]   **SIGN UP**

By clicking "Sign Up", I acknowledge that I have read and agree to Penguin Random House's **Privacy Policy** and **Terms of Use** and understand that Penguin Random House collects **certain categories of personal information** for the **purposes listed** in that policy, **discloses, sells, or shares certain personal information** and **retains personal information** in accordance with the **policy**. You can **opt-out** of the sale or sharing of personal information anytime.

## WE KNOW WHAT BOOK YOU SHOULD READ NEXT

| ABOUT US | QUICK LINKS | HELP | CONNECT |
|---|---|---|---|
| Our Story | Partnerships | Publishing Process | Sign up for news about books, authors, and more from Penguin Random House |
| Our People | Media Queries | FAQ | |
| Our Contributors | Influencers | Shopping & Shipping FAQ | ✉ **STAY IN TOUCH** |
| Locations | Company Reads | For Educators | |
| Management | PenguinRandomHouse.biz | Subrights |  |
| Social Impact | Email Preferences | Permissions | global.penguinrandomhouse.com |
| Accessibility Statement | Terms of Use | | © 2023 Penguin Random House |
| Careers | Privacy Policy | | |
| Imprints | CA Privacy Policy | | |
| | Do Not Sell My Personal Info | | |






**More than Enough**
Dave Ramsey
Paperback
$18.00

**The Financial Peace Planner**
Dave Ramsey
Paperback
$19.00

**It's Not About the Money**
Scarlett Cochran
Hardcover
$28.00

**Lost and Found**
Geneen Roth
Paperback
$16.00

## Get news about Mind, Body & Spirit books, authors, and more

Also get news about: ☐ Vivian Tu

Enter Email    SIGN UP

By clicking "Sign Up", I acknowledge that I have read and agree to Penguin Random House's **Privacy Policy** and **Terms of Use** and understand that Penguin Random House collects **certain categories of personal information** for the **purposes listed** in that policy, **discloses, sells, or shares certain personal information** and **retains personal information** in accordance with the **policy**. You can **opt-out** of the sale or sharing of personal information anytime.

### WE KNOW WHAT BOOK YOU SHOULD READ NEXT

| ABOUT US | QUICK LINKS | HELP | CONNECT |
|---|---|---|---|
| Our Story | Partnerships | Publishing Process | Sign up for news about books, authors, and more from Penguin Random House |
| Our People | Media Queries | FAQ | |
| Our Contributors | Influencers | Shopping & Shipping FAQ | ✉ STAY IN TOUCH |
| Locations | Company Reads | For Educators |  |
| Management | PenguinRandomHouse.biz | Subrights | global.penguinrandomhouse.com |
| Social Impact | Email Preferences | Permissions | © 2023 Penguin Random House |
| Accessibility Statement | Terms of Use | | |
| Careers | Privacy Policy | | |
| Imprints | CA Privacy Policy | | |
| | Do Not Sell My Personal Info | | |
| | Affiliate Program Disclosure | | |
| | Fraud Alert | | |

Visit other sites in the Penguin Random House Network


**Brightly**
Raise kids who love to read


**Today's Top Books**
Want to know what people are actually reading right now?


**TASTE**
An online magazine for today's home cook

