IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC., <br><br> Plaintiff, <br> v. <br> PENGUIN RANDOM HOUSE LLC, <br><br> Defendant. | Civil Action No. <br><br> **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> **JURY TRIAL DEMANDED** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Lanham Act 15 U.S.C. § 1125, Plaintiff Amanda Frances, Inc. ("AF Inc.") submits this Motion for Entry of a Temporary Restraining Order and Preliminary Injunction, including a temporary injunction against Defendant Penguin Random House LLC ("Defendant") enjoining Defendant, its officers, agents, servants, employees, successors, and all persons acting in concert with Defendant from the marketing, promoting, offering for sale, selling, and distributing a book titled *Rich AF* and products or services that infringe AF Inc.'s trade dress. This Motion is supported by Plaintiff's Memorandum of Law, the Declaration of Danielle K. Muñoz ("Danielle K. Muñoz Decl."), and the exhibits attached thereto, the Verified Complaint, and any oral argument the Court may request.

2

| | |
|---|---|
| Dated: December 19, 2023 | Respectfully submitted,<br><br>By: /s/ Thomas M. Kenny<br>Thomas M. Kenny<br>SPIRO HARRISON & NELSON LLC<br>363 Bloomfield Avenue, Suite 2C<br>Montclair, NJ 07042<br>(973) 232-0881<br>tkenny@spiroharrison.com<br><br>Joseph F. Marinelli (*pro hac vice* pending)<br>jmarinelli@fitcheven.com<br>Danielle K. Muñoz (*pro hac vice* pending)<br>dmunoz@fitcheven.com<br>Kerianne A. Strachan (*pro hac vice* pending)<br>kstrachan@fitcheven.com<br>FITCH, EVEN, TABIN & FLANNERY LLP<br>120 South LaSalle Street, Suite 2100<br>Chicago, Illinois 60603<br>Telephone: (312) 577-7000<br>Facsimile: (312) 577-7007<br><br>*Attorneys for Plaintiff*<br>*Amanda Frances, Inc.* |