IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC.,<br><br>　　　　Plaintiff,<br>v.<br>PENGUIN RANDOM HOUSE LLC,<br><br>　　　　Defendant. | Civil Action No.<br><br>**DECLARATION OF DANIELLE K. MUÑOZ IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**<br><br>**JURY TRIAL DEMANDED** |

I, Danielle K. Muñoz, declare and state as follows:

　　　1.　　I am a partner with Fitch, Even, Tabin & Flannery and serve as counsel for Plaintiff, Amanda Frances, Inc. ("Plaintiff" or "AF, Inc."), in this proceeding.

　　　2.　　I make this declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

　　　3.　　I testify to the facts set forth herein upon personal knowledge.

　　　4.　　Attached hereto as **Exhibit 1** is a true and correct copy of emails from February 2016 referring to AF Inc. as "Team AF".

　　　5.　　Attached hereto as **Exhibit 2** is a true and correct copy of articles showing AF as a slang for F*ck.

　　　6.　　Attached hereto as **Exhibit 3** is a true and correct copy of examples of "F*ck" used by AF Inc.

　　　7.　　Attached hereto as **Exhibit 4** is a true and correct copy of examples of "AF" used by AF Inc.

　　　8.　　Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot sent to me by Amanda Frances of an email dated September 11, 2019, from an editor at Penguin Random House to Amanda Frances.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a screen print of an excerpt from the Penguin Random House Portfolio website featuring the *Rich AF* book published by Defendant.

10. Attached hereto as **Exhibit 7** is a true and correct copy of various retail outlets selling the *Rich As F*ck* book.

11. Attached hereto as **Exhibit 8** is a true and correct copy of media coverage of the *Rich As F*ck* book.

12. Attached hereto as **Exhibit 9** is a true and correct copy of various definitions of "AF".

13. Attached hereto as **Exhibit 10** is a true and correct copy of online and advertisement references to the *Rich As F*ck* book as Rich AF.

14. Attached hereto as **Exhibit 11** is a true and correct copy of the *Rich AF* presale order page.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a screenshot sent to me by Amanda Frances of a comment on an Instagram post on Vivian Tu's public account, @yourrichbff.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that all the statements made of my own knowledge are true and correct and all statements made on information and belief are believed to be true.

Dated: December 19, 2023

      /s/ Danielle K. Muñoz
      Danielle K. Muñoz