# Exhibit 3

Page Vault

| | |
|---|---|
| Document title: | Building Your Mother F*cking Empire like a BossLady - amanda frances \| thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/building-your-mother-effing-empire-like-a-bosslady/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:33:10 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:34:08 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | eco5bZKkXp7xsR9eKdw463 |
| User: | fe-athimons |

| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



Hi! If you don't know me,

I'm Amanda Frances

I'm a digital course creator, a business coach for women entreprenuers, and a financial empowerment queen.

I believe I was put on this planet to help good-hearted women, who desire to help others, make the difference (and the cash money) they desire.

The world is full of incredible, gifted women who desire to give their work into the world, who have a hard time selling, earning, and running a profitable business.

There is nothing wrong with wanting to make an impact... and an income.

If it is a desire of your heart, then I believe that it is what you were made for.

It is safe to follow your desires. It is safe to trust your heart.

There is nothing wrong with wanting to make an impact... and an

If it is a desire of your heart, then I believe that it is what you were made for.

It is safe to follow your desires. It is safe to trust your heart.

Learning to take into internal guidance, and trust yourself to make each and every next move, will carry you through everything.

I have been working online for six years. Every step of the way, I felt an internal knowing that I had to do this thing on my terms. I didn't do a lot of things that you supposedly have to to do make it. I ignored a lot of experts, disregarded industry standards and followed my heart.

I continually got clear on my desires, asked for guidance, took inspired actions, kept my mind right... and showed the fuck up.

... and here I am.

**I own a million dollar plus brand at the age of 31.**

My work is for the person who feels they have a gift/calling/message/skill set that others need, but doesn't know quite what it is/how to get it out there.

I am obsessed with the person who wants to use the thing that they love to make the world a better place.

That's likely why you are here. That's how you got into my world.

I deeply desired to take the power of technology and course creation and internet marketing -- combine it with energetic and spiritual principals -- and put this power in your hands.

Doing this for myself took me from a business that made about 3k-5k a month to a business that (almost overnight) made 8k then 11k then 16k then 19k, each month. I then jumped to 40k then 60k, etc.

**Amanda Frances Inc. now earns over $150k each month.**

**In July of 2017, I generated over $186k.**

I earn this revenue completely online.

I do not know how I would help/teach/train/empower the number of women I help or earn the amount of money I earn without the magic and ease of the internet.

**Knowing how to create, automate and sell online changed the complete trajectory my life.**

I've watched the principals I teach work in my life and in the lives of countless others.

With this in mind, I am releasing a three part video training series: Building Your Mother F*cking Empire.

**Join me below for tips, tricks, tools, strategy, healing and fresh**

I've watched the principals I teach work in my life and in the lives of

With this in mind, I am releasing a three part video training series:
Building Your Mother F*cking Empire.

**Join me below for tips, tricks, tools, strategy, healing and fresh
perspective around building your empire with grace,
determination, passion, flow and ease.**

# IF YOU DESIRE TO:

Learn my process for helping more people + making more money online.

Tap into unlimited motivation, inspiration and purpose in building your business.

Simplify the process for growing and selling to your audience online.

Receive simple, clear guidance for attracting/creating the business you desire.

Build your confidence around the worth and value of your work.

Learn to tune into your intuition in each and every business move you make.

How I use email sequencing, funnels and FB ads in my launches.

Radically shift your limiting beliefs around what you are capable of doing and creating.

Learn to elevate your energy and increase the vibration you hold when it comes to money.
(My favorite thing in the world to teach on...)

# ...THEN YOU CAN'T LET
# YOURSELF MISS THIS.

**Video One:** Busting Internet Marketing Myths + Doing Only What Works -
- $297 Value

**Video Two:** Hold Space for Your Vision + Create Content You Believe In --
$297 Value

**Video Three:** Become Confident in Your Gifts + Know You Can't Fail --
$297 Value

These videos were created during live trainings for my online audience.
This is the only place they are now available.

**Bonus:** Work From Around the World (tools + tricks to run your business
from anywhere) -- $197 Value

This is the only place they are now available.

🌟 **Bonus:** Work From Around the World (tools + tricks to run your business from anywhere) -- $197 Value

🌟 **Bonus:** Become Facebook Famous (using Facebook pages, groups, and ads to make waves online) -- $197 Value

**EACH VIDEO:**

▶ is between 36 and 75 minutes in length

▶ contains countless practical business tips + online strategies

▶ is filled with energetic principles + manifestation techniques

▶ contains 1-2 meditations

▶ is infused with energy that will help you raise your vibration + attract your desires on purpose

**Get instant access (and unlimited replays) to all Five Training Videos instantly when you sign up below!**

# SUPER LOW PRICE!

**The Build Your Empire bundle is valued at:**



$1285

**Get it Today For:**



$297

# $297

## Are you ready?!

**Get instant Access to the three training videos + two bonus webinars listed above:**

## IT'S MY TIME!
## I'm Ready! I Am In!

By enrolling in this course, you agree to our Standard Terms and Conditions.

**If you are enrolling now, I encourage you to do so intentionally. Do this for you. Do this for those you are here to help. Do this on purpose.**

**Refund Policy:** Please note, all sales are final. There are **no refunds on this program**. Email us at support@amandafrances.com if you have any questions about the program before making your purchase!

**Disclaimer:** I love this program and I deeply believe in the principles in it. The success stories on this page are from real live people who have worked with me through this program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.

MEMBERS

LOGIN TO NEW MEMBER SITE HERE

Wealthy

FEATURED ON

**Disclaimer:** I love this program and I deeply believe in the
*PROGRAM NAME* in its ability to *SOLVE THEIR PROBLEM*. I'm featuring
real live people who have worked with me through this
program and got incredible results. According to my
attorney, I need to make sure I always say this to you: I don't
guarantee or warrant results or increased income. The
testimonials on this page may not be typical for all students.

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
|---|---|
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |

















WEBSITE DISCLAIMER    WEBSITE TERMS AND CONDITIONS    PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS    CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress



| | |
|---|---|
| Document title: | Show The F*ck Up - amanda frances \| thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/show-the-f-up/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:34:28 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:35:05 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 24 |
| Capture ID: | vh5Y5q3NxCS7ihU8GZNL9j |
| User: | fe-athimons |

**amanda frances** thought leader + best selling author + money queen

| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



*Ready to Show Up for it all?*

Listen, love…

Your ideal audience exists and is already on the internet.

They are waiting for you to show the f* up.

It's your job to make it obvious and easy for people to find you, follow you and pay you.

There are some people on the internet are good at making money.

Others are good at growing an online presence.

**Very few excel at both.**

I knew, from the beginning of moving my business online: *Impact* and *Income* both were completely nonnegotiable. My company would always have both.

I own a brand with paying clients in 88 countries, users in 95 counties, and with hundreds of thousands of women in my audience. My livestreams are attended. My emails get opened. My company has generated multiple six or seven figure months every month for seven years, meaning AFI is an eight figure global personal development and coaching brand.

Document title: Show The F*ck Up - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/show-the-f-up/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:35:05 GMT

*income* both were completely nonnegotiable. My company would always have both.

I own a brand with paying clients in 88 countries, users in 95 counties, and with hundreds of thousands of women in my audience. My livestreams are attended. My emails get opened. My company has generated multiple six or seven figure months every month for seven years, meaning AFI is an eight figure global personal development and coaching brand.

I have, successfully, created what I set out to.

For me, it wasn't the chicken or the egg. I didn't wait for income to create influence or for influence to generate income. I grew them both together by creating a trustworthy, much-loved, and highly regarded brand.

**Your branding, messaging, and energy teach people how to think of you and how to treat you.**

They tell someone whether it is safe to pay you.

This isn't about online fame for the sake of fame.

This isn't about branding for the sake of branding.

This is about being known, creating influence, and making a difference - a true difference in people's lives with what you do, teach, sell and share.

This is about building a business, brand, and online presence that supports you in living the life you want.

Show The F* Up is my unique take on how to position and propel yourself in a chaotic, saturated and distracted online space.

It's not just the social media strategy and the style and the colors (though we do that...) it's about the stuff that truly matters too:

**We tap into your purpose, we pull your core message from your soul and we magnetize those who need you... to you.**

*Then we monetize it.*

LIFE TIP:

PEOP

My following grows continually.

My wealth expands exponentially each and every year.

It doesn't get harder each year - it gets way, way easier...

**Because I get better. Not just better at business - better at tapping into my power, owning my calling, and stepping unto *unshakable* certainty around my work.**

And around my ability to make a buzz, build a movement, and have a *lasting* impact.

**Because I get better. Not just better at business - better at tapping into my power, owning my calling, and stepping unto *unshakable* certainty around my work.**

And around my ability to make a buzz, build a movement, and have a *lasting* impact.

**Simply because I decide to.**

From the beginning, people have asked me who I hired to create my brand. And I roll my eyes.

That is not how you create a brand.

A BRAND IS NOT
SOMETHING YOU CREATE;



This is energetic. This is something you embody.

This is about who you be and *how* you be.

It's time you step into your truth and put your best, highest, and most authentic self into the world - unapologetically and with boldness.

It's time to show the f* up.

**When your online presence is based on something real, people can't take their eyes off you.**

You stand out. People know who you are. They get what you do.



And they show up to your livestream, email, or inbox ready to hire you.

**This digital course experience is designed to catapult your online presence and multiply the number of people who know about your work + have already decided to work with you.**

It's time to make the difference that you are here to make.





I am releasing some of my best, most inspired, most channeled content on
branding, social media, messaging, and attracting an online audience for
women who know - at their core - that they are meant to be wave-making,
fire-starting, world-changing leaders, businesses, and brands.

I created this course over eight years, adding to as my online presence,
income, impact and influence grew.

**It is my intention that this process + container blow your mind, shake
you up, propel you forward, and change the way you see yourself and
your work... forever.**





## THIS IS FOR YOU IF...

💬 You desire to reach and help more people. **You're made for it.**

💬 You haven't gone as big as you desire. **You want more.**

💬 You are ready for an *expansion*. It's time to rise up into your next level.

💬 You want more followers, fans, and potential clients obsessed with your work.

💬 You dream of a life where all of this is easy. **People find you, follow you, and pay you.** And you don't even have to think or worry about how this is occurring.

💬 You are ready to magnetize your people to you. Continually. Regularly. Always. This is just how it is for you.

💬 You are ready to be seen. You are ready to be watched, followed, noticed even if it makes you nervous or afraid.

📣 You are ready to magnetize your people to you. Continually. Regularly. Always. This is just how it is for you.

📣 You are ready to be seen. You are ready to be watched, followed, noticed even if it makes you nervous or afraid.

📣 You are ready to *get paid*. It's time for a world where people ask to pay you. (I continually have people DMing and emailing asking what they can buy from me. This is a thing.)

📣 You **feel** everything I am saying right now. You are starting to buzz. You are ready.



## JAE SCHAEFER

Everything has changed for me since enrolling.

**Amanda breaks it down so easily.**

I'm way more clear on my purpose, intentional with my launches, and clear on who I am and what it is I'm meant to bring to the world.

I used to dread posting on social media. Now I have laser sharp focus on what it is I'm here to do; and have zero qualms around what I need to do to get it.

I've stopped doing all the things I hate in my business. And have created more space for the things I love.

During this course, I created a whole new brand strategy for my business, experienced radical clarity around the visual brand that represent my messaging

I actually get excited about posting online and building my presence on social media.

This course is not "icky" old school, masculine-style branding training that's all strategy and hype.

**It's new school, fun, exciting, and makes you remember why you got into business in the first place.**

Before this program, I was falling out of love with my



## CHELSEA QUINT

Having worked in marketing and PR, had some hesitation about whether I'd actually learn anything.

