# Exhibit 4

**Page Vault**

| | |
|---|---|
| Document title: | How to Always Make the Right Decision (You can't fuck it up) - amanda frances | thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/how-to-always-make-the-right-decision/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:48:27 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:48:57 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | dwA9BwGr8ZatDxCxkF6jxC |
| User: | fe-athimons |

PDF REFERENCE #:        pcxpndnKDh7MsyANamQv2x



| HOME |     | ABOUT |     | BLOG |     | MEDITATIONS |     | BUNDLES |     | COURSES |     | THE VAULT: AF CLASSICS |     | BOOK |     | SHOP |



weekly #wisdomdrops
amandafrances.com

## HOW TO ALWAYS MAKE THE RIGHT DECISION (You can't fuck it up)

## How to Always Make the Right Decision (You can't fuck it up)

📅 May 7, 2018    👤 Amanda Frances    📁 Life Lessons

Hi, love bug!

I am so happy to bring you another free video on designing a life and business you are wildly obsessed with.

I got this question during a live training the other day:

**"What do you do when you don't know what you are being guided to do?"**

I so resonate with this question!

There was definitely a time in my life where I thought trumpets were supposed to sound



Search...    🔍

Get Free Instant Access to the Eleven Meditations!

First Name *     First Name *

Email *     Email *

SIGN ME UP!

JOIN THE
instagram

wildly obsessed with.

I got this question during a live training the other day:

**"What do you do when you don't know what you are being guided to do?"**

I so resonate with this question!

There was definitely a time in my life where I thought trumpets were supposed to sound when I received guidance from the divine.

Like… God was supposed to get out a mic and audibly speak to me so I could know what to do.

This made making decisions was really hard… and really complicated.

Even small decisions felt like this massive thing that I could totally mess up.

I remember my friend in college, who went on to be a famous minister, saying to me when I was freaking out about a guy I liked and whether to date him:

Amanda, God's will is not so fragile that you can drop it and break it.

That always stayed with me.



HOW TO ALWAYS

MAKE THE
RIGHT DECISION
(You can't fuck it up)

amandafrances.com // @xoamandafrances

Here is the thing:

You can figure things out. You can try things out. You can feel a little (or a lot) uncertain.

**You can live.**



JOIN THE
instagram
party

FOLLOW HERE



BEST
selling book

RICH

GET IT HERE



LISTEN TO
the podcast

LISTEN NOW





Here is the thing:

You can figure things out. You can try things out. You can feel a little (or a lot) uncertain.

**You can live.**

Doing the "right" thing or making the right decision is not so fragile that you can drop it and break it.

And that has become very true in my life as I embody and live this message.

You can't eff it up.

So here is the deal:

It is safe for me to try things in business.

It is safe for me to try things out in life.

It is safe for me to try things out in love.

It is safe for me to live my life.

The pressure is self-imposed.

The pressure is restricting AF.

**The idea that you could mess it up or fail or that one wrong move or decision could derail everything…**

**… makes it nearly impossible to live.**

**And fully impossible to follow your heart and do the damn thing in your business.**

**These ideas keep you stuck and small.**

Here is your new core belief: You can not and you will not eff it up.

This is my guidance system: I tune into myself and my heartfelt desires/longings of my soul.

I tune into what feels right for me.

And most importantly, I tune into what I WANT.

Not what is the most practical or logical.

Not after all the fears that come up when I analyze it for ten years.

Not based on all the worst case scenarios, but what do you want.

In my experience, it is safe to follow my desires.

It safe to follow your desires. Your desires are a safe guidance system to making the right decisions for you.

It can be as simple as this:

"Do I desire to meet that friend / launch that thing /work with that client / go on that date?"

What is your response in your body when you ask yourself that question.

For me, a yes sounds like ease. And grace. And flow. And "Of course." And excitement.

And wouldn't that be fun/amazing/exciting/too easy!

