# Exhibit 6

| | |
|---|---|
| Document title: | Portfolio - Penguin Books |
| Capture URL: | https://www.penguin.com/portfolio-overview/ |
| Page loaded at (UTC): | Tue, 12 Dec 2023 21:41:12 GMT |
| Capture timestamp (UTC): | Tue, 12 Dec 2023 21:41:41 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 9 |
| Capture ID: | 3cKPu2vGB8NSH1z5XeiG3S |
| User: | fe-athimons |

PDF REFERENCE #:     7tirbS6V6zYS4xVGY8zAfu

   

Reading Matters

PENGUIN PUBLISHING GROUP    PENGUIN YOUNG READERS    ABOUT PENGUIN



# Portfolio





**OVERVIEW**  |  MEET THE TEAM

## OVERVIEW

Since Portfolio was founded by Adrian Zackheim in 2001, it has emerged as a major force in nonfiction publishing for ambitious people. We connect readers with powerful ideas that inform and improve their lives, within the workplace and beyond. Portfolio authors are innovators, entrepreneurs, and experts who aren't afraid to take risks and change the world, and who reflect the diversity of voices, identities, experiences, and goals we see in our community of readers.

We strive to produce original books in fields such as technology, economics, entrepreneurship, biography, and investigative journalism, with a focus on educating and inspiring a new generation of innovative leaders.

### BESTSELLERS

     

### NEW RELEASES

     



Reading Matters

**PENGUIN PUBLISHING GROUP    PENGUIN YOUNG READERS    ABOUT PENGUIN**

     

## NEW YEAR, NEW YOU

     

## MEET THE TEAM



### Adrian Zackheim, Founder, President, and Publisher

Adrian Zackheim joined Penguin Group in September 2001 as Founder and Publisher of Portfolio. He then took on the additional challenge of starting Sentinel in April 2003. In 2018, he announced the addition of another new imprint to the group: The Optimism Press, in collaboration with Simon Sinek.

Previously, he was the Associate Publisher and Editor-in-Chief of HarperInformation, a division of HarperCollins that included HarperBusiness. His editorial career has also included positions at William Morrow, Doubleday, and St. Martin's Press, and his first job was as School and Library Publicity Assistant at G.P. Putnam's Sons, which was then a privately held small publishing company. He later moved to Putnam's Editorial department under the leadership of Editor-in-Chief Phyllis Grann.

Among the many bestselling books he edited and published before joining Penguin Group were *Good to Great* by Jim Collins; *Die Broke* by Stephen Pollan and Mark Levine; *The Dilbert Principle* by Scott Adams; *The HP Way* by David Packard; and *Swim with the Sharks without being Eaten Alive* by Harvey Mackay.

 

Reading Matters

PENGUIN PUBLISHING GROUP    PENGUIN YOUNG READERS    ABOUT PENGUIN

**ADRIAN'S FEATURED TITLES**

  



### Niki Papadopoulos, VP and Editor in Chief

Niki Papadopoulos joined Portfolio in 2011 as a Senior Editor, and is a passionate advocate for business as a tool for empowerment, innovation, and social good. In addition to overseeing general acquisition strategy for the Portfolio imprint, she acquires and edits a wide range of commercial nonfiction for ambitious people, from idea-driven business books to narrative, biography, memoir, investigative journalism, and self-help. In the last decade she has published twelve *New York Times* bestsellers and seventeen *Wall Street Journal* bestsellers, including *This Is Marketing* by Seth Godin; *The Obstacle Is the Way* by Ryan Holiday; *The Four* by Scott Galloway; *Captivate* by Vanessa Van Edwards; *Thinking in Bets* by Annie Duke; *The Death of Money* by James Rickards; *Hooked* by Nir Eyal; and *American Kingpin* by Nick Bilton. She tweets about grammar, dogs, and what happens to authors who don't turn their manuscripts in on time at @niki_pop.

**NIKI'S FEATURED TITLES**

    



Reading Matters

PENGUIN PUBLISHING GROUP    PENGUIN YOUNG READERS    ABOUT PENGUIN



### Margot Stamas, Associate Publisher and Director of Publicity and Marketing

Margot Stamas joined Portfolio in 2012. As the Associate Publisher and Director of Publicity and Marketing, Margot is responsible for overseeing the promotional strategy across the Portfolio, Sentinel, and Optimism lists. She has led bestselling campaigns for Sophia Amoruso's *#GIRLBOSS*, Marie Forleo's *Everything Is Figureoutable*, Cal Newport's *Digital Minimalism*, Emily Chang's *Brotopia*, Gregory Zuckerman's *The Man Who Solved the Market,* and more.



### Bria Sandford, Executive Editor

Bria Sandford joined Portfolio in 2012. She enjoys editing leadership narratives, economic policy, geopolitics, history, and prescriptive career guides. Her bestselling authors include retired four-star General Stanley McChrystal, political scientist Ian Bremmer, and career advice guru Jon Acuff. She tweets at @blsandford.

