# Exhibit 7

| | |
|---|---|
| Document title: | Rich As F*ck: More Money Than You Know What to Do With: Frances, Amanda, Alwill, Cara: 9781735375106: Amazon.com: Books |
| Capture URL: | https://www.amazon.com/Rich-As-More-Money-Than/dp/1735375101 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:55:55 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 17:15:25 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | ew7CrMiHnoK3durKK8ZM6x |
| User: | fe-athimons |

PDF REFERENCE #: bEGL9PaEzyrZV2gg5U1Px3



amazon Delivering to Seattle 98119 Update location | Search Amazon | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Last Minute Deals | Gift Cards | Medical Care | Groceries | Best Sellers | Amazon Basics | Registry | Today's Deals | Prime | New Releases | Shop Winter Sale

Books | Advanced Search | New Releases | Best Sellers & More | Amazon Book Clubs | Children's Books | Textbooks | Textbook Rentals | Best Books of the Month | Best Books of 2023

Toys & Games Deals Shop now›

Books › Business & Money › Business Development & Entrepreneurship

Roll over image to zoom in

6 VIDEOS

Read sample | Audible sample

**Follow the author**

Amanda Frances | Follow

# Rich As F*ck: More Money Than You Know What to Do With Paperback – January 11, 2021

by Amanda Frances (Author), Cara Alwill (Foreword)

4.7 ★★★★☆ 3,270 ratings | See all formats and editions

**Great on Kindle**

Great Experience. Great Value.

Enjoy a great reading experience when you buy the Kindle edition of this book. Learn more about ***Great on Kindle***, available in select categories.

View Kindle Edition

READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH? For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading Rich As F*ck is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.Whether you experience debilitating anxiety when thinking about your bills, are buried by debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In Rich As F*ck, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

| Print length | Language | Publication date | Dimensions |
|---|---|---|---|
| 276 pages | English | January 11, 2021 | 5.5 x 0.63 x 8.5 inches |

1-Page Marketing Plan
★★★★☆ 9,960
$15.95 prime

Sponsored

## Frequently bought together

**This item:** Rich As F*ck: More Money Than You Know What to Do With $13.99

Rich As F*ck Journal: The Companion to the Best Selling Book $29.99

Think and Grow Rich: The Landmark Bestseller Now Revised and Updated for t… $8.19

Total price: $52.17

Add all 3 to Cart

## Products related to this item

Page 1 of 100

**prime**

**Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **fast, free delivery**

| Format | Price | |
|---|---|---|
| Kindle | $6.99 | Available instantly |
| Audiobook | $0.00 | with membership trial |
| Hardcover | $21.99 | |
| Paperback | $13.99 | |

Other Used and New from $7.14

Delivery | Pickup

**Buy new:** $13.99

List Price: $16.24 Details

Save: $2.25 (14%)

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

FREE delivery **Thursday, December 28** on orders shipped by Amazon over $35

Or fastest delivery **Tomorrow, December 20**. Order within 4 hrs 4 mins

**Arrives before Christmas**

Delivering to Seattle 98119 - Update location

In Stock

Qty: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon.com |
| Sold by | Amazon.com |
| Returns | Returnable until Jan 31, 2024 |
| Payment | Secure transaction |

Add a gift receipt for easy returns

**Buy used:** $12.76

Add to List

New & Used (34) from $7.14 + $3.98 shipping

**Other Sellers on Amazon**

## Frequently bought together



+  +

Total price: $52.17

**Add all 3 to Cart**

**This item:** Rich As F*ck: More Money Than You Know What to Do With
$13.99

Rich As F*ck Journal: The Companion to the Best Selling Book
$29.99

Think and Grow Rich: The Landmark Bestseller Now Revised and Updated for t...
$8.19

Sold by Amazon.com
Returnable until Jan 31, 2024
Secure transaction

☐ Add a gift receipt for easy returns

**Buy used:** ○
$12.76

Add to List

New & Used (34) from $7.14 + $3.98 shipping ›

### Other Sellers on Amazon

$13.98    Add to Cart
FREE Shipping ⌄ on orders over $35.00 shipped by Amazon.
Sold by: Toyarcade

**amazon** book clubs
early access

See Clubs

Not in a club? Learn more

## Products related to this item

Sponsored ⓘ

Page 1 of 100



Tips For My Favorite Stripper Own Your Body Like it's Nobody's Business: Make the M...
Words of a Retired Entertainer
*Makes the perfect gift for your favorite stripper! The best book for becoming a top performer, no matter what club you find yourself in.*
⭐⭐⭐⭐ 4
Paperback
$9.99 ✓prime



Messages from Money: How to Stress Less, Prosper More, and Reshape Your...
Ellen Rogin
⭐⭐⭐⭐⭐ 38
Kindle Edition
$7.99