It was my first year in business and I had never invested in a digital course.

To this day, I go back to the prompts, videos and mindset work inside of this program.

**This course is the foundation upon which I built my personal brand. A brand that now has a thriving podcast, supports hundreds of visionary men and women around the world, consistently makes more than $15,000 every month and supports my life and lifestyle.**

In the months immediately after taking the course, I more than tripled my income.

Amanda simplifies things more than any other teacher I've had.

She easily blows up every doubt, limiting belief, fear or hesitation you've ever had about business, success, money or impact.

This course taught me to do everything my way, with no

This course is not "icky" old school, masculine-style branding training that's all strategy and hype.

**It's new school, fun, exciting, and makes you remember why you got into business in the first place.**

Before this program, I was falling out of love with my business. Now, I've never been more enamored by it.

If you are thinking of enrolling, GO FOR IT!!! Amanda's teachings are by far, the best, most incredibly, and most knowledgeable out there.

Just being in her energy and listening to what she has to say is life-changing.

**JAE SCHAEFER**

Speaker, writer, life coach

www.jaeschaefer.com

Amanda simplifies things more than any other teacher I've presence on social media.

She easily blows up every doubt, limiting belief, fear or hesitation you've ever had about business, success, money or impact.

This course taught me to do everything my way, with no stress, and let that be enough.

I now fully own all of my quirks, intensity and too-muchness unapologetically.

The increased confidence in myself and my ability to express myself I've experienced since enrolling has impacted every area of my life.

It impacts every post I make, every sales call I have, every class I lead, and every client I support. As well as my personal relationships.

**Amanda is the real deal. If you want to up level any and every area of your life, get in her world.**

**CHELSEA QUINT**

intuitive healer | empowerment coach | biz mentor | author | human. being

www.chelseaquint.com





## ALEXIS KRYSTINA

I wondered if the course would be too basic for me.

Turns out, it wasn't.

I feel so much more confident in my services and courses as a CPA.

**I more than tripled my income year over year just by showing up more unapologetically authentic.**

I know that my work is essential.

This program helped me to enhance my brand to exactly what I wanted it to be.

It helped me to solidify my vision and intention for the long run.

When I started, I didn't know what I wanted to do with my brand and in my field. CPA branding is pretty... plain. Most CPAs that I saw online were concerned with being "professional" — I just knew that wasn't me and I struggled with this. I wanted a loud, crazy, goofy, pink brand where I could say fuck and talk about astrology and manifesting and other woo woo and witchy shit. This course helped me figure out how to do that. I changed my business name to "Pink Moon Financial" after going through the course. I hired support to help me bring my vision to life, and now my brand matches my soul and style.

I use the process and questions Amanda gives us for every offer I create in my business. It's these questions that guide every sales page I write.

I went from using scare tactics to try to manipulate people into buying my shit. Now I use empowerment. I market my work from a soul-led, divinely inspired place know my messages are meant to reach the people who need to hear what I have to say in the exact moment they need to hear it.

It used to sound like: Your business will fail and the IRS will



## ASHLEY JENAE

When I first saw the program, I didn't initially think it was for me because I didn't want to be famous.

I'd been trying to run my business being as invisible as possible. This definitely impacted my sales and success of my business.

**Since enrolling, both my internet audience and customer base have increased about 50% and growing.**

This course helped me boost my confidence and learn how to authentically relate to my audience as Amanda does so well. I feel increasingly less afraid to be seen and to be known.

My income has already doubled what it was last year, and the year is not even over yet!

I've raised my prices in response to increasing demand.

**This is a realistic and very authentic way of building your brand & becoming well known. And it's something anyone can do.**

The questions in this course are some of the most thought provoking and expanding questions I've ever come across in any coaching I've done (and I've done a lot!).

Amanda is just so relatable. Her sharing of her life and wisdom just feels so effortless. She's transparent. She shares the good and the bad.

She really connects with you that deeply, even through pre-recorded content.

She has shown me fame is not a bad or scary thing, and not all about vanity, and that it's okay to be seen and appreciated for who I am and known for the gifts I contribute to the world.

She feels like my smart, business savvy, spiritual, fun fellow Virgo friend and big sister figure who truly gets me & has

I went from using scare tactics to try to manipulate people into buying my shit. Now I just empower them to handle my work from a soul-led, divinely inspired place know my messages are meant to reach the people who need to hear what I have to say in the exact moment they need to hear it.

It used to sound like: Your business will fail and the IRS will put you in jail if you don't get your accounting done.

Now it sounds like: You can succeed even if your numbers are messy. Organized finances will empower the fuck out of you, and when you're ready to have this, you will be divinely led to take the inspired actions.

Amanda is here to help the people who want to be helped and she inspires us to be ourselves so that we can then inspire others, share our work, and make an impact. This was my first course with Amanda and I just love everything about her.

I love how she shows up authentically, disregards any haters, and focuses on her own truth--this inspires me to focus on my truth.

I also embraced this mindset: I'm here to impact millions of lives and change the world. So, yes, of course I want to be famous. How else would I be able to help so many people?! It's not silly, it's not vain, it's required -- and that's a sentiment that I'll take with me forever.

It's not about fame per se, it's about being unapologetic in your message and creating massive impact.

**Fame = impact. And I'm definitely here to impact a shit ton of people.**

I'm forever grateful for this this program.

### ALEXIS KRYSTINA

CPA & Owner of Pink Moon Financial, LLC

alexiskrystina.com

[...]on my journey is not just a vanity thing, and not all about vanity, and that it's okay to be seen and appreciated for who I  am and known for the gifts I contribute to the world.

She feels like my smart, business savvy, spiritual, fun fellow Virgo friend and big sister figure who truly gets me & has walked the path I'm on and done the damn thing! **Her content delivers what you need before you even know you need it.** I think that's how we all strive to do and be.

I love to see her evolution. It makes my dreams and love of luxury and overflow feel even more within reach seeing her embrace such a beautifully abundant and expansive lifestyle.

I will come back to this course forever (and all of Amanda's offerings). Watching it again and again I continually have a deeper understanding of what's taught as I elevate in business. As my audience continues to grow and as I face new challenges, I believe this program will continue to support me and be relevant for what I am going through at the time.

**Amanda's work is really timeless.**

If you're vibing with Amanda, then you'll love the course. You WILL learn, grow, and be lovingly escorted to your next level through the education & support you get from this course. I of course recommend you buy all of Amanda's stuff as it calls to you.

Just feel into it and if you're called: just do it. You WON'T regret it, and you'll feel really good investing in yourself & tapping into the elevating frequency that us Amanda's work.

### ASHLEY JENAE

Love & Feminine Energy Coach

linktr.ee/ashleyjenae



MODULE ONE:
GET CLEAR

Clarity is always the first step to getting what you want. This module is about getting you massively clear on your message/your core truth and translating that into your authentic branding. This will transform your vibe, energy, and voice instantly. This lesson alone is absolutely business changing.

MODULE TWO:
GET CONFIDENT

into your authentic branding. This will transform your vibe, energy, and voice
instantly. This lesson alone is absolutely fabulous-changing.



## MODULE TWO:

Confidently embrace the uniqueness that is you. It's time to love, accept, believe
in, and embrace yourself and your gifts... so that others can do the same. Let's
squish doubt, fear, dread, and self-consciousness about your work. I share my
personal daily steps to keep myself boldly and unapologetically believing in my
work. Once we are clear there, I will teach you my unique process for picking
the visual comments to your brand. We will style your brand so it looks and feels
LIKE YOU.



## MODULE THREE:

It's my job to teach you everything I know about getting visible online. People
cannot hire you if they can't see you. It's time to show up on social media and in
your client's inbox with purpose. I will share with you my strategies for online
visibility and how to stand out on social media platforms.

## MODULE FOUR:
### GET PAID

MY FAVORITE PART: Let's tap into the irresistible energy that comes from boldly
and unapologetically sharing your authentic branding truth online. This is the
major way I attract clients, media, and money. I will also share my process for
getting clear around my earnings goals and standing behind those numbers until
they are mine. I will go into pricing, overcoming objections around price, and
raising your prices over time. I also give you my five-step process for making
money with each new offer online. This process and mindset is a massive
contributor to my $100k+ months (currently earning $400k+ each month --
having 42 back to back six-figure months today). I will share how I infused
practicality and spirituality in earning my desired income. It simply wouldn't be
one of my courses if we didn't manifest our financial desires.

## MODULE FIVE:
### GET CREATIVE

In this recorded FAQ module, I clear up some of the most commonly asked
questions around showing up online. Sharing without feeling annoying. Showing
up online when your family thinks you're crazy. Infusing contradictory aspects of
your personality + your work into one brand. How to do your own SEO. How to
run the show, drop the fear, change your mind and keep going... every day.

## MODULE SIX:

questions around showing up online. Sharing without feeling annoying. Showing
your personality + your work into one brand. How to do your own SEO. How to
run the show, drop the fear, change your mind and keep going... every day.

MODULE SIX:



Famous is often a *dirty* word in spiritual circles, but fame is just influence. What
type of influence do you desire? What do you feel called to in terms of how
massive your empowering, impactful brand becomes?! I am here to give you
permission to set a ridiculously BIG vision around what you are here to do and
how next level your reach can be. You can have whatever you want.

MODULE SEVEN:

GET ELEVATED

In this training module - recorded in 2018 - we talk about the energetic uplevels
that will be continually required to go to the next phase of your dreams, vision,
and purpose... over and over again. This is the stuff that allows you to speed up
time and build your empire quickly. **As someone who significantly grows her
income and impact each year, I really really get this.** Let's quantum leap. Are
you ready?

MODULE EIGHT:

GET SOLID

There are a lot of different ways we can begin to feel unsafe as our presence
grows - unsafe to share, express ourselves, be seen and be potentially ridiculed.
It's inside all of us. As women leaders, we create a new path for the generations
ahead of us. The women who follow our work create new lives for themselves
and those around them. It's okay that we have fears of being seen, fears of being
watched and fears of being unsafe. But it's also our job to reprogram these fears
and live as solid, bold, powerful women who find their sense of security within
and create safe spaces for others. This module, recorded in 2019, is a whole vibe.

MODULE NINE:

GET BRILLIANT

Recorded in 2020, I share everything I've most recently learned about growing
online presence + increasing my fame factor. Including, the energy you cultivate
online and how it reflected back to you. Becoming increasingly clear on what
type of interactions you are available for. Allowing your brand to become a space
for love. Allowing your brand and work to evolve. Being bigger than the industry
you are in.

MODULE TEN:

online and how it reflected back to your becoming increasingly clear on what
types of opportunities you are available for. Allowing yourself and your life a space
for love. Allowing your brand and work to evolve. Being bigger than the industry
you are in.

## MODULE TEN:
## STAY THE F* AROUND

In this brand new module, recorded live with you, Amanda will discuss: Staying
Power. Through her twelve plus year career as an online entrepreneur, she has
seen, heard, and done it all. Through the online nonsense, speculation and what-
have-you, she has maintained visibility, elevated her brand and profile
continuously, and grown her company into a global eight-figure, widely known
and respected brand in the personal development space. She is consistent,
authentic, and always down to share all she knows via teachable moment on the
interwebs. So, let's go. What creates staying power? Why do some people make it
and others disappear after a year or two of being known? What is the 'it' factor?
How do we blow up but not burn out? She will share it all and leave plenty of
time for Q+A. (Please be caught up on the first nine modules before coming live
to module ten.)



## MONICA WOODHAMS

Before enrolling, I was worried that this program might
share the same generic branding lessons that you see all
over the internet. Of course, in true Amanda form, it wasn't
like anything else I heard before (and went way beyond
what I expected).