I pay attention to the gut hit that shows up BEFORE all of the negative ideas can emerge.

Before all the negative or limiting ideas pop up, do you feel like that is something that you *want* to do?

Does it feel good? Does it feel fun? Does it feel expansive, flowy, inspiring, divine, like a good ol' time?

We get to trust our desire. Our rooted, deep-rooted, core desire of our hearts and souls.

So, next time you are confused about your decision, ask yourself this:

*want* to do?

Does it feel good? Does it feel fun? Does it feel expansive, flowy, inspiring, divine, like a good ol' time?

We get to trust our desire. Our rooted, deep-rooted, core desire of our hearts and souls.

So, next time you are confused about your decision, ask yourself this:

What do I want?

What do I actually WANT to do?

At this point, I have come to believe that what I want to do is the most profitable thing. What I long to do, I am fully able to monetize.

Following my heart is always the thing that makes me the most money and makes me the happiest.

I believe it is safe to trust myself and safe to follow my heart.

Check out the video with more examples of how I follow my heart + teach my clients to do the same.

Learn to make the right decision quickly:



What do you think? Are our desires safe guidance? Is it safe to follow your heart? Is it safe to trust yourself?

Are your truest desires leading you in the right direction?

I'd love to hear from you!!

Let me know in the comments below!



Massive love,
Amanda Frances

amanda frances | amanda frances reviews | amanda frances newsie | business coach
follow your heart | how to know what to do | how to know what to do when you don't know what to do
how to make the right decision | internal guidance | money making queen | money manifesting queen

amanda frances   amanda frances money mindset   amanda frances reviews   business coach

follow your heart   how to know what to do   how to know what to do when you don't know what to do

how to make the right decisions   internal guidance   money mindset queen   money mindset the queen

money queen   money queen amanda frances   receive guidance   spiritual boss lady

spiritual business coach   trust yourself

<   What To Do When You No Longer Love Your Business

The Energy of Expanding (Orgasms, SoulCycle and Rap Music)   >

## MEMBERS

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

### RECENT POSTS

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
| --- | --- |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |





❮ What To Do When You No Longer Love Your Business

The Energy of Expanding (Orgasms, SoulCycle and Rap Music) ❯

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |





















WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

---

Document title: How to Always Make the Right Decision (You can&#39;t fuck it up) - amanda frances | thought leader + best selling author + money queen
Capture URL: https://amandafrances.com/how-to-always-make-the-right-decision/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:48:57 GMT

Page Vault

Document title:               Manifesting Your Ideal Body: Being Hot AF is Your Birthright - amanda frances | thought leader + best selling author + money queen

Capture URL:                  https://amandafrances.com/manifesting-your-ideal-body-being-hot-af-is-your-birthright/

Page loaded at (UTC):      Tue, 19 Dec 2023 16:49:15 GMT

Capture timestamp (UTC):   Tue, 19 Dec 2023 16:49:54 GMT

Capture tool:                 10.38.0

Collection server IP:       54.157.181.49

Browser engine:             Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36

Operating system:         Windows_NT (Node 18.17.1)

PDF length:                  5

Capture ID:                  8kbUWz8wGvRDrHUGyiTx3x

User:                        fe-athimons



| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



## Manifesting Your Ideal Body: Being Hot AF is Your Birthright

📅 June 2, 2019   👤 AmandaFrances   📁 Life Lessons

Hi love bugs,

Someone recently asked me what I think about manifesting weight loss.

In today's video, I share what I've learned and seen over the years around creating our desired bodies.

**I also coach the royal cuss words out of myself on my own limiting beliefs around what kind of body I get to have.**



In today's video, I share what I've learned and seen over the years around creating our desired bodies.

**I also coach the royal cuss words out of myself on my own limiting beliefs around what kind of body I get to have.**

I share on such things as:

>> Why the weight seems to fall off once we believe we've done enough in terms of working out and eating 'right'

>> Breaking through the made-up ideas we have around what kind of body we think we can or can't create (based genetics, worthiness, etc).