**BRIA'S FEATURED TITLES**

  



### Noah Schwartzberg, Executive Editor

Noah joined Portfolio in 2019, focused on business, economics, finance, and politics. His authors run the gamut from economists to entrepreneurs, generals to journalists. He's especially interested in stories that shine a light on critical but overlooked issues at the intersection of business and society.






**PENGUIN PUBLISHING GROUP**   **PENGUIN YOUNG READERS**   **ABOUT PENGUIN**

**NOAH'S FEATURED TITLES**









## Lydia Yadi, Senior Editor

Lydia joined Portfolio UK in 2016 and made the leap to Portfolio US in 2022. She loves publishing energizing ideas for ambitious professionals by coaches, academics, and entrepreneurs with unique voices. She's interested in fresh takes on entrepreneurship, careers, female empowerment, psychology, big ideas, and self-help. In London, she published six *Sunday Times* bestsellers. Her authors include Cal Newport, Marie Forleo, Vanessa Van Edwards, Dr Tessa West, and Steven Bartlett. As a relative newbie to the city, she's making it her mission to visit every single bookstore (and bakery) in New York.

**LYDIA'S FEATURED TITLES**









## Merry Sun, Editor

Merry Sun joined Portfolio in 2015. She publishes brilliant thinkers who are on a mission to share their ideas with smart, hungry readers. Topics in economics,





Reading Matters

**PENGUIN PUBLISHING GROUP**   **PENGUIN YOUNG READERS**   **ABOUT PENGUIN**

mission to share their ideas with smart, hungry readers. Topics in economics, social psychology, finance, technology, and the food business by academics and journalists interest her most. She also acquires practical non-fiction by smart and singular voices with a bold message. Her bestselling, award-winning authors include Wall Street Journal reporter Gregory Zuckerman, Harvard Business School professor Laura Huang, DEI leader Y-Vonne Hutchinson, serial entrepreneur and advocate Kathryn Finney, Eleven Madison Park cofounder and restauranteur Will Guidara, MacArthur Genius and MIT economist Amy Finkelstein, and Stanford economist Liran Einav.

**MERRY'S FEATURED TITLES**









### Helen Healey-Cunningham, Editor

Helen gets excited about rebellious ideas, forceful arguments, and advice that really works. Since joining Portfolio in 2017, she's edited four *New York Times* bestsellers. Her areas of interest include politics, Christianity, racial and economic justice, corporate and political corruption, wealth management, entrepreneurship, communication, venture capital, and practical life skills.

**HELEN'S FEATURED TITLES**









  

Reading Matters

**PENGUIN PUBLISHING GROUP**    **PENGUIN YOUNG READERS**    **ABOUT PENGUIN**



### Megan McCormack, Assistant Editor

Megan McCormack joined Portfolio in January 2021. She is interested in prescriptive books that deal with career development, communication, confidence, and personal finance, as well as idea-driven nonfiction which teaches us about the human mind or human behavior in unexpected ways; surprising subcultures; business scandals and corporate underbellies; and the impacts of tech and social media on society. She is also particularly keen on provocative takes on feminism, gender, and relationships. Some of her forthcoming authors include LinkedIn Learning Instructor Jessica Chen, finance podcaster Katie Gatti Tassin, job coach Madeline Mann, and the hosts of *The War on Cars* podcast.

**MEGAN'S FEATURED TITLES**

   



### Megan Wenerstrom, Editorial Assistant

Megan Wenerstrom joined Portfolio in May 2022, after five years as a high school English teacher. She is interested in politics, history, education policy, and compelling investigations into the worlds of business, finance, and technology.



### Leila Sandlin, Editorial Assistant

Leila joined Portfolio in April 2023. She's interested in nonfiction for curious people, ranging anywhere from social psychology to environmental policy. To



  

PENGUIN PUBLISHING GROUP   PENGUIN YOUNG READERS   ABOUT PENGUIN



## Leila Sandlin, Editorial Assistant

Leila joined Portfolio in April 2023. She's interested in nonfiction for curious people, ranging anywhere from social psychology to environmental policy. To her, nothing is more gripping than a brilliantly constructed argument shedding light on the underpinning and overlooked facets of culture and society.



## Sabrey Manning, Editorial Assistant

Sabrey joined Portfolio in April 2023. Captivated by those who challenge the status quo, Sabrey is drawn to unconventional success stories, pioneering business and societal models, and disruptive ideas that spark transformative movements. She is fueled by a mission to publish works by change agents who share profound insights into their journeys to success in business, wealth-building, and holistic well-being. Sabrey is interested in authors who inspire readers to question, innovate, and drive meaningful change in their lives and communities.



For more great books, visit
**penguinrandomhouse.com**

**RESOURCES**
- Booksellers
- Diversity, Equity & Inclusion
- Education
- Employment
- Libraries
- Permissions
- Publicity & Media Inquiries
- Subrights
- Subrights FAQ
- Subrights Co-Agents

**LINKS**
- Newsletter
- PRH Speaker's Bureau
- Reader Rewards

WEBSITE 2-22