Principles for Dealing with the Changing World Order: Why Nations Succeed or Fail
Ray Dalio
⭐⭐⭐⭐½ 7,096
Audio CD
$25.50 ✓prime



She Sells: The Empathy Advantage
Megan DiPiero
⭐⭐⭐⭐⭐ 240
Paperback
$19.95 ✓prime

## More items to explore

Page 1 of 8



Rich Dad Poor Dad: What the Rich Teach Their Kids About Money That the Poor and Middle Class...
› Robert T. Kiyosaki
⭐⭐⭐⭐½ 93,674
Paperback
$6.39
FREE Shipping on orders over $35 shipped by Amazon

I Will Teach You to Be Rich: No Guilt. No Excuses. Just a 6-Week...
› Ramit Sethi
⭐⭐⭐⭐½ 18,096
Paperback
$9.19
Get it as soon as **Wednesday, Dec 27**
FREE Shipping on orders over $35 shipped by Amazon

Atomic Habits: An Easy & Proven Way to Build...
› James Clear
⭐⭐⭐⭐⭐ 120,081
Hardcover
**#1 Best Seller** in Parenting
$13.79
Get it as soon as **Wednesday, Jan 3**
FREE Shipping on orders over $35 shipped by Amazon

Get Rich, Lucky Bitch!: Release Your Money Blocks and Live a First-Class Life
› Denise Duffield-Thomas
⭐⭐⭐⭐½ 1,963
Paperback
$7.80
$5.98 shipping
Only 1 left in stock - order...

We Should All Be Millionaires: A Woman's Guide to Earning More,...
› Rachel Rodgers
⭐⭐⭐⭐⭐ 2,576
Paperback
$13.33
Get it as soon as **Thursday, Dec 28**
FREE Shipping on orders over $35 shipped by Amazon



The Science of Getting Rich
› Wallace D. Wattles
⭐⭐⭐⭐½ 9,807
Mass Market Paperback
$10.00
Get it as soon as **Thursday, Dec 28**
FREE Shipping on orders over $35 shipped by Amazon

## Editorial Reviews

**Review**

| | |
|---|---|
| Document title: | Rich as F*ck: More Money Than You Know What to Do With by Amanda Frances, Paperback \| Barnes & Noble® |
| Capture URL: | https://www.barnesandnoble.com/w/rich-as-f-ck-amanda-frances/1138495914 |
| Page loaded at (UTC): | Fri, 15 Dec 2023 20:24:58 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 20:25:40 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | tgpMuhF1k5vCH25pJ55oCe |
| User: | fe-athimons |

JOIN B&N PREMIUM MEMBERSHIP TODAY

SEE ALL OFFERS



STORES & EVENTS | HOLIDAY SHIPPING | MEMBERSHIP | COUPONS & DEALS | BESTSELLERS | GIFT CARDS

 MY ACCOUNT ⌄      WISHLIST

BARNES & NOBLE

All ⌄   | Search by Title, Author, Keyword or ISBN | 🔍

🛒  0

Books | Fiction | Nonfiction | eBooks | Audiobooks | Teens & YA | Kids | Toys & Games | Stationery & Gifts | Music & Movies

**Ship It & Gift It In Time**   STANDARD SHIPPING ENDS   00 : 20 : 34 : 32   DAYS  HRS  MINS  SECS   FIND A GIFT

Free Shipping on Orders of $40 or More   Find Out More

Home > Books



Add to Wishlist

# Rich as F*ck: More Money Than You Know What to Do With

by Amanda Frances, Cara Alwill (Foreword by)

★★★★½   4.5 (8)   Write A Review

**Paperback**

## $15.99

| Hardcover $22.99 | Paperback $15.99 | eBook $6.49 |

View All Available Formats & Editions

**SHIP THIS ITEM**
Qualifies for Free Shipping ⓘ

🚚 Choose Expedited Shipping at checkout for delivery by **Thursday, December 21**

ADD TO CART

Instant Purchase

**PICK UP IN STORE**
Check Availability at Nearby Stores

Pick up in Store

Available within 2 business hours

## Overview

**READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH?**

For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading *Rich As F*ck* is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried by debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

## You May Also Like



Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

Manage Preferences   Accept All Cookies   ✕

Rich as F*ck: More Money Than You Know What to Do With
by Amanda Frances, Cara Alwill (Foreword by)

Paperback
$15.99

Pick up in Store









The Everything Guide to
Commodity Trading: All th...
by David Borman
★ ★ ★ ★ ★

The Monopolists:
Obsession, Fury, and the...
by Mary Pilon
★ ★ ★ ★ ★

168 Hours: You Have More
Time Than You Think
by Laura Vanderkam
★ ★ ★ ★ ★

Shark Tales: How I Turned
$1,000 into a Billion Dollar...
by Barbara Corcoran
★ ★ ★ ★ ★