This course helped me remember that it's up to me to
stand boldly in my expertise and that I have something you
need to bring to my clients but no one else can. Amanda
taught me to use my authenticity to draw people in. I also
found myself going live on facebook. This would have
terrified me before, but after this course, it became fun
and natural.

I used to feel like I never knew if I was going to get a client
each month. It was on a roller coaster of ups and downs.



## MARY ALLISON JENSEN

I was worried that this would be another course that I
started and didn't finish. I listen to my inner voice and
enrolled anyway. I'm so glad I did.

**This program is hands-down the best investments I
have made in my business.**

I learned how to show up as my authentic self online and
attract soulmate clients. I got really clear on what I am here
to offer the world and how to make my work of high
service. And then, with Amanda teachings to guide me, I
got out of my own way.

I completely re-branded my coaching business and as a
result, experienced massive growth and engagement
online in just one month.

taught me to use my authentic voice, and I
found myself going live on facebook. This would have
terrified me before, but after this course, it became fun
and natural.

I used to feel like I never knew if I was going to get a client
each month. It was on a roller coaster of ups and downs.

**Now I have a consistent stream of clients and high
continual high income months.**

Amanda's shows up in this content 110%. She gives you
tough love if you need it, and there's no BS.

Each time I go back to the course, I get more inspiration
and motivation.

### MONICA WOODHAMS

Success and Lifestyle Coach

monicawoodhams.com | @45fairmount

to offer the world and how to make my work of high
quality. When working with me, Amanda allowed things to guide me. I
got out of my own way.

I completely re-branded my coaching business and as a
result, experienced massive growth and engagement
online in just one month.

**My first group coaching program filled up with dream
clients.**

Amanda has taught me that there are no rules when it
comes to online business except the ones I create myself.

I've also learned how to set clear energetic boundaries and
become an energetic match for exactly what I desire.

This has had massive benefits not only in my business but
my personal life as well!

I know I will continue to apply the principles I've learned in
this program as I continue to up-level my life and business.

If you're ready to show up authentically and
unapologetically and make more money being you, this
course is definitely for you.

Like Amanda says: *"Let it be easy!"*

### MARY ALLISON JENSEN

Author, Speaker, Coach

maryallisonjensen.com





THE *Details*

## Through the Show The F* Up Experience you receive:

❧ Instant access to the pre-work that will instantly shift how you show up online.

❧ Nine training modules listed above.

❧ Three recorded FAQ trainings on crafting your brand, online presence, and impact.

❧ Lifetime access and all future updates to this program.

❧ Workbook + transcripts for each module.

❧ Affirmations, meditations, journaling prompts + homework for each module.

❧ Exclusive access to the Show The F* Up online portal + private community. (Available through our app or any web browser.)

## Plus Instant Access to these bonuses upon enrollment:

### ❧ GETTING PAID TO BE YOURSELF:
Two part 120 minute video training on authentic, soul-led branding.

### ❧ NEXT LEVEL BUSINESS BRANDING BUNDLE:
Seven part video training series on starting and growing a business and brand.

❧ Video One: How to Start a Service Based Biz You Love

❧ Video Two: How to Attract Your Soul Mate Clients

❧ Video Three: How to Sell as an Act of Service

❧ Video Four: Creating a Brand Based on Your Truth

❧ Video Five: Stay Inspired, Protect Your Energy, Show Up as You

❧ Video Six: Making Your Own Rules in Business

❧ Video Seven: Next Level Business Branding FAQ Call

### ❧ VIP BONUS TRAINING:

Video Five: Stay Inspired, Protect Your Energy, Show Up as You

Video Six: Making Your Own Rules in Business

Video Seven: Next Level Business Branding FAQ Call

**VIP BONUS TRAINING:**

How I grew my FB group, named my company, and became a corporation.

### Instant Access to over 11 Hours of Bonus Content



ABOUT *Amanda*



Amanda Frances is a world-renowned thought leader on financial empowerment for women.

Through her wildly popular digital courses, highly engaging social media presence, the weekly "And She Rises" podcast, an on-going mastermind for high level women entrepreneurs, her daily free inspirational content, meditations, and trainings distributed across her social media channels and her best-selling book, Rich as F*ck... she empowers women to design lives and businesses they are wildly obsessed with.

**She has written for Forbes, Business Insider, Glamour, and Success Magazine.**

**She has been featured in US Weekly, Life and Style, InTouch, Flaunt, ET Online, The Blast, and will be a guest on the next season of Selling Sunset.**

Her mission is to get the power of money into the hands of good hearted women who are here to change the world.

Combining her background in ministry as well as mental health counseling with practical business advice and a deep knowledge of spiritual and energetic principles, Amanda isn't quite like any other 'business coach' you've encountered.

Amanda is from a small town in Oklahoma. A true self-made woman, while putting herself through graduate school Amanda taught herself how to build her first website.



Combining her background in ministry as well as mental health counseling, along with her business expertise and knowledge of spiritual and energetic principles, Amanda isn't quite like any other 'business coach' you've encountered.

Amanda is from a small town in Oklahoma. A true self-made woman, while putting herself through graduate school Amanda taught herself how to build her first website.

**A decade later, Amanda Frances Inc is a multimillion dollar global brand serving clients and students in 85 countries, supporting an audience in the hundreds of thousands with free content, while generating between $600k+ a month.**

NEXT STEPS

Upon enrollment, you will receive an email with instructions on how to set up your course access.

You'll access your course content, exclusive Show The F*ck Up group, and the private Money Queen Community at **members.amandafrances.com** or on the AF App.

You get instant access to the pre-work and bonuses. Each additional module will be dripped out after that. We will record module ten live together!

**You have all content and any future updates for life.**

There are a total of 11 hours of bonus content included with this digital course experience. The modules + pre-work also contain 12 hours of content. There are 23 hours of content total.

Each video has been filled with countless business tips + techniques for forming a beautiful brand, growing an online presence, and sharing your message; contains energetic principles + manifestation and mindset strategies; is loaded with powerful energy and fresh perspective around designing a life and business you are wildly obsessed with.



JESSICA LIUKKO



AMBER ROCHELLE



JESSICA LIUKKO

Before signing up, I thought I didn't need this course since I'd already take it a couple marketing + branding courses.

I decided to take it anyway just to be in Amanda's vibrational field.

Turns out — I totally needed this course! It transformed me into a woman who is SO confident in herself as a brand- not just colors, graphics, and pretty things - but who I am and what I represent.

Clients, friends, and internet strangers often tell me that they know something is mine because they recognize the style. Because it all looks so much like me! (Amanda taught me that!)

Between this course + other teachings of Amanda's I've integrated, I've literally attracted everything I've wanted.

I manifested the perfect clientele and my own studio salon. I now have the ability to work the limited hours I work so I can be home with my daughter as I desire.

Bonus: The year I took this course, I made $27,000 in online revenue (in addition my salon work).

I had previously made $0 online.

**I never in a million years and a half years did I imagine I'd be running an online business and designing the branding myself, but Amanda makes it easy.**

To someone who may be unsure about this program, all I have to say is f*ing do it! You wouldn't be reading this if something in your gut wasn't pulling you toward it.

You need it, you'll love it, invest in yourself girl. Amanda has your back.

**JESSICA LIUKKO**

Hair Stylist and Color Educator

www.jessbalayage.com | @jessbalayage

AMBER ROCHELLE

There is a reason why I sign up for every single course Amanda offers: She is my secret business weapon. She gets you fired up in the best way.

Her unique combo of magical mindset, on point business advice, and drama-free glamour is a game changer.

This was a business-altering course for me.

Amanda knows how to create an authentic brand. In this course she helps you to translate the best of you and your essence into a beautiful online presence.

**It's a totally new take on branding and it will change your business.**

This course is so comprehensive and not only makes you look great online, but gives you the confidence to back it up!

And it would be Amanda if it wasn't also FUN!

This course will leave you inspired, excited, and totally set up to stand out in an authentic way to the clients that need what you've got.

**AMBER ROCHELLE**

Intuitive Coach for Highly Sensitive Women

amberrochelle.com | @msamberrochelle

## FAQ'S

⟶ **What if I am not a coach? Is this still for me?**
Yes! Incredible humans from many industries including personal development, network marketing, alternative medicine, mental health, fashion, etc have loved this course.

⟶ **What if I am not a coach? Is this still for me?**

Yes! Incredible humans from many industries including personal development,
network marketing, alternative medicine, mental health, fashion, etc have loved
this course.

⟶ **I'm super busy right now. What if I don't have time to take the course
now?**

While access to the content is opened throughout the course, it is up to you how
quickly you move through the content. You have this content any future updates
for life.

⟶ **What if I am new in business. Is this for me?**

Dear Lord, yes! I can not tell you how much I wish I would have understood these
principles on day one of my business. My social media presence, paid offers, and
free content would have been so much more impactful so much more quickly.

⟶ **Are you offering a payment plan?**

YES! I love payment plans. You will find the payment options when you click to
order.

⟶ **What can I expect from this course?**

An elevated, high energy, fun, and motivated community of bad-ass bosses. An
empowering way to seeing business. Simplified online growth. Homework that
calls you to dive deep into who you are and what you are here to give so that you
can show up boldly online and in life. A practical and spiritual explanation of how
to do the damn thing + sell your shit online.

⟶ **How is this different than Boss Lady Branding or Decoding Fame?**

It's not. It's just updated. The early modules are the original ones from BLB. As I
added new content each year over five years on online messaging, authentic
branding, growing an only presence… the course sort of evolved into a 'fame'
course. We called it Decoding Fame and continued to add content. Recently, my
team and I were discussing that we just don't think we landed on the right title.
We looking over the content decided to call it Show the F* Up. And here we are.
If you are a BLB or Decoding Fame alumni, the course is already available to you
on the member platform.

⟶ **Can you guarantee specific results?**

I love this course and I deeply believe in the principles in it. The testimonials on
this page are from real live people who signed up for the course, did the work,
and created some incredible kick-ass brands. However, the results you get are
up to you. Show up and do the work. **DISCLAIMER:** I don't guarantee or warrant
results or increased income. The testimonials on this page may not be typical for
all students. << My attorney says I need to say that.

⟶ **What if I don't like the course? Do you give refunds?**

Although our policy is **no refunds on digital products**, I want to ensure that you
have a chance to review my teaching style in case you are new here. So, if after
reviewing the initial content, you feel this is not for you, please email us at
support@amandafrances.com **within 48 hours of your purchase** (and having
not consumed more than the Pre-Work) and we will process your refund.

**More Questions?!** email assistant@amandafrances.com

reviewing the initial content, you feel this is not for you, please email us at support@amandafrances.com **within 48 hours of your purchase** (and having not consumed more than the Pre-Work) and we will process your refund.

**More Questions?!** email assistant@amandafrances.com



SHANNON NICOLE

\*\*\* Amanda Frances is one of my favorite humans on the planet.

Because of this program, the revenue in my business has more than doubled in under a year.

This would not have been possible without Amanda and this digital course. It completely changed my business.

When it was time to re-brand, I enrolled and applied everything Amanda taught — from there my business took off.

**My instagram following multiplied right away and my sales went through the roof!**

I'm so grateful for Amanda and the way she pushes us to be bold and fearless. She truly leads by example and is a mentor to so many high level online entrepreneurs — teaching us to get our gifts into the world and get paid.

You will not regret enrolling!

**SHANNON NICOLE**

Reiki Master Teacher, Sound Healer, and Course Creator

vibewithshannon.com | @the_dailyvibe



ANNIE MAND

\*\*\* At first I wasn't sure if this course was right for me.

I already had a website for my life coaching business set up, so why would I need a course about branding?

I ended up joining because I didn't have any clients yet, and now I realize I didn't have any clients because I wasn't confident in myself or in my coaching.