>> Blowing up the concept that it is vain, shallow, or selfish to like how you look. Or to want to look a certain way.

>> Setting your intention around the body you desire and allowing the practical steps to follow.

>> Owning what you want, why you want it, and allowing yourself to have it now.

**THIS WAS SHOCKING. And super vulnerable:**

>>> I demonstrate LIVE ON CAMERA how I rearrange my beliefs around something...
moving energy as I work through it.

In this case, I worked through and got clear on my desires around my body.

Like... I literally coach the cuss words out of myself live for you to watch.

**This was filmed about six weeks ago, and I am happy share that I am going strong with the beliefs I locked in that day.**

I am loving my workouts and food choices.

My body is changing in the ways I desire.

**I know it is of high service for me to look, feel, and be my best.**

I mean... of course it is.















**The thing is, it is our jobs to love ourselves at any and every size and shape.**

Your worth goes so much deeper than physical appearance.

And while that will always be true, you get to create your desires: From money to fitness to love... you get to have it all.

I hope you really enjoy today's video!

Please let me know what you think in the comments below or underneath the video on YouTube.

**Say it with me: I am so ready to be hot AF. I get to be hot AF. I am hot AF!**

Happy Sunday!

All The Love,

Amanda Frances

<p>all the things amanda frances · amanda frances · amanda frances husband · amanda frances money · amanda frances money coach · amanda frances net worth · amanda selling sunset · life mentor · lifestyle coach · manifesting death · manifesting your dreams · money manifestation queen · money queen · money queen amanda frances · quarter life crisis · spiritual life coach</p>

‹ Fear is a Liar: How to Overcome Fear        What I learned about fear from a hot man with abs ›



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and



< Fear is a Liar: How to Overcome Fear

What I learned about fear from a hot man with abs >



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
| --- | --- |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |

WEBSITE DISCLAIMER     WEBSITE TERMS AND CONDITIONS     PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS     CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

| | |
|---|---|
| Document title: | Money just is: How to Create Certainty and Confidence Money |
| Capture URL: | https://amandafrances.com/money-just-is-create-certainty-and-confidence-with-money/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:50:09 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:50:37 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | 23W6BEEPvwQmxY34UUhK1C |
| User: | fe-athimons |



| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



## MONEY JUST IS: How to Create Certainty and Confidence with Money

📅 April 13, 2020   👤 AmandaFrances   📁 Life Lessons

Hi my love.

My inbox is an interesting place right now.

— There are people asking for help seeing things differently when it comes to their fears around money.

— There are people sharing with me cool AF things that are happening as they enroll in the Energy and Frequency of Money Bundle.



Search...

First Name *

Email *

First Name *

Email *

SIGN ME UP!

JOIN THE
instagram

my inbox is an interesting place right now.

— There are people asking for help seeing things differently when it comes to their fears around money.

— There are people sharing with me cool AF things that are happening as they enroll in the Energy and Frequency of Money Bundle.

— There are people asking that I speak more on how I am personally viewing and thinking of money at this time.

**In this blog, I am going to tackle all of the above.**

First, I have a new video for you.

**In today's video I riff on these Qs:**

>> Is receiving money dependent on the economy?

>> Is it a low vibe to utilize government assistance?

>> Are you f*ing up your manifestation when you feel like shit?

>> How do you create confidence and certainty with money?

>> How does a $450k month feel? How is this different than a $250k month?

>> What have you noticed working for people who transitioning to generating money online?

Once you watch the video I want you to answer these Qs for yourself.

**Second, I have questions to help you shift:**

What if money were consistent?

What if money were reliable, dependable, stable and a sure thing?

How would you feel now? How would you be now? What would you think now?

What would you know now? What would be true for you now.

**^^ Journal on the above.**

With each Q, when you think you are done, write a bit more.

This is a vibration that I want you to feel into and begin to create from.