Rock Your Network
Marketing Business: How t...
by Sarah Robbins
★ ★ ★ ★ ★

How High Will You Climb?:
Determine Your Success b...
by John C. Maxwell
★ ★ ★ ★ ★

| Product Details | About the Author | Table of Contents |

## Product Details

| | |
|---|---|
| ISBN-13: | 9781735375106 |
| Publisher: | Amanda Frances Inc. |
| Publication date: | 01/11/2021 |
| Pages: | 276 |
| Sales rank: | 99,207 |
| Product dimensions: | 5.50(w) x 8.50(h) x 0.58(d) |

## Related Subjects

| Women in the Workplace > | Business > | Women in Business > |

---

## Customer Reviews

★ ★ ★ ★ ★  **4.5** | 8 Reviews

7 out of 8 (88%) reviewers recommend this product

Search topics and reviews 🔍

### REVIEWS

Write A Review

**Rating Snapshot**
Select a row below to filter reviews.

5 ★ ▬▬▬▬▬▬▬ 7
4 ★ ▬ 0

**Average Customer Ratings**

Overall ★ ★ ★ ★ ★    4.5

---

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

Manage Preferences    Accept All Cookies    ✕



| | | |
|---|---|---|
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | ▬▬ | 1 |

**1–8 of 8 Reviews**                    ❓ Sort by: Most Relevant ⌄    ☰

---

**Vanessa Redford**

Georgia

Review 1

Vote 1

★★★★★ · 2 years ago

**Warning! If Money Triggers You...**

This is a book about money, abundance, permission to receive, and stepping into your truth.
This is Amanda's truth and she shares her voyage from no money to lots of money with love and transparency.

If money feels uncomfortable to you - this might be just the book you need. It'll trigger you! So be aware! You might get mad, get judge-y, think ugly thoughts, because most of us weren't taught that MONEY IS JUST A TOOL. It's just another form of energy. It has no soul, no preference, no will.
We humans give it meaning.

So what's the meaning and feeling you have around money???

Enjoy the book!
Love and cheer,
Vanessa Redford

Recommends this product ✓ Yes

Helpful?   Yes · 1    No · 2    Report

---

**Jelwell27**

Review 1

Votes 0

★★★★★ · 2 years ago

**Changed My Financial Life**

This book was my intro to Amanda Frances. I stumbled across it not knowing who she was, and have since read it multiple times. The reality is that she is an absolute expert in the mindset and energy behind money. I grew up in the world of budgets and saving (aka never spending). She showed me a whole other side to money- how to create a better relationship with it- and my income is now 4x higher than it was on my first reading. And that's not the only way my life is hugely transformed.

If money has felt like a struggle, if you've felt triggered or unsafe around money, if it feels like money always comes and goes... then you need to read this.

And the audiobook is amazing.

Recommends this product ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

**Emjayy**

Washington

Review 1

Votes 0

★★★★★ · 2 years ago

**Killer Read On The MAGIC Of $$**

I bought this book & have reread it more times than I can count. The info is deep - but if you're looking for a traditional $$ book, this isn't it. This book is expansive. It speaks to the principals & inner work of $$. It's about adjusting YOU to make $$ work in your life. It's not a dang Dave Ramsey book people- it's not about mathematics . This is for REAL INNER transformation..it covers the energy & Mindset around $$. My book is full of highlights, markings & is well loved. I highly recommend this book if you're ready to shift the way YOU interact, feel about & love $$.

Recommends this product ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy.

Manage Preferences    Accept All Cookies    ✕



Rich as F*ck: More Money Than You Know Wh...
by Amanda Frances, Cara Alwill (Foreword by)

Paperback
$15.99

Add to Cart    Pick up in Store

---

**LightworkerGirlLA**

Los Angeles

Review 1

Votes 4

★☆☆☆☆ · 2 years ago

**Not A Lot Of Depth In The Content**

There are better books out there on money. It seems like the author recycled what every other money coach is saying. I can't recommend this because it promotes reckless spending without real tangible tools on financial health.

Recommends this product   ✗ No

Helpful?   Yes · 4    No · 5    Report

---

**Anonymous**

Miami, FL

Review 1

Votes 0

★★★★★ · 2 years ago

**Great Read On Money Abundance!**

I read this book in three days and keep going back to it over and over because it is such a great tool to get your mindset right and focus on what you want. If you want to get real about money without feeling horrible about spending it like other books make you believe then you should give this a read. It's super easy to read and provides a lot of insight for you to get in the right mentality to receive and create abundance with your cash flow.

Recommends this product   ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

**morrillofthestory**

Review 1

Votes 0

★★★★★ · a year ago

**This Book Will Change Your Life**

I am one of those people who read over 100 books per year and a lot of them are finance, listen... this is the only money book you ever need to read. Trust me.