**Since enrolling, I've gained such undeniable faith and belief in my work, and a deep knowing that it's okay to be visible.**

**I now attract clients and get hired easily. I now own the value of the work I do and the results my clients get.**

My business now gives me so much freedom in my life. I have traveling all over the world and was able to join Amanda for a VIP Day! This was an amazing experience that was made possible because of the groundwork I did in this course!

Whenever I'm having a bad day where I'm struggling to see the light (and all I want to do is watch TV) I play the course in the background and it literally shifts my energy back into my purpose and potential!

I now have a deeper spiritual faith has helped me positively transform my life as well as the lives of my clients.

Even if you feel like you "don't need" the course, trust me when I tell you that it will help you no matter what level you're at. You literally up-level your business each time you listen to the material. In short: This courses works!

**ANNIE MAND**

Energy Coach at A Mystical Life

www.amysticallife.com | @amysticallife

you're at. You literally up-level your business each time you

**ANNIE MAND**

Energy Coach at A Mystical Life

www.amysticallife.com | @amysticallife



**You are more amazing than you think or know.**

You are more fascinating, interesting, creative and innovative than you have allowed yourself to realize.

You were made for big shit.

I know it might not always seem like it - and I know it's possible your life hasn't looked like it was adding up to it, but...

...YOU ARE A *force*.

You are a boss. You are a mountain-moving, wave-making, world-changing human.

I get you. I know what it means to unleash your truth, greatness, and money-making genius.

Let's get known. Let's get seen.

LET'S GET



RICH

FAMOUS



**Pay in Full Bonus:** The Rich, Famous, Self-Employed Mug!! This mug is scripted with your new very favorite saying. Drink your fave beverage out of it each morning as your journal, set your intentions and rock the program! I am so thrilled to give this you fo' free! YAY! Say it with me: I am rich. I am famous. I am self-employed. This is a gift from me for the first 50 people to select the Pay in Full option upon enrollment. (The rest of the bonuses + all course content is for everyone regardless of the payment option you choose.)



## Enrollment for Show The F*ck Up is currently closed.

Enter your information below to get on the waitlist and be the first to know when it reopens.

**First Name \***  | First Name *

**Email \***  | Email *

**SIGN ME UP!**

**Enrolling?** I encourage you to do so intentionally. Decide what this moment means to you and for you. Decide what you are choosing to create through this process. Do this on purpose. I'm proud of you.

By enrolling in this course, you agree to our Standard Terms and Conditions.

**Refund Exception:** Although our policy is **no refunds on digital products**, I want to ensure that you have a chance to review my teaching style in case you are new here. So, if after reviewing the initial content, you feel this is not for you, please email us at support@amandafrances.com **within 48 hours of your purchase** (and having not consumed more than the Pre-Work) and we will process your refund.

**Disclaimer:** I love this program and I deeply believe in the principles in it. The success stories on this page are from real live people who have worked with me through this program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.

reviewing the initial content, you feel this is not for you, please email us at support@amandafrances.com **within 48 hours of your purchase** (and having not consumed more than a few minutes of the material) and we will process your return.

**Disclaimer:** I love this program and I deeply believe in the principles in it. The success stories on this page are from real live people who have worked with me through this program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.



all the love,

*Amanda*
FRANCES



program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.

all the love,
Amanda FRANCES

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

- Aligned AF Living: Mastering the Four Principles
- Selling Is Of Service: From Limiting Beliefs to Endless Possibilities
- When Money Feels Maddening + Other Manifestation Mishaps
- MONEY VIBES: Overflow, debt perception, and the energy of increase.
- Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am - 5:00 pm |
| **Tuesday** | 9:00 am - 5:00 pm |
| **Wednesday** | 9:00 am - 5:00 pm |
| **Thursday** | 9:00 am - 5:00 pm |
| **Friday** | 9:00 am - 5:00 pm |
| **Saturday** | Closed |

Wealthy Woman
MEDITATION SERIES
Get Free Instant Access to the Eleven Meditations!

Amanda
FRANCES SHOP
SHOP HERE

FEATURED ON

Forbes Money Entrepreneur abc BUSINESS INSIDER GLAMOUR NBC WELL+GOOD SUCCESS ET InStyle FLAUNT Us Weekly iHeart RADIO BLAST OK! CBS NEWS BELLA MAGAZINE

Do not copy Protected by COPYSCAPE Do not copy

PROTECTED BY COPYSCAPE

WEBSITE DISCLAIMER WEBSITE TERMS AND CONDITIONS PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

Page Vault

| | |
|---|---|
| Document title: | Aligned as F*ck Bundle - amanda frances \| thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/aligned-as-fck-bundle/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:36:43 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:37:42 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 15 |
| Capture ID: | jGutdkdEh1ctMsyUzqpe7L |
| User: | fe-athimons |



Hi. If you don't know me...

I'm amanda Frances

I don't do things like most people.

**In the twelve years since I started my business, I have repeatedly disregarded the complicated ways in which things supposedly have to be done.**

I own a company that creates online training programs for women.

From internet marketing, to online branding, to financial empowerment. I am known for making business and money really, really simple.

(Not basic or boring -- Simple and easy.)

I don't have traditional funnels. I very rarely run ads. I don't give thought or energy to the doom and gloom about the latest social media algorithm update that's going to screw us all.

I don't buy into the nonsense that stops so many people from getting their work into the world via doing what they love and attracting an audience and clients, organically.

And by not paying attention
to what the experts said,

Document title: Aligned as F*ck Bundle - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/aligned-as-fck-bundle/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:37:42 GMT

I don't buy into the nonsense that stops so many people from getting their work
out. I don't believe building a business is hard. I grow and scale my business
organically.

## And by not paying attention to what the experts said, I became one.

I do what seems most obvious, easy, and effective.

In short, I do what works for me.

I follow my desires, trust my intuition, and take my inspired action each day.

And it really, really worked.

**Today I own a multimillion dollar global personal development brand.**

It's safe to say...

## I'm not your average business woman.

Because of my alignment with myself, my truth, my beliefs, and my desires...

**I have overcome, risen above, and moved through anything that has been
in my way, time and time again.**

I align myself with my desired vision and outcome.

I do my best to choose ease, grace, and flow.

I trust my inner knowing and take my desired steps.

And my impact + influence continue to grow.

AFI supports clients and students in 95 countries.

## Now let me be clear, I do the work.

I am relentless, determined, and passionate.

I am dedicated to my work, my content, and my products.

I do what I say I will do. On repeat. Day after day. Year after year.

## My audience trusts me.

(There is no bypassing integrity or showing the f*ck up.)

*That doesn't mean that struggle and sacrifice equal success.*

*That doesn't mean the most complex business model makes the most money.*

Document title: Aligned as F*ck Bundle - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/aligned-as-fck-bundle/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:37:42 GMT

(There is no bypassing integrity or showing the f*ck up.)

*That doesn't mean that struggle and sacrifice equal success.*

*That doesn't mean the most complex business model makes the most money.*

*That doesn't mean that the most exhausted woman will make the biggest difference.*

I discovered, a long time ago, that spinning my wheels, striving for perfection, judging myself, doubting myself while neglecting my truest desires... was not going to work for me.

**Instead, I worked less and earned more with every passing year.**

I also love my life more, enjoy my work more, delegate more, flow more, and continue to create a life and business beyond my wildest dreams.

# This is *how* I built my 8-figure brand.

**There are plenty of burnt out, exhausted, confused women not making the income or impact they are here for while looking for some magic strategy that will make this all work.**

# When the magic was inside them *all along.*

It's time we trusts ourselves.

It's time we take our risks and our leaps.

It's time we ignore the outside world and tune into our own inner guidance.

(Yes, your business wisdom lives inside of you along with God and everything else you need.)

The whole point of this starting your own business thing was not to ignore your body, deplete your energy, be a hangry bitch, and feel like shit.

Exhaustion is *not* a badge of honor.

Your job is not to be a frantic, cloudy headed, barely functioning business owner.

**Your job is to be you.**

**Your job is to be connected to service, rooted in purpose, and f*cking inspired by your life, your mission and what you do each day.**

# This is about the *love* of the work.

This is about doing what we were made for.

This is about following our hearts and deep, longing desires for the lives we are meant for.

This is about doing what we were made for.

This is about following our hearts and deep, longing desires for the lives we are meant for.

**This is about the joy we create and feel inside of our daily experience.**

It's time to tap into your infinite peace and your infinite power.

**It is time to do the damn thing.**

It's time to unleash our hearts, gifts, wisdom, and knowledge into the world.

I am unavailable for *any* of us playing small.

If you like the sound of that, then this is for you.

**Presenting: The Aligned As F*ck Bundle.**

Designed to support you in allowing in and creating the ease, grace, and flow your were meant for all along.



IF YOU DESIRE TO
BE THE QUEEN OF:

▷ **Unapologetic Growth:** Grow your audience and online presence through intentionally sharing your knowledge, truth, stories, spin, and self in ways that feel good to you, as you choose.

▷ **Elevated Business Expansion:** Receive Universal support and guidance in the process of expanding your audience, elevating your income, and building your empire.

▷ **Energetic Boundaries:** Set strong energetic boundaries. Shift what you are available for in your life and relationships. Watch the world rearrange around you and realign to you as you forgive, decide and release.

▷ **Effortless + Effective Business:** Work less. Earn more. Trust more. Delegate more easily. Attract clients without being attached to clients. Integrate ease. Re-purpose well. Build your empire, your way.

▷ **Clarity + Confidence + Certainty:** Tell yourself the truth. Decide how it gets to be for you. Know you are worthy. Move forward as the queen of your life and world.

▷ **Clarity + Confidence + Certainty:** Tell yourself the truth. Decide how it gets to be for you. Know you are worthy. Move forward as the queen of your life and world.

▷ **Owning Your Desires:** Want what you fucking want. Drop the guilt around wanting it. Declare what you get to have. Align with your path to get there. O-w-n it.

▷ **Money, money, money.** This isn't a money course, however, it's me. So, we talk about money throughout. Understand more fully the vibrational frequency of money. Feel supported by money. Use money for good. Do you have patterns around money that don't serve you? Do you manifest money and then manifest expenses immediately after? I know why. Let's clear this.

# THEN YOU CAN'T LET YOURSELF MISS THIS.



*The Content*

🤍 **Module One: The Level After Manifesting.** Decide how life works for you. Determine new rules. Set new standards. Release the fear. Allow ease in. Show up as queen. ($297 value)

🤍 **Module Two: The Energy of Your Empire.** Releasing control, perfection, and the attachment to struggle. Doing more of what you want. Trusting your soul. Ditching the strategy that was never yours. Create your next level from fun and love. ($297 value)

🤍 **Module Three: Let it Be F*ing Easy.** Living from flow. Relaxing into alignment. Learning to delegate. Training your team. Breaking the internet rules. Becoming more supported. Working less. Earning more. ($297 value)

🤍 **Module Four: Your Truth = Your Guiding Light.** Growing from authenticity. Embracing radical honesty in every area. Loving and affirming yourself fully. Sharing and attracting clients (and everything you want) from a place of self-love. ($297 value)

🤍 **Module Five: Releasing the Past + Determining the Future.** Giving up perfection. Being more real. Healing while growing. Releasing Rejection. Speeding it all up. ($297 value)

🤍 **Module Six: Answering the Call to Elevate and Expand.** Create from desires. Own your worth. Remove duplicity. Thrive as a spiritual being and a human being. Release all rules. Give money new meaning. Let expansion guide you.  ($297 value)

🤍 **Module Seven: The Queen's Flow.** (This video was originally created for my private + mastermind clients.) Granting yourself

Document title: Aligned as F*ck Bundle - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances/aligned-as-fck-bundle/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:37:42 GMT

**Module Six: Answering the Call to Elevate and Expand.**
Create from desires. Own your worth. Remove duplicity. Thrive as
a spiritual being and a human being. Release all rules. Give money
new meaning. Let expansion guide you.  ($297 value)

♡ **Module Seven: The Queen's Flow.** (This video was originally
created for my private + mastermind clients.) Granting yourself
unbridled amounts of permission. The unorthodox way I prep for
livestreams, launches, and sessions. Doing the damn thing,
unapologetically, as queen. Deciding all things with certainty and
ease. ($1000 value)

*Bonus* **Sacred sharing and selling with no pressure
and so much ease.** Understand my process for sharing my work
online with clarity and ease. Throughout some of the videos, I
demonstrate my non-attached and non-salesy way of sharing my
digital products with potential students.