**Now for Today's video:**















MONEY JUST IS watch on the YouTubes here: Create Certainty + Confidence with Money

MONEY JUST IS listen on the Podcast here: Create Certainty + Confidence with Money

Third, I want to support you in your beliefs about, expectations of, relationship with, and experience of having money.

I want to help you make this area of your life easier, more flow, more consistent, and a lot more fun.

**I lowered the price on my Energy and Frequency of Money Bundle.**

These are my most recent trainings on money currently available. (This content was created just last year.)

I added homework, journal prompts, and affirmations to each video so that you can integrate these practices and teachings into your life.

The videos are fast paced, yet digestible.

They are between 9 and 37 minutes long. There are a total of three hours of content on financial empowerment, releasing debt, manifesting your desires, and creating your dream life and career via becoming a vibrational match for what you want.

**The energy of these videos will change you.**

Now, to be clear, I am not the kind of financial teacher whose philosophies are based on rules or restrictions.

I want to teach you to have more — earn more, spend more, save more, give more, and invest more. I do not want you holding back in any area.

**I want you to move into the understanding that money simply IS.**

**Is available. Is reliable. Is in existence to support you.**

These videos were recorded from an incredibly high energy and potent place vibrationally.

And I am getting incredible feedback from those enrolling.





**Success Stories + Payment Options + Details:** Energy and Frequency of Money

Gain instant access to all seven videos when you enroll.

Receive all content and updates for life.

I love you. I am proud of you. I believe in you.

**I can't wait to see what you do with this content.** I wouldn't wait.

All The Love,
Amanda Frances

**Like these vibes? I have more where this came from.**
**IG:** instagram.com/xoamandafrances

**FB:** facebook.com/xoamandafrances

**Tik-Tok:** https://vm.tiktok.com/GH1EAP

**Podcast:** And She Rises, the Fuck Up

amanda frances | amanda frances money | amanda frances money coach | amanda selling sunset | books on money | create certainty with money | create confidence with money | create consistent and reliable money | make consistent money | make dependable money | make reliable money | money queen

< God wants GOOD for you. Agree to receive!

What I Told the Billionaires about Creating Impact and Income >

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

FEATURED ON

Forbes Money Entrepreneur abc BUSINESS INSIDER GLAMOUR NBC WELL+GOOD





‹ God wants GOOD for you. Agree to receive!

What I Told the Billionaires about Creating Impact and Income ›

## MEMBERS

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

## RECENT POSTS

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
|---|---|
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |



WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

| | |
|---|---|
| Document title: | Expanding into New Financial Realities |
| Capture URL: | https://amandafrances.com/expanding-into-new-financial-realities/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:50:51 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:51:16 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | qzDhi5wLwVTy2ZyJA3gghf |
| User: | fe-athimons |



| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



## Expanding Into New Financial Realities

📅 September 29, 2020    👤 AmandaFrances    🗂 Life Lessons

Hi my love.

As you can imagine, this didn't go over well. (lol)

I don't do well with limits. I am not accustomed to being told what to do.

**And I am fully unavailable for the idea that a woman should squash down her desires as a means of "saving" money.**

The arithmetic of money is basic addition or subtraction.



Search...

First Name *    First Name *
Email *         Email *

SIGN ME UP!

JOIN THE
*instagram*

I don't do well with limits, laws, or a crusty pile of hoops and whip-its do.

**And I am fully unavailable for the idea that a woman should squash down her desires as a means of "saving" money.**

The arithmetic of money is basic addition or subtraction.

It's not just the adding up of dollars and cents.

Money is about who you are, how you be, what you let yourself receive, how you allow yourself to work with + be supported, etc.

Say you move to a place with a lower cost of living, yet don't feel worthy of money. You will find expenses and bills to eat up the extra.

Alternatively, you could move to this same place, become wildly appreciative of this + feel more abundant, and living in that place would then support you financially.