Recommends this product   ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

**Lzskim**

Review 1

Votes 0

★★★★★ · 2 years ago

**Incredible Book By An Incredible Author**

I could read this book over and over again. If you're wanting things to start going better for you with money, then go ahead and buy this book.

Recommends this product   ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

**Hannahkohler**

NM

Review 1

Votes 0

★★★★★ · 2 years ago

**Do Not Go Another DAY Without These Principles**

You will thank yourself

Recommends this product   ✓ Yes

Helpful?   Yes · 0    No · 0    Report

---

Recently Viewed

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy.

Manage Preferences    Accept All Cookies    ✕

Document title: Rich as F*ck: More Money Than You Know What to Do With by Amanda Frances, Paperback | Barnes &amp; Noble®
Capture URL: https://www.barnesandnoble.com/w/rich-as-f-ck-amanda-frances/1138495914
Capture timestamp (UTC): Fri, 15 Dec 2023 20:25:40 GMT



Rich as F*ck: More Money Than You Know What to Do With
by Amanda Frances, Cara Alwill (Foreword by)

Paperback
$15.99

Add to Cart          Pick up in Store

---

## Recently Viewed
Clear All



Rich as F*ck: More Money
Than You Know What to D...
by Amanda Frances
⭐⭐⭐⭐⭒

---

## Related Searches

< | 🔍 Fifty Shades Trilogy | 🔍 Margaret Stohl | 🔍 How Women Rise: Br... | 🔍 Safe Spaces for Black... | 🔍 Thrive: The Third Me... | >

---

## Explore More Items

    

< | Freed: Fifty Shades Freed as Told by Christian | Darker: Fifty Shades Darker as Told by Christian | Fifty Shades Trilogy: Fifty Shades of Grey, Fifty Shades Darker,... | Grey: Fifty Shades of Grey as Told by Christian | THE MIGHTY CAPTAIN MARVEL VOL. 3: DARK... | >

See Details | See Details | See Details | See Details | See Details

---

      

B&N APPS | B&N AUDIOBOOKS | B&N READS BLOG | B&N PODCAST | B&N MEMBERSHIP | IN STORE PICKUP | GIFT CARDS | STORES & EVENTS | B&N MASTERCARD

---

**B&N SERVICES**
Affiliate Program
Publisher & Author Guidelines
Bulk Order Discounts
B&N Mobile Apps

**ABOUT US**
About B&N
Careers at B&N
Barnes & Noble, Inc.
B&N Kitchen

**QUICK HELP**
Help Center
Covid Safety
Shipping & Returns
Store Pickup

**SHOP BY CATEGORY**
Books
Fiction
Nonfiction
Kids

**FIND A STORE**
Store name, location, or ZIP code

**SIGN UP FOR SAVINGS, NEWS, AND UPDATES**
Email Address

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy

Manage Preferences          Accept All Cookies          ✕



Rich as F*ck: More Money
Than You Know What to D...
by Amanda Frances
★★★★½

## Related Searches

| | | | | |
|---|---|---|---|---|
| 🔍 Fifty Shades Trilogy | 🔍 Margaret Stohl | 🔍 How Women Rise: Br... | 🔍 Safe Spaces for Black... | 🔍 Thrive: The Third Me... |

## Explore More Items











| | | | | |
|---|---|---|---|---|
| Freed: Fifty Shades Freed as Told by Christian | Darker: Fifty Shades Darker as Told by Christian | Fifty Shades Trilogy: Fifty Shades of Grey, Fifty Shades Darker,... | Grey: Fifty Shades of Grey as Told by Christian | THE MIGHTY CAPTAIN MARVEL VOL. 3: DARK... |
| See Details | See Details | See Details | See Details | See Details |


B&N APPS


B&N AUDIOBOOKS


B&N READS BLOG


B&N PODCAST


B&N MEMBERSHIP


IN STORE PICKUP


GIFT CARDS


STORES & EVENTS


B&N MASTERCARD

**B&N SERVICES**

Affiliate Program

Publisher & Author Guidelines

Bulk Order Discounts

B&N Mobile Apps

B&N Membership

B&N Mastercard

B&N Bookfairs

B&N Press

**ABOUT US**

About B&N

Careers at B&N

Barnes & Noble, Inc.

B&N Kitchen

**QUICK HELP**

Help Center

Covid Safety

Shipping & Returns

Store Pickup

Order Status

Product Recalls

Corrections & Updates

Gift Cards

**SHOP BY CATEGORY**

Books

Fiction

Nonfiction

Kids

Teens & YA

eBooks

Audiobooks

NOOK Tablets & eReaders

**FIND A STORE**



Store name, location, or ZIP code ❯

**SIGN UP FOR SAVINGS, NEWS, AND UPDATES**

Email Address ❯

Submit your email address to receive Barnes & Noble offers & updates. You can view Barnes & Noble's Privacy Policy here. Unsubscribe from our emails at any time.