*Bonus* **Affirmations, journal prompts and (really
good) homework:** Team Amanda Frances and I have added
affirmations, journal prompts, and strategic homework to each of
the seven videos to help you integrate these principles into your
life as you go through the content.



Amanda Frances is a world-renowned thought leader on financial
empowerment for women.

Through her wildly popular digital courses, her best selling book
"Rich as F*ck," highly engaging online presence, her "And She
Rises" podcast, and free daily content, meditations and trainings
distributed across her social media channels... she empowers
women to design lives and businesses they are wildly obsessed
with.

**She has written for Forbes, Business Insider, Glamour, and
Success Magazine.**

She has been featured in Entrepreneur, Flaunt, US Weekly, ET, and
more.

Combining her background in ministry and mental health
counseling with practical advice and a deep knowledge of spiritual
and energetic principles, Amanda isn't quite like any other "coach"
you've encountered.

A true self-made woman, while putting herself through graduate
school Amanda taught herself how to build her first website.

A decade later, Amanda Frances Inc. is an eight-figure global
brand serving clients and students in 85 countries.

**Her mission has always been to get the power of money into
the hands of good hearted women who are here to change
the world. Today, she is doing so.**

Amanda is from Sand Springs, Oklahoma and currently resides in

brand serving clients and students in 85 countries.

**Her mission has always been to get the power of money into the hands of good hearted women who are here to change the world. Today, she is doing so.**

Amanda is from Sand Springs, Oklahoma and currently resides in Los Angeles, California.

# THE ALIGNED AF TRAINING BUNDLE WAS DESIGNED TO:

Assist you embracing into your power, owning your worth, and realigning your beliefs all in ways that deeply support you.

Accelerate you down your most aligned path.

Demonstrate how to the power the of the energetic decisions and unavailability.

Guide you into creating in more ease, grace, and flow in every aspect of your life.

Support you in knowing the power of your own mind + beliefs + energy + decision + creation.

Illuminate for you how rewarding designing a life and business on your terms gets to be.

## LIVE FEEDBACK

- *As usual I am having a total breakthrough listening to you teach.* - Leah

- *It is the same wonderful Amanda Frances energy, but there's something different - something even bigger going on! This is next level.* - Alannah

- *Thank you for being so transparent!!! It inspires me how real this is.* - Brie

- *This training is empowering me to own the Queen in me.* - Chaya

- *HOT DAMN! Amanda, you are the Queen. You know your freaking stuff.* - Sarah

- *WHOAH. WHOAH. WHOAH. AMANDA. This is INCREDIBLE. I want to watch it over and over again. You are a priestess.* - Sarah

- *Mind blown.* - Colette

Document title: Aligned as F*ck Bundle - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/aligned-as-fck-bundle/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:37:42 GMT

*HOT DAMN! Amanda, you are the Queen. You know your freaking stuff.* - Sarah

- *WHOAH. WHOAH. WHOAH. AMANDA. This is INCREDIBLE. I want to watch it over and over again. You are a priestess.* - Sarah

- *Mind blown.* - Colette

- *I am so freaking grateful for all of these affirmations and reflections!!* - Errity

- *I feel like I manifested you, Amanda. like I had been holding the intentions to make these shifts and now I am doing it! Fuck yeah! Already vibrating higher!* - Charmaine

- *This feels so next level! You just opened up new doors for me. I can't write notes down fast enough!!! Th is is so amazing! You talk straight to my spirit.* - Shelby

- *These videos are amazing. Every time I think of a question, you answer it. So much synchronicity!* - Yolanda

- *What you teach solidifies more each time I learn from you! Thank you!* - Alice

- *Dayummm this training is speaking to my soul right now! Preach sister.* - Charmaine

- *Amanda, you are so different in this training in a really fantastic way! I feel like I'm watching you uplevel in front of my eyes. So powerful!* - Alisia

- *These meditations are so powerful. Thank you.* - Nicole

- *I am so excited for this! Every word you're saying is lighting me the fuck up!* - Maria

- *This is EVERYTHING* - Navae

- *I love this training so much Amanda. I have focused more on alignment now in my coaching and am making more money, thanks to you. It totally works.* - Katie

- *It is so amazing how you stand in your power. That is the vibration and intention I am setting. Thank you for teaching this.* - Indrani

(^^ Feedback from people who watched the videos as they were recorded live.)



**planstoomuch** 50w

🔥 🔥 🔥 I bought Aligned AF as soon as I got the email yesterday, 0 hesitation, listened to call #1 on my afternoon walk, did the homework after the kids went to bed and YOU WOULDNT BELIEVE WHAT JUST HAPPENED. The CEO of the company I left 8 months ago called me the this morning to see how I was doing and how my business is going 😂😂😂 guys I was an admin, a really great fucking admin but why would the CEO be calling me to chat?!? I've been thinking about wanting to make some consistent money while I grow my coaching business and when I got aligned the universe fucking showed up 🔥 🔥 🔥 so excited for the way my brain even just pivoted what my business could look like, moving towards groups and courses instead of growing my one on one AND making amazing money at a company I loved.

My favorite
❤️

Started the course this weekend. Powerful!! Thank you!!

Signed up for Aligned AF and while I was skeptical to spend the money....too many things have been showing up in my life mentioning alignment. The sale was just icing on the cake and I feel so good about taking this leap.

The first video was amazing! My only complaint is having to wait 48 hours to watch the next one!!!!

Thank you. The concepts in just the first video are so SIMPLE but so damn DUH! How did I not see this before?! It shifted something in me today and I'm so excited to see where it leads me. Thank you for providing this content to us!

**lulaibrown** One of my favs! I just redid it. 🔥
2h   2 likes   Reply   Message
❤️

**kaleighv** I LOVE this program and revisit it often! Thank you for creating magic ❤️
2h   📌 Pinned   3 likes   Reply   Message
❤️

Aligned AF is always such a vibe — one of my fave AF classics

**mirandataitcoaching** I loooove this bundle! A

Document title: Aligned as F*ck Bundle - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/aligned-as-fck-bundle/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:37:42 GMT



Aligned AF is always such a vibe — one of my fave AF classics

**mirandataitcoaching** I loooove this bundle! A classic 💚💚💚💚

1h   1 like   Reply   Message

**iamjadelaura** This was the first bundle I purchased from you and it shifted *everything* for me. I'd say it was a catalyst for giving myself the permission to evolve my company on the way I actually/truely wanted to (as opposed 'staying in my lane') 🤍✨

2h   📌 Pinned   4 likes   Reply   Message



## How it Works

Upon enrollment, you will receive an email with instructions on how to set up your access.

You'll access your content and the private Money Queen Community at **members.amandafrances.com** or on the AF App.

You get instant access to Module 1. The remaining modules will be dripped out for you after that.

**You have all content and any future updates for life.**

Each of the 7 training videos are between 11-62 minutes long.

**There are a total of 4 hours and 51 minutes of content included with this bundle.**

Each video has been filled with countless business tips + techniques for growing an online business, contains energetic principles + manifestation and mindset strategies, includes a meditation, is loaded with powerful energy and fresh perspective around designing a life and business you are wildly obsessed with.

All videos were recorded as AFI was generating seven figures inside one year for the first time. (This was the Fall of 2017. We hit $1.5 million that year.) I love these videos because I am breaking down the mindset, flow, and ease that allowed me to triple my income that year and take it to the million dollar level. It's magical.

If you were to purchase each video separately, the cost would add up to over $2700.







### ⟶ What can I expect from this bundle?

Seven high vibe, training videos. A fresh, thoughtful, and effective approach to business creation and growth. Explanations of strategy, marketing, messaging, intuition, inspired guidance, and desire that just make sense. Journal prompts, homework, and affirmations laid out for you. A renewed belief in yourself and your endless possibilities.

### ⟶ I'm very busy. What if I don't have time to do the bundle now?

You have lifetime access and all future updates to this course. It is up to you when you start. Often people tell me they love my bundles so much that they go through them more than once and/or play the content in the background of their lives.

### ⟶ What is the difference between your courses and bundles?

My courses are much longer, usually six to eight week programs, that take you through a process of how to do or create something specific. Each module builds on the one before to take you through a process. **Think: Steps. Details. How-to's.** While I still riff on various things, courses are much more structured than

⟶ **What is the difference between your courses and bundles?**

My courses are much longer, usually six to eight week programs, that take you through a process of how to do or create something specific. Each module builds on the one before to take you through a process. **Think: Steps. Details. How-to's.** While I still riff on various things, courses are much more structured than bundles. They are filled up with various bonuses to support and expand on course content.

My bundles are a compilation of videos in which I riff on concepts, energies, and ways of doing the things across various topics. I share what I do, how I think, why, and how it works for me, and how you can implement the principles and concepts to support you. **They are like an energy infusion.** They comes with journal prompts, affirmations, and homework. They are much shorter than courses. I am able to keep the price low by creating something that does not require any additional time or energy from my team once it is created and rarely needs updates. Both my courses and bundles were originally recorded live.

⟶ **Are you offering a payment plan?**

YES! I love payment plans. You will find the payment options when you click to enroll.

⟶ **What Is your refund policy?**

Although our policy is **no refunds on digital products**, I want to ensure that you have a chance to review my teaching style in case you are new here. So, if after reviewing the initial content you feel this is not for you, please email us at support@amandafrances.com **within 48 hours of your purchase** (and having not consumed more than the first module) and we will process your refund.

⟶ **Can you guarantee specific results?**

I love this bundle and fully believe in the principles in it. The success stories on the pages across my website are from real live people who know me, have worked with me and believe in my work. However, as I have no way of knowing what you will do with the program, I can not guarantee results or increased income. The testimonials found on the enrollment page throughout this site may not be typical for all students.

*Are You Ready?*

**The Aligned as F*ck Bundle is open for enrollment!**

After clicking on the big button below and submitting your order, you will receive an email with instructions for how to set up your access.

Check your inbox upon enrollment!

**I can't wait to see what you do with this content.**

access.

Check your inbox upon enrollment!

**I can't wait to see what you do with this content.**

all the love,
Amanda FRANCES

By enrolling in this course, you agree to our Standard Terms and Conditions.

**If you are enrolling now, I encourage you to do so intentionally. Do this for you. Do this for those you are here to help. Do this on purpose.**

**Refund Exception:** Although our policy is **no refunds on digital products**, I want to ensure that you have a chance to review my teaching style in case you are new here. So, if after reviewing the initial content, you feel this is not for you, please email us at support@amandafrances.com **within 48 hours of your purchase** (and having not consumed more than the first module) and we will process your refund.

**Disclaimer:** I love this program and I deeply believe in the principles in it. The success stories on this page are from real live people who have worked with me through this program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.

**Disclaimer:** I love this program and I deeply believe in the principles in it. The success stories on this page are from real live people who have worked with me through this program and got incredible results. According to my attorney, I need to make sure I always say this to you: I don't guarantee or warrant results or increased income. The testimonials on this page may not be typical for all students.