You could also choose to be inspired by the visible wealth and possibilities being created in a place with a higher cost of living.

Or you could buy into limiting stories about the place and while perpetuating a cycle of unworthiness and lack.

**The thing is: The place never mattered — you, your mind and your vibration, was always the thing that mattered.**

And the idea that I can't live out my dreams in a very expensive city and state (which happens to be the place I want to and love to live in) and still save money has been proven untrue. (I typically set aside multi six figures monthly. This 'saved' money will likely become an investment or down payment, be used to pay taxes, etc. I am safe with, comfortable with and allowed in savings. Please note: I built up to this amount a little bit at a time over a decade. I started with much much smaller amounts.)

Another approach would be basing my life choices on things I DON'T EVEN WANT and wondering why I am lacking motivation, passion and direction while telling stories about how saving money it would be more possible elsewhere.

I believe in overflow.

Meaning, I believe in having a whole lot left over.

Meaning, I believe in being supported in structuring life around desires.

**Meaning, I know that it isn't just the logical rules that are at play when it comes to your financial reality.**

In today's video, I share a bit about being expanded into new financial realities and what this has meant for me.

(I am clearly angry about the conversation in the video... lol)

I explain how making my life choices — including where I live — based on my desire and based on what is expansive to me and what effects this had on my life.

It's time to be expanded, my love.

It's time we disregard ideas, rules, places and conversations that shrink us.

It's time to create an entirely new financial reality that fully supports us.

**Drop the Money Struggle is marked at a special price for one more day.**



JOIN THE *instagram party*

FOLLOW HERE



BEST *selling book*

RICH

GET IT HERE



LISTEN TO *the podcast*

LISTEN NOW




It's time we dismantle all the ways we've learned to struggle that keep us stuck.

It's time to create an entirely new financial reality that fully supports us.

**Drop the Money Struggle is marked at a special price for one more day.**

After you watch today's video, come back here and check out one of my all time favorite programs on money.



**Let me know what comes up for you as you watch this!**

Watch it + leave a comment on the YouTubes: Ready for Financial Expansion?

Listen + leave a review on the iTunes: Ready for Financial Expansion?

Ready for a financial expansion. Drop the Money Struggle is marked at a special price through tomorrow only.

**Success stories + details + payment options: https://amandafrances.com/drop-your-money-struggle**

<mark>Instant access to seven hours worth of expansive AF content.</mark>



**Like these vibes? I have more where this came from.**

IG: instagram.com/xoamandafrances

FB: facebook.com/xoamandafrances

Tik-Tok: https://vm.tiktok.com/GH1EAP

Podcast: And She Rises the Fuck Up

2020 money | amanda frances husband | amanda frances net worth | amanda frances networth | amanda frances reviews | amanda frances wiki | amanda selling sunset | drop the struggle | Expand your energy | Expanding Into New Financial Realities | financial empowerment | money coach | money mentality takeover | money mindset | money mindset coach | money queen | Moving to a cheaper state | Moving to Florida | moving to Texas | no income tax states





2025 money | | |
america frances |
Expand your energy | Expanding into New Financial Realities | financial empowerment | money coach
inner intentionally makeover | money mindset | money mindset coach | male orgasm
Money is a cheap escape | Money of Finance | moving and Types | ss income tax coach

‹ Your Heart is Right. The Time is Now

No Validation Required: The secret to Freedom in Love and Business ›

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |



















WEBSITE DISCLAIMER    WEBSITE TERMS AND CONDITIONS    PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS    CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

Document title: Expanding into New Financial Realities
Capture URL: https://amandafrances.com/expanding-into-new-financial-realities/
Capture timestamp (UTC): Tue, 19 Dec 2023 16:51:16 GMT

| | |
|---|---|
| Document title: | God Doesn't Care if You Tithe! |
| Capture URL: | https://amandafrances.com/god-doesnt-care-if-you-tithe-i-said-it/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:51:58 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:52:26 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | 1kapMwdcccz5B2zX2Uhwnb |
| User: | fe-athimons |

PDF REFERENCE #:          nBg2YWuLfDCmia9pMWntA5



| HOME |    | ABOUT |    | BLOG |    | MEDITATIONS |    | BUNDLES |    | COURSES |    | THE VAULT: AF CLASSICS |    | BOOK |    | SHOP |



## God Doesn't Care if you Tithe (I said it)

📅 March 16, 2021    👤 AmandaFrances    📁 Life Lessons

This is a touchy one!