**FOLLOW US**


    

Terms of Use   Copyright & Trademark   Privacy   Do Not Sell My Personal Information   Accessibility   Cookie Policy   Sitemap                    ©1997-2023 Barnes & Noble Booksellers, Inc.

Barnes & Noble uses cookies to offer you a better user experience. By clicking "Accept All Cookies" you agree to the storing of cookies on your device in accordance with our Cookie Policy.    Manage Preferences    Accept All Cookies    ✕

Page Vault

| | |
|---|---|
| Document title: | Rich as F*ck by Amanda Frances; Cara Alwill |
| Capture URL: | https://www.booksamillion.com/p/Rich-Fck/Amanda-Frances/9781735375106?id=9026675807928 |
| Page loaded at (UTC): | Fri, 15 Dec 2023 20:18:47 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 20:19:15 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | oeRYgbYBe31aWaSZk3a3zW |
| User: | fe-athimons |

Get FREE SHIPPING Every Day, Every Order! Join Our Millionaire's Club! - click here

My Store: Rockaway, NJ | Pickup from 10 - 9

Millionaire's Club    Educators    Events    Gift Cards    Help

**BAM!** Books-A-Million

 Store Finder    Sign In     Cart

Enter Title, ISBN or Author

HOLIDAY SHOP    BOOKS    MANGA    #BOOKTOK    *Autographed*    KIDS    YOUNG ADULT    FUNKO    POP CULTURE    TOYS & GAMES    VINYL SHOP    SALE



👍 Like 0    🐦 Tweet    📌 Save

## Rich as F*ck : More Money Than You Know What to Do With
by Amanda Frances and Cara Alwill

☆☆☆☆☆ 0.0   No Ratings   Write the First Review

**Paperback**
**$15.99**

**Add to Cart** 🛒

+ Add to Wishlist

*affirm* Financing available on orders $35+. Learn more

🚚 **Ship to Me**
✅ In Stock.
FREE Shipping for Club Members ❓

🏬 **In-Store Pickup**
❌ Out of stock at your store.
**Rockaway**
Store Hours & Info | Directions | Change Store

---

### Overview

**READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH?**

For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading Rich As F*ck is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried by debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In Rich As F*ck, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

### Details                                                                 +

### BAM Customer Reviews                                                     +

    

Get the latest on trends, deals, and promotions

Enter your email address    Sign Up

**RELATED LINKS**   New Non-Fiction Books    Harry Potter    New & Coming Soon Funko

**SHOP**
Books
eBooks
Kids-A-Million
Teen
Bargain Books

**SERVICES**
Millionaire's Club
Affiliate Program
Business Services
Education Services
Gift Cards

**COMPANY**
Find a Store
About Us
Career Opportunities
For Authors & Publishers
Contact Us
Read Our Blog
Digital Accessibility

**HELP**
Help Desk
Manage My Account
Reset My Password
Shopping Cart
Shipping Info
Where's My Order?
Returns

**JOIN THE MILLIONAIRE'S CLUB**
Join the Millionaire's Club and receive FREE SHIPPING, plus tons of exclusive benefits and offers.
JOIN THE CLUB NOW >

✕    Live Chat

© 1996–2023 Books-A-Million, Inc. All rights reserved. BOOKSAMILLION.COM | Joemuggs.com | Terms and Conditions | Privacy Policy

| | |
|---|---|
| Document title: | Rich as F*ck: More Money Than You Know What to Do With: Amanda Frances: Trade Paperback: 9781735375106: Powell's Books |
| Capture URL: | https://www.powells.com/book/rich-as-fck-9781735375106 |
| Page loaded at (UTC): | Fri, 15 Dec 2023 20:21:57 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 20:22:21 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 9qwAkTme1U4Q57YEe1AFNJ |
| User: | fe-athimons |

PDF REFERENCE #:     6uVGNYTbuD8VrBMDVh8Gbv



CART | MY ACCOUNT | WISH LIST | HELP | 800-878-7323

HELLO, | LOGIN

Search 🔍

BROWSE          USED          STAFF PICKS          GIFTS          SELL BOOKS          BLOG          EVENTS          FIND A STORE


CERTIFIED SECURE

**DON'T MISS**

- Powell's Picks of the Season
- The Best Books of 2023
- Powell's Author Events
- Oregon Battle of the Books
- Audio Books

**VISIT OUR STORES**





Kelsey Ford: **Powell's at the Movies: Books Paired With 2023 Movies** (0 comment)

2023 wasn't just a great year for books: it was also a great year for movies — we had movies that were grandiose and intimate, movies that made us yearn and movies that made us cringe (complimentary). For the second year in a row, we wanted to bring you a list of books to pair with your favorite movie from 2023...