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am - 5:00 pm |
| **Tuesday** | 9:00 am - 5:00 pm |
| **Wednesday** | 9:00 am - 5:00 pm |
| **Thursday** | 9:00 am - 5:00 pm |
| **Friday** | 9:00 am - 5:00 pm |
| **Saturday** | Closed |

























WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

Page Vault

| | |
|---|---|
| Document title: | Become a Money Genius |
| Capture URL: | https://amandafrances.com/become-a-money-genius/ |
| Page loaded at (UTC): | Fri, 15 Dec 2023 16:46:22 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 16:47:26 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | 1q8pfCo8Eh1ZUemEKXVLSS |
| User: | fe-athimons |





## Become a Mother F*cking Money Genius (Interview)

📅 July 20, 2020   👤 AmandaFrances   📂 Life Lessons

Hi loves,

Today, I have a really great interview for you!

**My dear friend, Laina, interviewed me how on my sense of self worth created my business brain and money genius.**

But first, I need to let you in on something.

**Did you know that your *desires* can determine your business model?**



Search...

First Name *    First Name *

Email *    Email *

SIGN ME UP!

JOIN THE
*instagram*

---

Document title: Become a Money Genius
Capture URL: https://amandafrances.com/become-a-money-genius/
Capture timestamp (UTC): Fri, 15 Dec 2023 16:47:26 GMT

Page 1 of 4



My dear friend, Laina, interviewed me how on my sense of self worth created my business brain and money genius.

But first, I need to let you in on something.

**Did you know that your *desires* can determine your business model?**

That what you choose to do, launch, say, share, sell can be based on what works best for your personality, preference, and lifestyle?

Most people have it all backwards.

They are looking for the one right way or the one perfect path to finally be able to make money in their business, but the truth is money flows in and out and sticks around a whole hell of a lot more easily... when we do what we want, what we love and what we feel called to.

When you do the above, you have the motivation to keep going.

This creates consistency. And with consistency, you become dependable and reliable.

And with that people are able to know you, believe you and trust you. And with that... they pay you.

One of the two main reasons we start businesses — for most of us — is to get paid. The other is to make a difference. Remember?

When you understand the above, people pay you continually, easily and often.

And you don't have to worry so much about price points, payment plans, packages and all the things you think matter. You just have to do what you want and you do it well.

**This makes you a mother f*ing Money Genius.**

Let's get back to the interview.

Laina has known me for nearly five years.

**In today's videos she pulls some great content out of me including:**

>> How I created my business model and money genius

>> How to set big goals without feeling pressure or resistance

>> My thoughts on Kylie Jenner, Forbes and monetizing an audience

>> Amanda Frances Inc.'s biggest month to date (May was our biggest month ever!)

>> Why the struggle was never actually required

... so much more goodness.

Let me know what you think in the comments below the video or with a review on the podcast.















**Watch it + leave a comment on the YouTubes:** Become a Money Genius

**Listen + leave a review on the iTunes:** Become a Money Genius

If you are loving the vibes here, stay tuned, because tomorrow I am putting on sale one my most loved money related offers.
It is called The Energy and Frequency of Money.
You guys have been asking for this one to be marked at a special price and I am happy to oblige.
Be sure to open my email tomorrow with all the details or check my social media profiles!
I love you!

*All The Love,*
*Amanda Frances*

**Like these vibes? I have more where this came from.**
IG: instagram.com/xoamandafrances

FB: facebook.com/xoamandafrances

Tik-Tok: https://vm.tiktok.com/GH1EAP

Podcast: And She Rises the Fuck Up

amanda frances | amanda frances husband | amanda frances money | amanda frances money coach | amanda frances net worth | amanda frances net worth | amanda frances reviews | amanda frances wiki | Amanda money mindset | amanda selling sunset | books on money | MMM | money genius | money mentality makeover | money mindset | money queen

<table>
<tr><td>‹ How to Write Soul-Aligned Copy</td><td>Money While You Sleep and Other Minimum Standards for Wealth ›</td></tr>
</table>

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities





‹ How to Write Soul-Aligned Copy

Money While You Sleep and Other Minimum Standards for Wealth ›



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
|---|---|
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |

WEBSITE DISCLAIMER     WEBSITE TERMS AND CONDITIONS     PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS     CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

Page Vault

Document title:          Let it Be Fucking Easy - amanda frances | thought leader + best selling author +
                         money queen

Capture URL:             https://amandafrances.com/let-it-be-fcking-easy/

Page loaded at (UTC):    Fri, 15 Dec 2023 16:47:54 GMT

Capture timestamp (UTC): Fri, 15 Dec 2023 16:48:20 GMT

Capture tool:            10.38.0

Collection server IP:    54.157.181.49

Browser engine:          Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
                         Gecko) Chrome/118.0.5993.54 Safari/537.36

Operating system:        Windows_NT (Node 18.17.1)

PDF length:              6

Capture ID:              wVGqtUKNoqQSwzdzeW7qxS

User:                    fe-athimons

amanda frances thought leader + best selling author + money queen

| HOME |     | ABOUT |     | BLOG |     | MEDITATIONS |     | BUNDLES |     | COURSES |     | THE VAULT: AF CLASSICS |     | BOOK |     | SHOP |

## Let it Be Fucking Easy

*Let it be Fucking Easy*

THREE DAY EVENT

by Amanda Frances

Hi! If you don't know me,

*I'm Amanda Frances*

I am the queen of letting it be easy.

Not because this is natural for me... but because I decided a long time ago that spinning my wheels, striving for perfection, and neglecting my truest desires... was not going to work for me.

Now I believe this: The easier I let it be, the more money I make.

I say this in terms of how I run my 7 figure business: I am allergic to hard.

When women entrepreneurs talk about their hard work like it's a badge of honor, I want to puke.

Don't get me wrong, I do the fucking work.

I build a million dollar (soon to be multi-million dollar) brand. So, obviously, I work. But if you think that is all there is to this... you are missing the fucking point.

of honor, I want to puke.

Don't get me wrong, I do the fucking work.

I build a million dollar (soon to be multi-million dollar) brand. So, obviously, I work. But if you think that is all there is to this... you are missing the fucking point.

It's not about the likes or the cash money (though that shit is fun to measure)... it's about my daily happiness. It's about the love of the work.This is about how much joy we choose to feel day to day. It's about feeling fucking good. Period.

The whole point of this starting your own business thing was not to ignore your body, deplete your energy, be a hangry bitch, and feel like shit.

Don't get me wrong -- I love being next level, crazy and obsessed with my work.

I 100% would not have it, nor could I imagine it, any other way.

But I used to act like relaxing and enjoying would somehow take away from my business.

Now I know this for sure: My job isn't to be a frantic, cloudy headed, barely functioning business owner.

My job is to be Amanda Fucking Frances.

My job is to be my best self. My job is to be happy and high vibe and in flow and connected to service and rooted in purpose and fucking inspired by my mission.

The whole point of this starting your own business thing was not to ignore your body, deplete your energy, be a hangry bitch, and feel like shit.

We have to give ourselves what we need each day.

Lean into ease, joy and flow and... trust your desires.

Not just your big world-domination type desires, but ALL our desires.

Because we can *truly* have it all while we design these businesses we are wildly obsessed with.

## IF YOU DESIRE TO:

✳ Drop the mother effing struggle

✳ Release the guilt around your desire for ease and flow

🏃 Drop the mother effing struggle

🏃 Release the guilt around your desire for ease and flow

🏃 Do less and earn more

🏃 Integrate relaxing in your daily life and business routine

🏃 Increase your confidence around how easy things get to be

🏃 Live in a state of flow, joy and fun

🏃 Understand how to become an energetic match for what you want without becoming manic

🏃 Shift into a state of daily receiving money with ease

🏃 Learn my process for manifesting from a place of ease.

# ...THEN YOU CAN'T LET YOURSELF MISS THIS.

→ **Topic 1:** Alignment: We Have Been Lied to About What it Takes to Succeed

→ **Topic 2:** Manifest from Flow: Move into the State of Receiving More Easily

→ **Topic 3:** The Energy of Money. Money Responds to our Energy. How to Manifest.

# Are you ready?

This training is now available through my new bundle:

↓ ↓ ↓

## Aligned as F*ck Bundle

These videos were created during a live training for my online audience.

↓ ↓ ↓

This training is now available through my new bundle:

## Aligned as F*ck Bundle

These videos were created during a live training for my online audience.
This is the only place they are now available.





**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
| --- | --- |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am - 5:00 pm |
| **Tuesday** | 9:00 am - 5:00 pm |
| **Wednesday** | 9:00 am - 5:00 pm |
| **Thursday** | 9:00 am - 5:00 pm |
| **Friday** | 9:00 am - 5:00 pm |
| **Saturday** | Closed |




















WEBSITE DISCLAIMER    WEBSITE TERMS AND CONDITIONS    PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS    CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress



| | |
|---|---|
| Document title: | Affirmation Video for Money and Success |
| Capture URL: | https://amandafrances.com/money-and-success-affirmation-video/ |
| Page loaded at (UTC): | Fri, 15 Dec 2023 16:49:20 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 16:49:47 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | c1xddm3uRG7vnBa8syh1cp |
| User: | fe-athimons |

PDF REFERENCE #:        ajATMh7j3a42g4ZJGT1m51





## So Much F*ing Money (Affirmation Video for Money + Sucess)

📅 February 17, 2020    👤 AmandaFrances    📁 Life Lessons

Hi queen.

I am so excited to bring you today's video.

IT IS A SUCCESS AND MONEY AFFIRMATION VIDEO.

This was taken from a training I hosted last month from Australia for the early-readers of my money book and I fully feel that you will love.

The vibes is something like this...



Document title: Affirmation Video for Money and Success
Capture URL: https://amandafrances.com/money-and-success-affirmation-video/
Capture timestamp (UTC): Fri, 15 Dec 2023 16:49:47 GMT

IT IS A SUCCESS AND MONEY AFFIRMATION VIDEO.

This was taken from a training I hosted last month from Australia for the early-readers of my money book and I fully feel that you will love.

The vibes is something like this…

Say it with me: *Money comes and money comes and money comes. I have more money than I know what to do with. Plethoras, avalanches and overflows of money come into my life so quickly naturally, continually and easily.*

*My banking and investment accounts are full to seven figures. My debt is paid off. my loans are eliminated. My bills are paid easily + paid early.*

*I show up for my life. Success is mine. I do not squander my gifts + callings + desires. I give what I am here to give. I live out my desires. I birth my dreams into the world. This is who I am.*

If you like that, then you are going to love this video I made for you today.



Remember: You are being guided. It's all for your good and in your favor. Life is working and adding up for you. You can not + will not f it up. You are a winner. And winners win.

### Transcript:

**Money.** I have so much fucking money. I have more money than I even know what to do with.

I have more money than I even know what to do with. Money comes and money comes and money comes and money comes. There is an endless supply of money and money comes so quickly and so naturally and so rapidly and so easily and it's always just coming.

Plethoras, avalanches, and overflows of overwhelming amounts of money are just so mine.

They're just so in my life. It's just constantly more money than I know what to do with. And because of that, you know, bank accounts are full to seven figures in multiple accounts. Investment accounts are seven figures. Bank accounts are seven figures. There is so much money.

So, debt obviously is just always paid off every month. Debt obviously not even a thing that just disappears + eliminated + has no place or need or room in my life.

Credit card: We just pay our credit cards off. Student loans paid off. No reason to have them anymore. They have just been eliminated by the overflow. The natural overflow of money in my life and I just expect — I just expect this — I just live this way.

There's just an abundance of money all the time. I actually can't even imagine a world where I can't











Document title: Affirmation Video for Money and Success
Capture URL: https://amandafrances.com/money-and-success-affirmation-video/
Capture timestamp (UTC): Fri, 15 Dec 2023 16:49:47 GMT



disappears + eliminated + has no place or need or room in my life.