However, I have never run from controversy when it comes to shedding a little light and love on a heavy AF topic. So let's go...

If you haven't been around here long, you may not know that I have a very religious background. I grew up in the middle of the Bible Belt. And I was a child who was very curious about God.

I had myself in church twice a week from the time I was in 5th grade on. My parents dropped me



Search...    🔍

First Name *    First Name *

Email *    Email *

**SIGN ME UP!**

heavy AF topic. So let's go...

If you haven't been around here long, you may not know that I have a very religious background. I grew up in the middle of the Bible Belt. And I was a child who was very curious about God.

I had myself in church twice a week from the time I was in 5th grade on. My parents dropped me off until the time I could drive. Once I could drive, I was shuttling the other teenagers to church with me.

I have two bible school degrees — from a ministry training college and from Oral Roberts University.

I say all this to say: I know religious dogma.

I know doctrine. I know all the legalism. I know the rules. I could recite for you every single thing a good Christian girl should and should not do and back them up with (mostly taken out of context) bible verses.

**And I know something more powerful than all of that: God.**

God's heart. My heart.

I know energy. I understand how the energy by which you do a thing affects the outcome of a thing. I understand intention. I know frequency.

I know that there are people out there right now, giving ten percent to a church who do not understand the energy of abundance, do not know their worth, don't believe in the particular place they are giving their money...

And the tithing thing probably isn't working that well for them.

I know other people who truly believe that the reason they are so financially blessed is because of their giving. They might not know that their belief in the thing is more powerful than the thing, but they are happy with the dynamic at play. And it's working for them.

And, I know from a lot of experience, a lot of years of tithing, and many years now of donating, giving and supporting things I believe in...

That there is a powerful dynamic available — where generosity and giving are very supportive to you and your desires — and where guilt, obligation and overcompensating are no longer in the mix...

When you understand the energy at play plus the power of the intention and belief by which you give + receive + donate + tithe... it can be a very powerful, rewarding and incredible thing. But... it's not required.

So, here we go.

New video coming at you: God doesn't give a damn if you tithe.









So, here we go.

New video coming at you: God doesn't give a damn if you tithe.



Check it out on the YouTubes: God Doesn't Care if you Tithe

Check it out on my And She Rises podcast: God Doesn't Care if you Tithe

Please leave a comment below the video on YouTube to let me know what you think!

I love you!

**Like these vibes? I have more where this came from.**

IG: instagram.com/xoamandafrances

FB: facebook.com/xoamandafrances

Tik-Tok: https://vm.tiktok.com/GH1EAP

Podcast: And She Rises the Fuck Up

amanda selling success | bible and tithing | financial empowerment | how tithing religion stigma | how to tithe | intention at tithing | money coach | money mindset makeover | money mindset | money mindset and tithing | religion | religious legalism | tithe | tithing | what does the Bible says about tithing

‹ NEW! MONEY LOVES YOU MEDITATION          Living Your Life as the Exception to the Rule + Achieving the Impossible!! ›