*Read More ▸*

- Kirsten Berg: **Rare Book Room Dispatch: Robert Frost Collection** (0 comment)
- Michelle Carroll: **Neck the Halls: 19 Holiday Romances, Both Naughty and Spice** (0 comment)

# Rich as F*ck: More Money Than You Know What to Do With

by Amanda Frances

• Comment on this title

**ISBN13:** 9781735375106
**ISBN10:** 1735375101

All Product Details

## What Our Readers Are Saying

Be the first to share your thoughts on this title!

## Product Details

**ISBN:** 9781735375106
**Binding:** Trade Paperback
**Publication date:** 01/11/2021
**Publisher:** Amanda Frances Inc.
**Language:** English
**Pages:** 276
**Height:** .58IN
**Width:** 5.50IN
**LCCN:** 2020924679
**Author:** Amanda Frances
**Oth:**     Cara Alwill



### SHIPPING OPTIONS

**ADD TO CART**

$15.99
New Trade Paperback

Available at a Remote Warehouse. Ships separately from other items. Additional shipping charges may apply. Not available for In Store Pickup. More Info

**ADD TO WISHLIST**



| Qty | Store |
|-----|-------|
| 20 | Remote Warehouse |

USED BOOK ALERT          Receive an email when this ISBN is available used.

This title in other editions
• New, Hardcover, $24.95

HELP          GUARANTEE          MY ACCOUNT          CAREERS
ABOUT US          SECURITY          WISH LIST          PARTNERS
CONTACT US          SHIPPING          TRANSPARENCY          SITEMAP
                                 ACT MRF

© 2023 POWELLS.COM TERMS

**Page Vault**

| | |
|---|---|
| Document title: | Rich As F*ck - By Amanda Frances (paperback) : Target |
| Capture URL: | https://www.target.com/p/rich-as-f-ck-by-amanda-frances-paperback/-/A-83291825 |
| Page loaded at (UTC): | Tue, 19 Dec 2023 16:54:09 GMT |
| Capture timestamp (UTC): | Tue, 19 Dec 2023 16:55:47 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 4 |
| Capture ID: | juWuHJEpUv9NTcJxUkriPc |
| User: | fe-athimons |

PDF REFERENCE #:    52d5okXyjsF1yuAU1byTJN





98119 Seattle Pike Place Registry Weekly Ad RedCard Target Circle Find Stores

Categories Deals What's New Pickup & Delivery What can we help you find? Sign in

**Ship holiday gifts to your door on time**
Order **select gifts** by **Wednesday, 12/20 at 12pm CST** to get them by Christmas Eve.

Join Target Circle™ to get perks, deals & more, every time you shop Sponsored

Target / Movies, Music & Books / Books / Non-Fiction

# Rich as F*ck - by Amanda Frances (Paperback)

★★★★★ 2

**$13.99** MSRP $15.99
Save $2.00 (13% off)
When purchased online

**Ship to 98119** Edit location

Get it by Fri, Dec 29
Free shipping with RedCard or $35 orders - Exclusions Apply.

This item isn't sold in stores

Qty 1 | **Add to cart**

Create or manage registry | Sign in

**Save 5% every day**
With RedCard

**Pay over time**
With Affirm on orders over $100

**Join circle to get perks, deals & more, every time you shop**
Sponsored

**Already have this product?**
**Snap a pic for all to see!**

Upload photo

## About this item

### Details

**Description**

**About the Book**

Document title: Rich As F*ck - By Amanda Frances (paperback) : Target
Capture URL: https://www.target.com/p/rich-as-f-ck-by-amanda-frances-paperback/-/A-83291825
Capture timestamp (UTC): Tue, 19 Dec 2023 16:55:47 GMT

### Rich as F*ck - by Amanda Frances (Paperback)

★★★★★ 2 ⌄

**$13.99** ~~MSRP $15.99~~
Save $2.00 (13% off)
When purchased online ⓘ

Qty 1 ⌄   [Add to cart]

In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

**Book Synopsis**

**READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH?**
For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading *Rich As F*ck* is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried by debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

[Show less]

---

⌄ Specifications

---

⌄ Shipping & Returns

---

⌄ Q&A

---

**Save up to $170 on** select Beats headphones   A gift that is made for music.     
Sponsored

## Similar items



$22.95
Official Get Rich Guide to Information Marketing - 2nd Edition by Robert…

[Add to cart]



$34.99
A Millionaire's Guide How to Become Sustainably Rich - by Clay Clark…

[Add to cart]



$22.99
Start Your Own Airbnb Business - by The Staff of Entrepreneur Media &…

[Add to cart]