Credit card: We just pay our credit cards off. Student loans paid off. No reason to have them anymore. They have just been eliminated by the overflow. The natural overflow of money in my life and I just expect — I just expect this — I just live this way.

There's just an abundance of money all the time. I actually can't even imagine a world where I can't pay off a credit card. That's a bunch of f*ing nonsense.

I can't even imagine a world where a mortgage has to stay around very long. I just paid off the house. I just paid off all the properties like way faster than I thought I would actually even thought about or considered paying them off after. But there was just so much money everywhere that my, my accountant my CPA were like, do you want to just pay off the houses? And we paid off the houses and now we're just so purely cash positive and all the investment properties.

**Success.** I am meant to be successful. I am meant to write this book. I am fucking destined to do every single thing I desire to do. If it's on my heart to do it, I am meant to do it in this world, this, this book or this course or this or this coaching.

These things inside me, they are meant to be in the world. They were divinely placed on my heart because the world needs them and the world needs them now.

And I'm not going to squander my gift. I'm not going to squander my calling. I'm not going to sit on all that's within me.

I'm going birth into the world. I'm going birth it when it's hard, I'm going birth it when it's scary, I'm going to birth it when I don't know what the fuck I'm doing.

I'm going to show up. I'm going to show up. I'm going to give my best and it's going to work. Of course it's gonna work because it's meant to. And there might be detours and weird moments and moments I have to go back to believing in myself and moments where I feel confused or this or that or the other, but it doesn't matter cause I will win.

I will achieve, I will get there. I always will because winners win and it's who I choose to be.

So I choose to show up each day and give my heart and deliver my best and know what's enough because frankly it's enough when you know it is.

Know, it's enough. And show up and receive compensation and attract a big audience and allow myself to have all of the things I meant to have.

I will not settle. I will not quit. I will not stay in that vibration of doubt. I am meant to have it all. I am meant to have it mother-f*ing all.

Success is fully and completely and unavoidably mine. It is who I am, it is who I choose to be and that is who I will always be.

I am Amanda f*ing Frances. I am first name f*ing last name. I choose to have it all. I choose to receive it all. I choose to have the best. I choose to be the best. I choose to receive the best if anyone's worthy I bet is me.

Success is my divine birthright and destiny. Amen.

**I hope you loved this money affirmation video + transcript I made for you.**

Let me know below!





All The Love,
*Amanda Frances*

affirmation videos   amanda frances   amanda frances husband   amanda frances research

amanda frances wiki   amanda selling sunset   manifest money   money affirmations

money affirmation video   money coach   money minivan   money queen   success affirmation audio

< The Last Time I Felt Super Uncomfortable Around My Finances

Morning Empowerment Manifesto: Infuse Your Day with Power + Love >



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am - 5:00 pm |
| **Tuesday** | 9:00 am - 5:00 pm |
| **Wednesday** | 9:00 am - 5:00 pm |
| **Thursday** | 9:00 am - 5:00 pm |
| **Friday** | 9:00 am - 5:00 pm |
| **Saturday** | Closed |

Do not copy
Protected by
COPYSCAPE
Do not copy

PROTECTED BY
COPYSCAPE

‹ The Last Time I Felt Super Uncomfortable Around My Finances

Morning Empowerment Manifesto: Infuse Your Day with Power + Love ›

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |



















WEBSITE DISCLAIMER    WEBSITE TERMS AND CONDITIONS    PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS    CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

| | |
|---|---|
| Document title: | The F*cking Abundant Network Marketer - Access Granted - amanda frances \| thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/the-abundant-network-marketer-access-granted/ |
| Page loaded at (UTC): | Fri, 15 Dec 2023 16:50:00 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 16:50:25 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | p1j5qWi5NbtEPCZn77Fvyt |
| User: | fe-athimons |

PDF REFERENCE #:        p1nDDGAVKoF99UpJh2RPj9



| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |

## The F*cking Abundant Network Marketer – Access Granted



Overcome Common Objections
That Prevent You From Making Money



Show Up But Make The Work Easy



Closing with Class



Watch on YouTube · OWDER | CO - FOUNDER, MISFIT REPUBLIC

*more freebies*

| PRINTABLE: | PRINTABLE: |
|---|---|
| MONEY BIBLE BONUS<br>(because earning is biblical AF) | SUCCESS DEFINED BY YOU<br>worksheet |

| PRINTABLE: | PRINTABLE: |
|---|---|
| GRATITUDE LIST<br>worksheet | SETTING YOUR DAILY GOALS<br>worksheet |

| PRINTABLE: | MEDITATION: |
|---|---|
| YOUR TEAM MISSION<br>statement worksheet | CALLING IN THE CASH MONEY<br>meditation |



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

FEATURED ON

Forbes   Money
Entrepreneur   abc
BUSINESS INSIDER   GLAMOUR
NBC   WELL + GOOD

PRINTABLE:
## YOUR TEAM MISSION
statement worksheet

MEDITATION:
## CALLING IN THE CASH MONEY
meditation

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
|---|---|
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |





















WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress



Document title: The F*cking Abundant Network Marketer - Access Granted - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/the-abundant-network-marketer-access-granted/
Capture timestamp (UTC): Fri, 15 Dec 2023 16:50:25 GMT
Page 4 of 4

| | |
|---|---|
| Document title: | Rich as F*ck Hoodie- White Text – Amanda Frances Inc. |
| Capture URL: | https://shop.amandafrances.com/products/rich-as-f-ck-hoodie-white-text |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:22:14 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:22:36 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | czdqFBHJCbMDsfMJrymuH2 |
| User: | fe-athimons |

PDF REFERENCE #:        sSJ9DRu8qZtnZrShjcZqCb



Home    Mugs + Water Bottles    Tees + Hoodies    Kids + Toddlers    Pillows + Posters    Phone Cases    Blog    FREE Meditations    Search





AMANDA FRANCES INC.

# Rich as F*ck Hoodie- White Text

$70.00 USD

Pay in 4 interest-free installments of **$17.50** with 
Learn more

Size

S    M    L    XL    2XL

Quantity

—    1    +

Add to cart

Buy with shop Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 26– Jan 1**

A soft and comfy unisex hoodie that fits all your hoodie needs. The fleece fabric makes it a great partner all year round, be it a summer evening on the beach, or a Christmas dinner in a mountain cabin.

• 52% airlume combed ring-spun cotton, 48% poly fleece
• Fabric weight: 6.5 oz/yd² (220.4 g/m²)
• Regular fit
• Side-seamed construction

*Sweatshirts are designed on Bella + Canvas fabrics.*

*From Bella + Canvas:*

*We are a green company through and through — taking every opportunity we can to reduce our co2 emissions. We use 7x less water than average clothing manufacturers, and our manufacturing facilities produce almost no landfill because we recycle pretty much everything that can't be turned into a tee.*

- 52% airlume combed ring-spun cotton, 48% poly
- Fabric weight: 6.5 oz/yd² (220.4 g/m²)
- Regular fit
- Side-seamed construction

*Sweatshirts are designed on Bella + Canvas fabrics.*

*From Bella + Canvas:*

*We are a green company through and through — taking every opportunity we can to reduce our co2 emissions. We use 7x less water than average clothing manufacturers, and our manufacturing facilities produce almost no landfill because we recycle pretty much everything that can't be turned into a tee.*

*100% SWEATSHOP FREE and Platinum WRAP Certified. Doing things the right way has never been up for debate. American made is something we believe in deeply and have been manufacturing in the U.S. and internationally in a no-sweat-shop, humane, sustainable way since day one.*

### Size guide

|  | S | M | L | XL | 2XL |
|---|---|---|---|---|---|
| **Chest to Fit (inches)** | 34-37 | 38-41 | 42-45 | 46-49 | 50-53 |
| **Body Length (inches)** | 26 ⅝ | 27 ½ | 28 ⅝ | 29 ¾ | 30 ⅞ |
| **Chest Width (inches)** | 19 ½ | 21 ½ | 23 ½ | 25 ½ | 27 ½ |

⬆ Share



| | |
|---|---|
| Document title: | I am Rich as F*ck Phone Case – Amanda Frances Inc. |
| Capture URL: | https://shop.amandafrances.com/products/i-am-rich-as-f-ck-phone-case |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:27:47 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:31:26 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 8 |
| Capture ID: | xoE5hE2QbWh6ot4iDab72c |
| User: | fe-athimons |



Home    Mugs + Water Bottles    Tees + Hoodies    Kids + Toddlers    Pillows + Posters    Phone Cases    Blog    FREE Meditations    Search





AMANDA FRANCES INC.

# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with Shop Pay Learn more

Size

iPhone 11    iPhone 13 mini    iPhone XR

iPhone X/XS    iPhone SE    iPhone 13

iPhone 13 Pro    iPhone 13 Pro Max

iPhone 7/8    iPhone 11 Pro

iPhone 7 Plus/8 Plus    iPhone 11 Pro Max

iPhone 12 Pro Max    iPhone 12 Pro

iPhone 12 mini    iPhone 12

iPhone XS Max

Quantity

−    1    +

Add to cart

Buy with Shop Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25–27**



This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off


















# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with **shop** Pay Learn more

Size



| iPhone 11 | iPhone 13 mini | iPhone XR |
|---|---|---|
| iPhone X/XS | iPhone SE | iPhone 13 |
| iPhone 13 Pro | iPhone 13 Pro Max | |
| iPhone 7/8 | iPhone 11 Pro | |
| iPhone 7 Plus/8 Plus | iPhone 11 Pro Max | |
| iPhone 12 Pro Max | iPhone 12 Pro | |
| iPhone 12 mini | iPhone 12 | |
| iPhone XS Max | | |

Quantity

−   1   +

Add to cart

Buy with **shop** Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25–27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

⬆ Share



# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with  Learn more

Size

| iPhone 11 | iPhone 13 mini | iPhone XR |

| iPhone X/XS | iPhone SE | iPhone 13 |

| iPhone 13 Pro | iPhone 13 Pro Max |

| iPhone 7/8 | iPhone 11 Pro |

| iPhone 7 Plus/8 Plus | iPhone 11 Pro Max |

| iPhone 12 Pro Max | iPhone 12 Pro |

| iPhone 12 mini | iPhone 12 |

| iPhone XS Max |

Quantity

−   1   +

Add to cart

Buy with **shop** Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25–27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

⥮ Share




# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with **shop** Pay Learn more



Size

iPhone 11   iPhone 13 mini   iPhone XR

iPhone X/XS   iPhone SE   iPhone 13

iPhone 13 Pro   iPhone 13 Pro Max

iPhone 7/8   iPhone 11 Pro

iPhone 7 Plus/8 Plus   iPhone 11 Pro Max

iPhone 12 Pro Max   iPhone 12 Pro

iPhone 12 mini   iPhone 12

iPhone XS Max

Quantity

−   1   +

Add to cart

Buy with **shop** Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25–27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.




• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

⥮ Share









# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with  Learn more

Size

| iPhone 11 | iPhone 13 mini | iPhone XR |

| iPhone X/XS | iPhone SE | iPhone 13 |

| iPhone 13 Pro | iPhone 13 Pro Max |

| iPhone 7/8 | iPhone 11 Pro |

| iPhone 7 Plus/8 Plus | iPhone 11 Pro Max |

| iPhone 12 Pro Max | iPhone 12 Pro |

| iPhone 12 mini | iPhone 12 |

| iPhone XS Max |

Quantity

−    1    +

Add to cart

Buy with **Shop** Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25– 27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

⬆ Share

---

Document title: I am Rich as F*ck Phone Case – Amanda Frances Inc.
Capture URL: https://shop.amandafrances.com/products/i-am-rich-as-f-ck-phone-case
Capture timestamp (UTC): Tue, 19 Dec 2023 18:31:26 GMT                                    Page 5 of 7






# I am Rich as F*ck Phone Case

$35.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with shop Pay Learn more

Size

[ iPhone 11 ]  [ iPhone 13 mini ]  [ iPhone XR ]

[ iPhone X/XS ]  [ iPhone SE ]  [ iPhone 13 ]

[ iPhone 13 Pro ]  [ iPhone 13 Pro Max ]

[ iPhone 7/8 ]  [ iPhone 11 Pro ]

[ iPhone 7 Plus/8 Plus ]  [ iPhone 11 Pro Max ]

[ iPhone 12 Pro Max ]  [ iPhone 12 Pro ]

[ iPhone 12 mini ]  [ iPhone 12 ]

[ iPhone XS Max ]

Quantity

[ −    1    + ]



[ Add to cart ]

[ Buy with shop Pay ]

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25– 27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

⬆ Share







Document title: I am Rich as F*ck Phone Case – Amanda Frances Inc.
Capture URL: https://shop.amandafrances.com/products/i-am-rich-as-f-ck-phone-case
Capture timestamp (UTC): Tue, 19 Dec 2023 18:31:26 GMT






iPhone 11    iPhone 13 mini    iPhone XR

iPhone X/XS    iPhone SE    iPhone 13

iPhone 13 Pro    iPhone 13 Pro Max

iPhone 7/8    iPhone 11 Pro

iPhone 7 Plus/8 Plus    iPhone 11 Pro Max

iPhone 12 Pro Max    iPhone 12 Pro

iPhone 12 mini    iPhone 12

iPhone XS Max

Quantity

−    1    +

Add to cart

Buy with **shop** Pay

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 25–27**

This sleek iPhone case protects your phone from scratches, dust, oil, and dirt. It has a solid back and flexible sides that make it easy to take on and off, with precisely aligned port openings.

• BPA free Hybrid Thermoplastic Polyurethane (TPU) and Polycarbonate (PC) material
• Solid polycarbonate back
• Flexible, see-through polyurethane sides
• .5 mm raised bezel
• Precisely aligned port openings
• Easy to take on and off
• Wireless charging compatible
• Blank product sourced from China

 Share



         

| | |
|---|---|
| Document title: | Rich as F*ck Tee - Pink Text – Amanda Frances Inc. |
| Capture URL: | https://shop.amandafrances.com/products/short-sleeve-unisex-t-shirt |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:25:24 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:27:44 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | d1F27Lebf2YGuuY2Kjvao1 |
| User: | fe-athimons |

PDF REFERENCE #:        gHc5THBzXFmZJm4eYgpRB2



Home    Mugs + Water Bottles    Tees + Hoodies    Kids + Toddlers    Pillows + Posters    Phone Cases    Blog    FREE Meditations    Search





AMANDA FRANCES INC.

# Rich as F*ck Tee - Pink Text

$45.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with shop Pay Learn more

Color

( Heather Prism Peach )    ( Heather Dust )

( White )

Size

( XS )  ( S )  ( M )  ( L )  ( XL )  ( 2XL )

( 3XL )  ( 4XL )  ( 5XL )

Quantity

[ −    1    + ]

[ Add to cart ]

[ Buy with shop Pay ]

More payment options

This t-shirt is everything you've dreamed of and more. It feels soft and lightweight, with the right amount of stretch. It's comfortable and flattering for all.

• 100% combed and ring-spun cotton (Heather colors contain polyester)
• Fabric weight: 4.2 oz (142 g/m2)
• Pre-shrunk fabric
• Side-seamed construction
• Unisex sizing

Tees are designed on Bella + Canvas fabrics.

From Bella + Canvas:

We are a green company through and through — taking every opportunity we can to reduce our co2 emissions. We use 7x less water than average clothing manufacturers, and our manufacturing




We are a green company through and through — taking every opportunity we can to reduce our co2 emissions. We use 7x less water than average clothing manufacturers, and our manufacturing facilities produce almost no landfill because we recycle pretty much everything that can't be turned into a tee.

100% SWEATSHOP FREE and Platinum WRAP Certified. Doing things the right way has never been up for debate. American made is something we believe in deeply and have been manufacturing in the U.S. and internationally in a no-sweat-shop, humane, sustainable way since day one.

### Size guide

|  | XS | S | M | L | XL | 2XL | 3XL | 4XL |
|---|---|---|---|---|---|---|---|---|
| Length (inches) | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
| Width (inches) | 16 ½ | 18 | 20 | 22 | 24 | 26 | 28 | 30 |

⇧ Share

## You may also like



Rich as F*ck Tee- White Text

$45.00 USD



Money Queen Tee- Pink Text

$45.00 USD



Money Queen Tee- Pink Ombre Text

$45.00 USD



Self Made Tee- Pink Text

$45.00 USD

   




recycle pretty much everything that can't be turned into a tee.

100% SWEATSHOP FREE and Platinum WRAP Certified. Doing things the right way has never been up for debate. American made is something we believe in deeply and have been manufacturing in the U.S. and internationally in a no-sweat-shop, humane, sustainable way since day one.

## Size guide

|  | XS | S | M | L | XL | 2XL | 3XL | 4XL |
|---|---|---|---|---|---|---|---|---|
| Length (inches) | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
| Width (inches) | 16 ½ | 18 | 20 | 22 | 24 | 26 | 28 | 30 |

↑ Share

## You may also like




Rich as F*ck Tee- White Text
$45.00 USD



Money Queen Tee- Pink Text
$45.00 USD




Money Queen Tee- Pink Ombre Text
$45.00 USD



Self Made Tee- Pink Text
$45.00 USD



Country/region

United States (USD $)



© 2023, Amanda Frances Inc. Powered by Shopify

Document title: Rich as F*ck Tee - Pink Text – Amanda Frances Inc.
Capture URL: https://shop.amandafrances.com/products/short-sleeve-unisex-t-shirt
Capture timestamp (UTC): Tue, 19 Dec 2023 18:27:44 GMT

| | |
|---|---|
| Document title: | And She Rises… on Apple Podcasts |
| Capture URL: | https://podcasts.apple.com/us/podcast/and-she-rises/id1438759061 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 18:38:18 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 18:38:45 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 4TcxuLjw3gBqkW7ACXuazF |
| User: | fe-athimons |

PDF REFERENCE #:        86YAEouV2ePhVeCp5vaWaT

Apple Podcasts Preview



138 episodes

Hosted by self-made multi-millionaire, soulful business guru, and money making queen, Amanda Frances, "And She Rises" is a podcast for the woman who desires the income, impact, intimacy, and influence she was born for. Through pra... more

# And She Rises...

Amanda Frances

Business

★★★★★ 4.7 • 570 Ratings

Listen on Apple Podcasts ↗

---

DEC 17, 2023

## S3 Ep:11 Best of 2023: Our Favorite AF Riffs from This Year 🔒

Hello! Welcome to the And She Rises (The F*ck Up) — the podcast! We are so, so happy you are here. As we're wrapping up the year, Team AF and I have put together our four favorite AF riffs of 2023. These clips were taken from new modules for courses that were recorded live this year. Here are our...

▶ PLAY   20 min

---

DEC 10, 2023

## S3 Ep:10 Aligned AF Living: Mastering the Four Principles 🔒

Hello loves. Today, the team and I have four principles for you, for living your Aligned AF life. These were taken from the Aligned AF Bundle. 1. Attune to the Moola + Let it Flow. Listen: Money doesn't come from our offers or our clients, it flows through them. This is how I think of it: I create what I fee...

▶ PLAY   27 min

---

DEC 2, 2023

## S3 Ep:09 The Energy of EXPANSION: Growing your Business with Ease & Flow 🔒

Hello. Welcome to the And She Rises (the Royal F Up) — the podcast! We are so happy you are here. These three little clips were taken from one of my favorite courses: Queen of Hearts! I have not promoted or launched QoH in a bit of time, however, it is available all year in The Vault. (The Vault is...

▶ PLAY   17 min

---

NOV 26, 2023

## S3 Ep:08 Four Truths to Springboard Your Success: Utilizing Fear + Being Real + Forgiving You + Knowing Your Impact 🔒

Hello loves. As Amanda said, these four powerful riffs were taken from The Holiday Bundle. The Holiday Bundle contains 22 hours of inspired, motivating, authentic content in 25 videos + a few added bonuses. It is on sale now, but the best price of the year won't last long:...

▶ PLAY   22 min

---

NOV 18, 2023

## S3 Ep:07 Unf*ck Your Money Mentality: FREEDOM from Financial Frustration 🔒

In today's episode Amanda shares four quick and easy tips for Unf*ing Your Money Mentality and Creating Freedom from Financial Frustration. As you listen, keep your heart open for those ah-ha moments. You know what we mean: Moments where something clicks, resonates or helps you to get...

▶ PLAY   14 min

---

NOV 4, 2023

## S3 Ep:06 Selling Is Of Service: From Limiting Beliefs to Endless Possibilities 🔒

In today's episode, Amanda talks about selling as a sacred act and how you can turn the process into one of ease and flow. The truth is, there's not one exact, perfect formula for success. How you desire your business to flow, the lifestyle and business culture you want to create, and your overall needs...

▶ PLAY   15 min

---

Show 10 More Episodes

---

## Customer Reviews

See All

---

Document title: And She Rises… on Apple Podcasts
Capture URL: https://podcasts.apple.com/us/podcast/and-she-rises/id1438759061
Capture timestamp (UTC): Tue, 19 Dec 2023 18:38:45 GMT

**NOV 18, 2023**

### S3 Ep:07 Unf*ck Your Money Mentality: FREEDOM from Financial Frustration

In today's episode Amanda shares four quick and easy tips for Unf*ing Your Money Mentality and Creating Freedom from Financial Frustration. As you listen, keep your heart open for those ah-ha moments. You know what we mean: Moments where something clicks, resonates or helps you to get...

▶ PLAY   14 min

**NOV 4, 2023**

### S3 Ep:06 Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

In today's episode, Amanda talks about selling as a sacred act and how you can turn the process into one of ease and flow. The truth is, there's not one exact, perfect formula for success. How you desire your business to flow, the lifestyle and business culture you want to create, and your overall needs...

▶ PLAY   15 min

Show 10 More Episodes

## Customer Reviews

See All

# 4.7 out of 5

576 Ratings

★★★★★
★★★★
★★★
★★

★★★★★

moriah baker, 11/11/2023

**Liberating + vibey**
A must listen to anyone wanting to break free of old limiting beliefs and patterns. Amanda unravels all the noise in your head and helps you see what's possible for you.

★★★★★

Justjade, 11/06/2023

**Inspirational on many levels**
Amanda you are amazing! You have changed my life in so many way. Thank you for sharing your wisdom and journey with us. This podcast is inspirational 📖

★★★★★
Chrissi19782012, 10/02/2023

**Always just what I needed**
I'm on a mission and you're my own personal soulful mental mindset hype girl ⚡
You help me remember who I am and I'm grateful to have found this podcast ☕💙💙

## Top Podcasts In Business

See All


The Ramsey Show
Ramsey Network


Cubicle to CEO
Ellen Yin


Owning Your Legacy
Laurette Rondenet


Money Rehab with Nic...
Money News Network


The Money Mondays
Dan Fleyshman


Hot Money: The New ...
Pushkin Industries

## You Might Also Like

See All


Manifestation Babe 🅴
Kathrin Zenkina


Style Your Mind Podca...
Cara Alwill


Money, Mindset & Ma...
Marley Rose Harris


Make Shift Happen 🅴
Samantha Daily


Think It, Get It! 🅴
Noor Hibbert


Chill & Prosper with D...
Denise Duffield-Thomas

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map        Choose your country or region