**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

FEATURED ON

Forbes  Money

amanda selling articles • abuse self study • ? • women entrepreneurs business

lmac consultare • extension of clothing • success coach • money mindset money management mindset • money mindset

increase emotional send coaching • mindset • religious kingdom • tithe • tithing

when does one tithe • support on tithing

‹ NEW! MONEY LOVES YOU MEDITATION

Living Your Life as the Exception to the Rule + Achieving the Impossible!! ›

## MEMBERS

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

## RECENT POSTS

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am - 5:00 pm |
| **Tuesday** | 9:00 am - 5:00 pm |
| **Wednesday** | 9:00 am - 5:00 pm |
| **Thursday** | 9:00 am - 5:00 pm |
| **Friday** | 9:00 am - 5:00 pm |
| **Saturday** | Closed |







 

 

 

 





WEBSITE DISCLAIMER    WEBSITE TERMS AND CONDITIONS    PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS    CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

| | |
|---|---|
| Document title: | Mini Bootcamp: How to Pay Off Debt Without Feeling Broke AF - Access Granted - amanda frances \| thought leader + best selling author + money queen |
| Capture URL: | https://amandafrances.com/mini-bootcamp-access-granted/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:52:35 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:53:10 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | aq4JUp8T2E43ZnmSr7D2EM |
| User: | fe-athimons |



| HOME | | ABOUT | | BLOG | | MEDITATIONS | | BUNDLES | | COURSES | | THE VAULT: AF CLASSICS | | BOOK | | SHOP |

# Mini Bootcamp: How to Pay Off Debt Without Feeling Broke AF – Access Granted

## WATCH BELOW!





# WATCH BELOW!



## GRAB THE DEBT FREE PDF >>

## CHECK OUT OUR COURSE
The Network Marketer's Blue Print to Massive F*cking Abundance



**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| Sunday | Closed |
| --- | --- |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |









FEATURED ON












PROTECTED BY COPYSCAPE

WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

| Document title: | Aligned AF Living: Mastering the Four Principles - amanda frances \| thought leader + best selling author + money queen |
|---|---|
| Capture URL: | https://amandafrances.com/aligned-af-living-mastering-the-four-principles/ |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:53:24 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:54:01 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | xv3a2KB144NeSmANmLmMUH |
| User: | fe-athimons |



| HOME |      | ABOUT |      | BLOG |      | MEDITATIONS |      | BUNDLES |      | COURSES |      | THE VAULT: AF CLASSICS |      | BOOK |      | SHOP |

# Aligned AF Living: Mastering the Four Principles

📅 December 11, 2023    👤 AmandaFrances    📂 Life Lessons, We've Got This



Are you ready to elevate your life, manifest from a place of alignment, and embrace the flow of abundance? In the latest episode of "And She Rises, The Fuck Up" podcast, I'm diving deep into the principles for living an aligned life and manifesting from a place of authenticity. If you're seeking to prioritize feeling good daily, cultivate self-love, and manifest your desires, this is the episode for you.

To be clear... this podcast isn't just about theories and concepts – it's about real, actionable advice that can transform your life. I delve into the intersection of money, creation, and alignment, offering insights that can shift your mindset and empower you to attract the life you desire.

And in case you're not on the email list yet, you should know that I'm sending out a regular email newsletter now called "From the Desk of AF." It is a treasure trove of valuable content, offering free resources and insights that can guide you on your journey towards personal and financial growth. It's not just another sales email – it's a source of inspiration, motivation, and valuable lessons that



Search...   🔍

First Name *   [First Name *]
Email *        [Email *]

SIGN ME UP!

JOIN THE
instagram

To be clear... this podcast isn't just about theories and concepts – it's about real, actionable advice that can transform your life, leaving you empowered and equipped to embrace abundance, offering insights that can shift your mindset and empower you to attract the life you desire.

And in case you're not on the email list yet, you should know that I'm sending out a regular email newsletter now called "From the Desk of AF." It is a treasure trove of valuable content, offering free resources and insights that can guide you on your journey towards personal and financial growth. It's not just another sales email – it's a source of inspiration, motivation, and valuable lessons that can ignite the spark of change within you. (Speaking of inspiration and motivation... have you joined the Money Queen app yet? Look for it in your app store and come join your people!)