$22.99
Social Media Made Me Rich - by Matthew Loop (Paperback)

[Add to cart]



$14.49
Start Your Own Virtual Assistant Business - by The Staff of Entrepreneur…

[Add to cart]



$14.99
Start Your Own Travel Business - (Startup) 2nd Edition by The Staff of…

[Add to cart]



$16.5
Star Impo (Star

[Add]



---

Document title: Rich As F*ck - By Amanda Frances (paperback) : Target
Capture URL: https://www.target.com/p/rich-as-f-ck-by-amanda-frances-paperback/-/A-83291825
Capture timestamp (UTC): Tue, 19 Dec 2023 16:55:47 GMT



**Rich as F*ck - by Amanda Frances (Paperback)**

⭐⭐⭐⭐⭐ 2 ⌄

$13.99 ~~MSRP $15.99~~
Save $2.00 (13% off)
When purchased online ⓘ

Qty 1 ⌄

**Add to cart**

change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried in debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

Show less

---

⌄ Specifications

---

⌄ Shipping & Returns

---

⌄ Q&A

---

**Save up to $170 on** select Beats headphones    A gift that is made for music.    

Sponsored

## Similar items



$22.95
Official Get Rich Guide to Information Marketing - 2nd Edition by Robert...

**Add to cart**



$34.99
A Millionaire's Guide How to Become Sustainably Rich - by Clay Clark...

**Add to cart**



$22.99
Start Your Own Airbnb Business - by The Staff of Entrepreneur Media &...

**Add to cart**



$22.99
Social Media Made Me Rich - by Matthew Loop (Paperback)

**Add to cart**



$14.49
Start Your Own Virtual Assistant Business - by The Staff of Entreprene...

**Add to cart**



$14.99
Start Your Own Travel Business - (Startup) 2nd Edition by The Staff of...

**Add to cart**



$16.5
Star Imp (Sta

Add

● ○ ○ ○ ○

## Related categories

Non-Fiction    All Book Genres    Fiction    Diet, Health & Fitness Books    Poetry    Kids' Books

---

🔒 Page Vault

| | |
|---|---|
| Document title: | Rich As F*ck : More Money Than You Know What to Do With (Hardcover) - Walmart.com |
| Capture URL: | https://www.walmart.com/ip/Rich-As-F-ck-More-Money-Than-You-Know-What-to-Do-With-Hardcover-9781735375151/350158627 |
| Page loaded at (UTC): | Fri, 15 Dec 2023 20:22:41 GMT |
| Capture timestamp (UTC): | Fri, 15 Dec 2023 20:23:07 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | uZFXgrFXZ54WbVKgxPXgZh |
| User: | fe-athimons |

PDF REFERENCE #:     maVKXYBwpfWHCDh4vWpT7Y

  

Departments   Services   Search everything at Walmart online and in store   My Items   Sign In Account

How do you want your items?   |   Seattle, 98119   Bellevue Neighborhood Market

Deals   Grocery & Essentials   Gift Finder   Christmas Shop   Electronics   Toy Shop

Books / All Books





Amanda Frances; Cara Alwill

### Rich As F*ck : More Money Than You Know What to Do With (Hardcover)

★★★★★ (5.0) 1 review

**$21.99**

Price when purchased online ⓘ

[ Add to cart ]

Up to 60% off gifts            Explore deals

**How do you want your item?**

 Shipping Arrives Jan 4

 Pickup Not available

 Delivery Not available

Delivery to  Seattle, 98119

☀ Sold and shipped by Walmart.com

🔵 Free 90-day returns  Details

♡ Add to list          🗓 Add to registry

**More seller options (5)**

starting from $24.23

Compare all sellers

Walmart+  Get free delivery, shipping and more*

*Restrictions apply  Start 30-day free trial

### Similar items you might like

Based on what customers bought



+ Add

$22.00
The Red Abalone Shell (Hardcover)

3+ day shipping



+ Add

$21.79
Le ménagier de Paris (v. 1 & 2) (Paperback)

3+ day shipping



+ Add

$22.08
Wealth Management in the New Economy: Investor Strategies fo...

3+ day shipping

100+ bought since yesterday



+ Add

Now $16.99   $29.99
The Empyrean: Fourth Wing (Series #1) (Hardcover)

★★★★★ 348

2-day shipping

Sponsored



$19.75
Penny Dell Favorite Large Print Word Seek 8-Pack...