If you're ready to take your transformation to the next level, the "Aligned as Fuck Bundle" course is a game-changer. This course features the transformative insights and lessons from my first seven-figure year, providing you with the tools and mindset shifts you need to step into your power and create the life you desire. With feedback promising transformative potential, this course is a must for anyone committed to their personal empowerment and growth.

At the heart of it all, my work is a testament to the power of living authentically, embracing positivity, and aligning with your true self. If you're ready to rise, align, and manifest abundance, I'm here to guide you every step of the way.

Join the app, dive into the newsletter, and explore the "Aligned as Fuck Bundle" course to embark on a journey of self-discovery, empowerment, and abundance. It's time to embrace your authenticity and manifest the life you deserve. Let's rise, align, and manifest the lives we desire!

## What do you think?

1 Response

| 👍 Upvote | 😆 Funny | 😍 Love | 😮 Surprised | 😠 Angry | 😢 Sad |

**0 Comments**      **1** **Login** ▾

Start the discussion...

LOG IN WITH     OR SIGN UP WITH DISQUS ⑦

Name

♡   • Share     Best   Newest   Oldest

Be the first to comment.

✉ Subscribe   🔒 Privacy   🚫 Do Not Sell My Data     **DISQUS**

‹ Selling Is Of Service: From Limiting Beliefs to Endless Possibilities



JOIN THE *instagram party*

FOLLOW HERE

BEST *selling book*

RICH F

GET IT HERE

LISTEN TO *the podcast*

LISTEN NOW




**MEMBERS**

LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |

















WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

©2023 amanda frances | money mindset mentor All rights reserved.



**MEMBERS**



LOGIN TO NEW MEMBER SITE HERE

LOGIN TO OLD MEMBER SITE HERE

**RECENT POSTS**

Aligned AF Living: Mastering the Four Principles

Selling Is Of Service: From Limiting Beliefs to Endless Possibilities

When Money Feels Maddening + Other Manifestation Mishaps

MONEY VIBES: Overflow, debt perception, and the energy of increase.

Five Principles to Live By to Bring Your Soul Alive and Live Your Best Life

| | |
|---|---|
| Sunday | Closed |
| Monday | 9:00 am - 5:00 pm |
| Tuesday | 9:00 am - 5:00 pm |
| Wednesday | 9:00 am - 5:00 pm |
| Thursday | 9:00 am - 5:00 pm |
| Friday | 9:00 am - 5:00 pm |
| Saturday | Closed |







FEATURED ON










WEBSITE DISCLAIMER   WEBSITE TERMS AND CONDITIONS   PRIVACY POLICY

TERMS OF USE FOR ONLINE PROGRAMS   CONTACT US

©2023 amanda frances | money mindset mentor All rights reserved.
Theme by Colorlib Powered by WordPress

Home   Mugs + Water Bottles   Tees + Hoodies   Kids + Toddlers   Pillows + Posters   **Phone Cases**   Blog   FREE Meditations   Search

# Phone Cases

Filter:   Availability ⌄      Price ⌄

Sort by:   Best selling   ⌄      5 products







am Rich as F*ck Transparent Phone Case

My Work is of High Service Phone Case

iPhone Case

Money is My Mood Phone Case

35.00 USD

$35.00 USD

$35.00 USD

$35.00 USD



Home      Mugs + Water Bottles      Tees + Hoodies      Kids + Toddlers      Pillows + Posters      Phone Cases      Blog      FREE Meditations      Search



# "I Am Rich AF" Poster

## $22.00 USD

Pay in 4 interest-free installments for orders over **$50.00** with **shop** Pay
Learn more

Quantity

| − | 1 | + |

**Add to cart**

**Buy with shop Pay**

More payment options

**Estimated delivery to** 🇺🇸 United States **Dec 12–15**

"I Am Rich AF" Poster by Amanda Frances. Exclusively designed. Printed on thick and durable matte paper.