★★★★☆ 11

3+ day shipping

+ Add





**More savings**

| | | | |
|---|---|---|---|
| $27.99 | Now $17.00 ~~$24.88~~ | Now $19.99 ~~$49.99~~ | Now $29.99 ~~$54.08~~ |
| Eileen Christelow Five Little Monkeys Story: Five Little Monkeys B... | The Bob Shea Collection (4-Book Box Set) | Gregor The Underground Chronicles Boxed Set... | Ordinary People Change the World 10 Book Boxed Set |
| 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |

**$21.99**

Price when purchased online ⓘ

Add to cart

Up to 60% off gifts          Explore deals

**How do you want your item?**

| 🚚 Shipping Arrives Jan 4 | 🚗 Pickup Not available | 🛍 Delivery Not available |

Delivery to Seattle, 98119

✳ Sold and shipped by Walmart.com

🔵 Free 90-day returns  Details

## About this item

### Product details ⌃

**READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH?**

For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading *Rich As F*ck* is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried in debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

Rich As F*ck: More Money Than You Know What to Do With (Hardcover)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications ⌃

**Language**
English

**Publisher**



## More savings

**$27.99**

Eileen Christelow Five Little Monkeys Story: Five Little Monkeys B...

3+ day shipping

**Now $17.00** ~~$24.00~~

The Bob Shea Collection (4-Book Box Set)

3+ day shipping

**Now $19.99** ~~$49.99~~

Gregor The Underground Chronicles Boxed Set...

3+ day shipping

**Now $29.99** ~~$54.00~~

Ordinary People Change the World 10 Book Boxed Set

3+ day shipping

**$21.99**

Price when purchased online ⓘ

**Add to cart**

Up to 60% off gifts          Explore deals

### How do you want your item?

| Shipping | Pickup | Delivery |
| Arrives Jan 4 | Not available | Not available |

Delivery to **Seattle, 98119**

Sold and shipped by Walmart.com

Free 90-day returns  Details

## About this item

### Product details                                          ⌃

**READY FOR MORE MONEY THAN YOU KNOW WHAT TO DO WITH?**

For too long, the subject of money has been shrouded in fear, secrecy, and anxiety. It's time to look behind the curtain at money, while stepping into the empowered financial reality that is available to you. Reading *Rich As F*ck* is sure to ignite an avalanche of change in the most important areas of your life. Once you finally see money for what it is and realize your power over your finances, life will never be the same. It's time you know the truth about money. It's time for you to have more money than you know what to do with. This is your blueprint.

Whether you experience debilitating anxiety when thinking about your bills, are buried in debt, feel guilty for wanting more than you have, are stuck in a feast-or-famine cycle, if money has always been the problem for you and never a solution, or if you are simply seeking the next steps on your path of financial growth, this revolutionary book holds your answers. In *Rich As F*ck*, Amanda Frances demystifies the topic of money, cracking the code of financial liberation and abundance. Her magnetic words will open your heart and mind and help you see the truth about how money actually works.

Rich As F*ck: More Money Than You Know What to Do With (Hardcover)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

### Specifications                                           ⌃

**Language**
English

**Publisher**



**Publisher**
Amanda Frances Inc.

**Book Format**
Hardcover

**Original Languages**
English

**Number of Pages**
276

**Author**
Amanda Frances

**Title**
Rich As F*ck

**ISBN-13**
9781735375151

**Publication Date**
January, 2021

**Assembled Product Dimensions (L x W x H)**
8.50 x 5.50 x 0.69 Inches

**ISBN-10**
1735375152

**$21.99**

Price when purchased online ⓘ

**Add to cart**

Up to 60% off gifts        Explore deals

**How do you want your item?**

| 🚚 Shipping<br>Arrives Jan 4 | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |
|---|---|---|

Delivery to  **Seattle, 98119**

❄ Sold and shipped by Walmart.com

🔵 Free 90-day returns  Details

**Warranty**  ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

**Earn 5% cash back on Walmart.com.** See if you're pre-approved with no credit risk.    Learn more





Excelente book, very good

Juana

👍 0    👎 0

**See all reviews**

**Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.

Learn more.

💬 Report incorrect product information

**Up to 60% off gifts**    Explore deals

**How do you want your item?**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Jan 4 | Not available | Not available |

Delivery to **Seattle, 98119**

Sold and shipped by Walmart.com

Free 90-day returns   Details

## Customers also considered

100+ bought since yesterday








| | | | | | |
| --- | --- | --- | --- | --- | --- |
| + Add | + Add | + Add | + Add | + Add | + Add |
| $23.10 | $20.87 | **Now $20.83** ~~$24.99~~ | $16.32 | $16.16 | $13.95 |
| Mamkhize: My World, My Rules (Paperback) | The Woman in Me by Britney Spears (Hardcover) | Done With Broke : The Woman Physician's Guide to More Money... | F$ck You Money (Hardcover) | Kasha Money Rules (Paperback) | Pussi Power (Paperback) |
| 3+ day shipping | ★★★★★ 142 | 3+ day shipping | 3+ day shipping | 3+ day shipping | 3+ day shipping |
| | 2-day shipping | | | | |