# Exhibit 9

Page Vault

| | |
|---|---|
| Document title: | AF | definition in the Cambridge English Dictionary |
| Capture URL: | https://dictionary.cambridge.org/us/dictionary/english/af |
| Page loaded at (UTC): | Mon, 18 Dec 2023 20:40:41 GMT |
| Capture timestamp (UTC): | Mon, 18 Dec 2023 20:41:20 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | 2JXREnhDNnAH1gpEthMY4W |
| User: | fe-athimons |



Meaning of *AF* in English

# AF

informal  offensive (also **af**)

written abbreviation for **as fuck: used, for example on social media and in text messages, for emphasizing something:**

- *He can be dumb AF sometimes.*
- *They're rich af.*

— Fewer examples

- *This is stupid AF.*
- *The pains were bad AF last night.*
- *Here's how to make yourself feel better when you're as sad AF.*

*(Definition of AF from the Cambridge Advanced Learner's Dictionary & Thesaurus © Cambridge University Press)*

## Translations of AF

in Chinese (Traditional)

真他媽的（ **as fuck** 的縮寫，用作強調，多用於社群媒體或手機簡訊等）…

See more

in Chinese (Simplified)

真他妈的（ **as fuck** 的缩写，用作强调，多用于社交媒体或手机短信等）…

See more

Need a translator?

Get a quick, free translation!

**Translator tool**

## Browse

aesthetics

aestivation **BETA**

aet

aetiology

**AF**

AFAB

afaik

afar

AFC



Try our new word game

**Word Scramble**

**Play now**

More meanings of *AF*

— All

AF, at atrial fibrillation

See all meanings

WORD OF THE DAY

# calligraphy

UK /kəˈlɪɡ.rə.fi/

US /kəˈlɪɡ.rə.fi/

(the art of producing) beautiful writing, often created with a special pen or brush

**About this**

BLOG

Hints, hacks and pointers (Words meaning 'advice')

December 13, 2023

**Read More**



## Translations of AF

**in Chinese (Traditional)**

真他媽的（as fuck的縮寫，用作強調，多用於社群媒體或手機簡訊等）…

See more

**in Chinese (Simplified)**

真他妈的（as fuck的缩写，用作强调，多用于社交媒体或手机短信等）…

See more

### Need a translator?

Get a quick, free translation!

Translator tool

### calligraphy

UK /kəˈlɪɡ.rə.fi/
US /kəˈlɪɡ.rə.fi/

(the art of producing) beautiful writing, often created with a special pen or brush

About this

## Browse

aesthetics

aestivation BETA

aet

aetiology

**AF**

AFAB

afaik

afar

AFC

**BLOG**

Hints, hacks and pointers (Words meaning 'advice')

December 13, 2023

Read More

**NEW WORDS**

dexting

December 18, 2023

More new words



### LEARN

New Words
Help
In Print
Word of the Year 2021
Word of the Year 2022
Word of the Year 2023

### DEVELOP

Dictionary API
Double-Click Lookup
Search Widgets
License Data

### ABOUT

Accessibility
Cambridge English
Cambridge University Press & Assessment
Cookies Settings
Cookies and Privacy
Corpus
Terms of Use

© Cambridge University Press & Assessment 2023

Contents    ENGLISH    TRANSLATIONS    To top

| | |
|---|---|
| Document title: | What Does AF Mean? Here's Where the Abbreviation Comes From |
| Capture URL: | https://www.dailydot.com/unclick/what-does-af-mean/ |
| Page loaded at (UTC): | Mon, 18 Dec 2023 20:45:25 GMT |
| Capture timestamp (UTC): | Mon, 18 Dec 2023 20:46:20 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 9 |
| Capture ID: | 1QUEEHX3MF3cy2o5DH5edJ |
| User: | fe-athimons |

Newsletter



Jesse33/Shutterstock (Licensed) Remix by Jason Reed

# What does AF mean?

This acronym has become popular AF.

Amy-Mae Turner      Internet Culture      Posted on Jun 7, 2018   Updated on Aug 24, 2020, 11:38 am CDT

If you spend any time on Twitter, you probably already know what AF means, but two-letter abbreviations can be a challenge for anyone not clued up on social speak. Or maybe you're genuinely here with a single, though admittedly uncool, question: What does AF mean? Here's everything you need to know.



Featured Video

## What does AF mean?


Advertisement


Newsletter: Don't fall for this UPS text scam


Newsletter: Don't 'trauma dump' at the drive-thru


Newsletter: Exposing what McDonald's 'won't tell y'all'


How Black women are revolutionizing TikTok's princesscore


MAGNA-TILES

Discover Meaningful Play with MAGNA-TILES

MAGNA-TILES Classic 32-Piece Magnetic...
★★★★★ 12,064
$49.99  prime
Shop now

Advertisement

Trending   Tech   Politics   IRL   Memes   Labor   Audsci   TikTok   About

## What does AF mean?



HelloGiggles/Giphy

AF basically stands for "as fuck." It's used after an adjective as an "intensifier" to emphasize the strength of a statement. Think, "I'm extremely tired." In the AF usage, this phrase would become "I'm tired AF" or "tired af."

## The history of AF



HelloGiggles/Giphy

To describe something as "X as fuck" dates back decades. As far as popular culture goes, way back in 1988 N.W.A.'s "Straight Outta Compton" album contained the lyrics "I'm sneaky as fuck when it comes to crime."





Advertisement

The AF abbreviation came later when text speak led to the shortening of phrases. It's thought to have begun in the Los Angeles area, then spread until in 2014 it appeared on Aston University's list of top ten rising words.

Sometimes "asf" can be used to mean the same thing, but the simple AF abbreviation is far more common —and less profane, if that's something you're concerned with.

## Common uses of AF

You can use AF to exaggerate any point you want to make—"I'm hangry AF," "broke af," "she's cute AF," "they late AF," etc. Another common use, especially with memes or reaction GIFs and videos, is to describe something as "me AF."



@SarcasmPage/Twitter

### Lit AF

"Lit af" and "woke af" are two zeitgeisty examples which will spring to mind for many. "Lit," a word that used to mean very stoned but now means cool, dope, excellent, etc, is often followed with AF on social media.





10% off coupon
ONLYU Remanufactured Ink
Cartridge Replacement for HP Ink ...



**Sonny Bunch** ✓
@SonnyBunch

Follow ⌄

# Fox News's ROSEANNE is going to be lit af.

12:49 PM - 29 May 2018

**117** Retweets **708** Likes

## Woke AF

Advertisement

Meanwhile describing someone (or in this example something) as "woke AF" is now fairly mainstream.

**Aisha Tyler** ✓
@aishatyler

Follow ⌄

# When your dictionary is woke AF

**Dictionary.com** ✓ @Dictionarycom
Bizarre is one word to describe Roseanne's comments about Valerie Jarrett, or you
could use this one: dictionary.com/browse/racist twitter.com/CNNMoney/statu...

3:23 PM - 29 May 2018

**154** Retweets **1,098** Likes

## Thirsty AF

Thirsty, in the basest of terms, refers to someone who is desperate for attention, usually of a sexual
nature. For instance, you may have heard of someone posting a "thirst trap" or "thirsty AF" picture. This
just means they are thirsty for likes, attention, or perhaps d**k. It depends what they're into!

## How to pronounce AF

The debate rages on over the correct way to pronounce AF if you use it verbally. One option is to say the
letters "A" and "F," so "AY-eff."

**Paige Bartos**
@Paige_Bartos

Follow ⌄

10% off coupon
ONLYU Remanufactured Ink
Cartridge Replacement for HP Ink ...
ONLYU



Case 1:23-cv-10986-DLC   Document 4-9   Filed 12/19/23   Page 10 of 26

Newsletter



Now I'm lost. Do you say "af" or "A-F"

7% "Af"

93% "A-F"

27 votes • Final results

8:57 PM - 3 Jul 2017

@paige_bartos/Twitter

The other is to say "aff."

**Nev**
@NevinHurst

Follow

Say it like af or a-f

69% Af

31% A-f

39 votes • Final results

9:57 PM - 9 Feb 2017

@paige_bartos/Twitter

Clearly, either is acceptable. But the thought is that younger people tend to use "aff" whereas older types prefer the other method, "AY-eff."

## Mainstream AF

**Bryan Ma**
@whoisbma

Follow

Eagerly awaiting the impending death of "AF" slang







Document title: What Does AF Mean? Here&#39;s Where the Abbreviation Comes From
Capture URL: https://www.dailydot.com/unclick/what-does-af-mean/
Capture timestamp (UTC): Mon, 18 Dec 2023 20:46:20 GMT

Page 5 of 8



10:40 PM - 4 Apr 2017

1 Like

@paige_bartos/Twitter

It has been noted that AF has become so much part of the vernacular it has even been used in advertising, leading to some to speculate it will no longer be "cool" vocab for the yoof to use. While it may not so mainstream that your grandma would get the reference, it's clear that AF is no longer just used online.



Paper Supply Station/Amazon

Has AF jumped the shark? Or will it remain popular AF?

READ MORE:

- What does Poke mean on Facebook?
- What is a meme in 2018?
- Here's what bae actually means
- What does WCW mean?







10% off coupon
ONLYU Remanufactured Ink
Cartridge Replacement for HP Ink ...




Advertisement

*Editor's note: This article is regularly updated for relevance.*

Share this article             *First Published: Jun 7, 2018, 6:00 am CDT

 **Amy-Mae Turner**
Amy-Mae Turner is a tech reporter who focuses on gadgets, streaming entertainment, social media, and internet lingo. She previously served as a senior features writer for Mashable.

AdChoices ▷                    Sponsored

## Around The Web



These Washington Banks Just Started Paying Customers All Time High Interest Rates
Savings Pro



Upgrade Your Savings Game with Top National Bank Rates
Savings Pro



Stop Ear Buzzing Instantly
Healthbay.net










10% off coupon
ONLYU Remanufactured Ink Cartridge Replacement for HP Ink ...



These Washington Banks Just Started Paying Customers All Time High Interest Rates

Savings Pro



Upgrade Your Savings Game with Top National Bank Rates

Savings Pro



Stop Ear Buzzing Instantly

Healthbay.net



Falling in Love with These Magical 3d Mugs in a Just One Second!

Libiyi



3D Hourglass Deep Sea Sandscape Whether It's A Gift or Decoration

Libiyi



Podiatrist: Don't Delay, Do This Immediately if You Have Neuropathy

neuroPro



Enlarged Prostate? NASA Doctors Reveal Crucial Solution (Watch)

Daily News



Struggling with Enlarged Prostate? Urologist Reveals: Do This Immediately!

Daily News



Seattle Residents Switching to Free Internet (Their Providers Hate It)

SmartConsumerInsider



Seattle: Actual Whole Mouth Dental Implant Cost in 2023

Smartconsumerinsider.com



The Sleek 2024 Genesis Gv70 is Utter Perfection (Take a Look)

Smartconsumerinsider.com



Seattle: Unsold Abandoned Houses Are Almost Being Given to Anyone

Smartconsumerinsider.com





10% off coupon
ONLYU Remanufactured Ink
Cartridge Replacement for HP Ink ...

Document title: What Does AF Mean? Here&#39;s Where the Abbreviation Comes From
Capture URL: https://www.dailydot.com/unclick/what-does-af-mean/
Capture timestamp (UTC): Mon, 18 Dec 2023 20:46:20 GMT

| | |
|---|---|
| Document title: | AF Definition & Usage Examples \| Dictionary.com |
| Capture URL: | https://www.dictionary.com/browse/AF |
| Page loaded at (UTC): | Mon, 18 Dec 2023 20:46:46 GMT |
| Capture timestamp (UTC): | Mon, 18 Dec 2023 20:47:46 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 6 |
| Capture ID: | svgGxbZpbqnqa8AYqWWtrx |
| User: | fe-athimons |

 **Dictionary.com**   Thesaurus.com

| Start typing any word or phrase 🔍 | | Games   Featured   Pop culture   Writing tips    |

✨ **What did we choose as Vibe of the Year?** <u>Find out</u>   💬   ✕

## af or AF [ ey-ef, af ] SHOW IPA 🔊 ☆

*abbreviation Slang.*

1. as fuck; to a great degree (a euphemistic initialism used as a general intensifier, without explicit vulgarity):
   *He's annoying af.*


TAKE TIME TO BE A DAD TODAY.
LEARN MORE!



Vibe: Word of the Day & Vibe of the Year

NOW PLAYING

Vibe: Word of the Da... | Word of the Year 2023 | Figgy Pudding, What... | We Asked: What Are... | Boilerplate: Word of...

**QUIZ**

## POV: YOU'RE TAKING THE WORD OF THE DAY QUIZ AND IT ROCKS!

**QUIZ**

## POV: YOU'RE TAKING THE WORD OF THE DAY QUIZ AND IT ROCKS!

Share your perspective about the words from December 11–17, 2023!

**QUESTION 1 OF 7**

What does POV mean?

> an indication on an invitation that the favor of a reply is requested.

> the position of the narrator in relation to the story, as indicated by the narrator's outlook from which the events are depicted and by the attitude toward the characters.

> a system used in the U.S. to facilitate the delivery of mail, consisting of a five- or nine-digit code printed directly after the address.

**TAKE THE QUIZ TO FIND OUT**

**ORIGIN OF AF**

First recorded in 2005–10

**WORDS NEARBY AF**

aetiology, Aetna, Aetolia, Aetolus, AEW, af, A.F.A., AFAB, AFAIK, fair shake, a, A.F.A.M.

OTHER DEFINITIONS FOR AF (2 OF 6)

# AF

*abbreviation*

1. Air Force.
2. Anglo-French (def. 3).

SEE MORE

OTHER DEFINITIONS FOR AF- (3 OF 6)

# af-

1. variant of ad- before f: *affect*.

OTHER DEFINITIONS FOR A.F. (4 OF 6)



1. variant of ad- before f: *affect*.

OTHER DEFINITIONS FOR A.F. (4 OF 6)

# a.f.

*abbreviation*
1. audio frequency.

OTHER DEFINITIONS FOR AF (5 OF 6)

# Af.

*abbreviation*
1. Africa.
2. African.

OTHER DEFINITIONS FOR A.F. (6 OF 6)

# A.F.

*abbreviation*
1. Air Force.
2. Anglo-French.

SEE MORE

DICTIONARY.COM UNABRIDGED
BASED ON THE RANDOM HOUSE UNABRIDGED DICTIONARY. © RANDOM HOUSE, INC. 2023

**WORDS RELATED TO AF**

audio, radio frequency

**HOW TO USE AF IN A SENTENCE**

The singer's fan base's reaction to the *af* shirt was so intense, the company pulled the top soon after its release.

HILLARY CLINTON'S HAIR GETS TWITTER ACCOUNTS; TAYLOR SWIFT FANS REPORTEDLY SEND THREATS OVER GRAPHIC TEE | THE FASHION BEAST TEAM | JULY 17, 2013 | THE DAILY BEAST

"They were outside the building and waiting for the girls to go out for a walk," *af* Sandeberg told Swedish news agency TT.

MODELING SCOUTS HUNT FOR FRESH FACES AT SWEDISH EATING DISORDER CLINIC | MISTY WHITE SIDELL | APRIL 19, 2013 | THE DAILY BEAST

From the start of the Obama administration, he had been haunted by Vietnam and skeptical of the *af*-Pak mission.



HILLARY CLINTON'S HAIR GETS TWITTER ACCOUNTS, TAYLOR SWIFT FANS REPORTEDLY SEND THREATS OVER GRAPHIC TEE | THE FASHION BEAST TEAM
| JULY 17, 2013 | THE DAILY BEAST

"They were outside the building and waiting for the girls to go out for a walk," *af* Sandeberg told Swedish news agency TT.

MODELING SCOUTS HUNT FOR FRESH FACES AT SWEDISH EATING DISORDER CLINIC | MISTY WHITE SIDELL | APRIL 19, 2013 | THE DAILY BEAST

From the start of the Obama administration, he had been haunted by Vietnam and skeptical of the *af*-Pak mission.

AN AMERICAN IN FULL | JONATHAN ALTER | DECEMBER 14, 2010 | THE DAILY BEAST

Obama's strategic *af*-Pak adviser Bruce Riedel unravels the plots—and what Osama bin Laden's sudden spate of new messages means.

THE LATEST AL QAEDA ALARMS | BRUCE RIEDEL | OCTOBER 3, 2010 | THE DAILY BEAST

Victory in *af*-Pak, as it is fondly known, is a U.S. vital national interest; the officials could and probably will say.

WHAT THE WIKILEAKS DOCUMENTS REALLY REVEAL | LESLIE H. GELB | JULY 26, 2010 | THE DAILY BEAST

SEE MORE EXAMPLES

ᐯ

---

BRITISH DICTIONARY DEFINITIONS FOR AF (1 OF 4)

# af

*the internet domain name for*
  1. Afghanistan

---

BRITISH DICTIONARY DEFINITIONS FOR AF (2 OF 4)

# AF

*abbreviation for*
  1. Anglo-French
  2. automatic focus

SEE MORE

---

BRITISH DICTIONARY DEFINITIONS FOR A.F. (3 OF 4)

# a.f.

*abbreviation for*
  1. audio frequency

---

BRITISH DICTIONARY DEFINITIONS FOR A/F (4 OF 4)

# A/F

*abbreviation for* (in auction catalogues, etc)
  1. as found



---

1. audio frequency

BRITISH DICTIONARY DEFINITIONS FOR A/F (4 OF 4)

# A/F

*abbreviation for* (in auction catalogues, etc)

1. as found

COLLINS ENGLISH DICTIONARY - COMPLETE & UNABRIDGED 2012 DIGITAL EDITION
© WILLIAM COLLINS SONS & CO. LTD. 1979, 1986 © HARPERCOLLINS
PUBLISHERS 1998, 2000, 2003, 2005, 2006, 2007, 2009, 2012



WORD OF THE DAY
December 18, 2023

**vibe**

*noun* | [ vahyb ] 🔊

SEE DEFINITION

**Browse**

\# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz



Dictionary.com

Thesaurus.com

Grammar Coach™

About

Careers

Shop

Contact us

Advertise with us

Cookies, terms, & privacy

Do Not Sell My Info

Follow us

My account

Get the Word of the Day every day!

Enter your email address     Sign up

By clicking "Sign Up", you are accepting Dictionary.com
Terms & Conditions and Privacy Policies.

© 2023 Dictionary.com, LLC

Vibe: Word of the Day & Vibe of th...
Vibe of the Year 2023
Learn mo...

Document title: AF Definition &amp; Usage Examples | Dictionary.com
Capture URL: https://www.dictionary.com/browse/AF
Capture timestamp (UTC): Mon, 18 Dec 2023 20:47:46 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | What Does "AF" Mean, and How Do You Use It? |
| Capture URL: | https://www.howtogeek.com/711826/what-does-af-mean/ |
| Page loaded at (UTC): | Mon, 18 Dec 2023 21:10:28 GMT |
| Capture timestamp (UTC): | Mon, 18 Dec 2023 21:10:59 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 7 |
| Capture ID: | avMsfQD6dVH5YJNTxQ5obe |
| User: | fe-athimons |

PDF REFERENCE #:          6hQvzWxbR9dQNSAWYmMUSf

≡    How-To Geek    🔔 Newsletter    Log in

Trending    Windows    PC Optimization    iPhone    Android    Streaming    Deals

Home  >  Web

# What Does "AF" Mean, and How Do You Use It?

After learning what this means, you'll be hip AF.

BY **VANN VICENTE**    PUBLISHED APR 23, 2022


WAYHOME studio/Shutterstock.com

Readers like you help support How-To Geek. When you make a purchase using links on our site, we may earn an affiliate commission. Read More.

| Quick Links |
| --- |
| As F*** |
| The History of AF |
| Intense AF |
| How to Use AF |

> AF stands for "as fuck" on the internet and is used to emphasize something in an either humorous or serious way. The lowercase form, af, communicates a lighter and more relaxed tone.

Love your kids?
Make sure


Be prepared with
PROVIABLE®
Multi-Strain Probiotic
for Dogs & Cats





You've probably seen "AF" on your social media feed at least once. Here's what this useful internet modifier means and how to use it to spice up your messages.

## As F***

AF means "as fuck." On the internet, it's an intensifier that emphasizes the meaning of a preceding adjective or adverb. For example, if you want to tell your friend that you're very angry, you'd say, "I'm mad AF." You can find this acronym on all corners of the web, from social media posts on websites like Twitter and Reddit to direct messages between friends.

Internet users write the acronym in both the uppercase "AF" and the lowercase "af." You should note that these two tend to vary in intensity, with "AF" appearing more intense while "af" is more tempered. However, these variations still depend on the context, so read other people's messages carefully before coming to conclusions. AF can also be written as "ASF," but this variety is uncommon.



> ## RELATED:
> ### What Does "NFW" Mean, And How Do I Use It?

It's synonymous with other intensifiers, such as "very" or "incredibly." There are also similar slang phrases, like "as hell" and "as anything." Unlike other slang terms, you typically don't combine AF with other internet acronyms. Most acronyms already convey intense feelings, such as NFW or "no f***ing way" and ROFL or "rolling on the floor laughing."



ANDROID    IPHONE

**Pixel Watch Tips and Tricks**
9 hours ago

**Pictures Won't Download From Gmail on Android? Here's How to Fix It**
1 day ago

**5 Reasons to Get a Samsung Galaxy Tab Instead of an iPad**
1 day ago

**Repairing Your Google Pixel Phone Just Got Easier**
4 days ago

**The Best Android Tablets of 2023**
4 days ago

**How to Automatically Close Tabs on Android**
4 days ago

See More



**TRENDING NOW**


**Proton Mail Now Has a Desktop App**


**Insta360 Ace Pro Review: Flipping the Script**

It's synonymous with other intensifiers, such as "very" or "incredibly." There are also similar slang phrases, like "as hell" and "as anything." Unlike other slang terms, you typically don't combine AF with other internet acronyms. Most acronyms already convey intense feelings, such as NFW or "no f***ing way" and ROFL or "rolling on the floor laughing."

There are several other definitions for this acronym you should be aware of. In medicine, AF can refer to "atrial fibrillation," an irregular heartbeat more commonly known as "AFib" or "arrhythmia." AF may also refer to the "air force" in some countries.

## The History of AF

Compared to other web acronyms that we've covered, AF is a more recent invention. The earliest definition for AF on the internet slang repository Urban Dictionary dates back to 2011 and reads, "the acronym stands for as fuck."

Unlike shortened slang terms that originated in the internet chatroom days, AF came from the social media boom of the early 2010s. The phrase "as f***" was not widespread yet, and its shortened version would come to the internet even later. Nowadays, it's one of the most common slang acronyms on the internet.



You'll find this acronym on popular Tweets, song lyrics, and movies. Many young people also say it aloud, either by spelling out the letters "AF" or saying it as one syllable, "af." In the summer, you might hear someone say, "it's hot af out today."

## Intense AF

### TRENDING NOW


**Proton Mail Now Has a Desktop App**


**Insta360 Ace Pro Review: Flipping the Script**


**10 Tips to Use Apple Mail on Your iPhone Like a Pro**



You can use AF to make nearly any adjective or adverb more intense. A common feature of AF is that it displays strong feelings from the person typing it.

People can use the acronym to display extremely negative emotions towards something. For example, if someone is deeply frustrated with their job, they might say "I'm tired AF" to describe their exhaustion. They might also say, "my boss is annoying AF" if they have unpleasant feelings towards their supervisor.



On the other hand, AF can convey positive feelings towards something. For example, if you're excited about a trip you're going on with your partner, you might tell them that "I'm excited af." When you're in an especially festive mood, you might text your friend, "I'm happy af!"

You can also use AF to describe inanimate objects, situations, or verb modifiers. For example, if someone is running significantly faster than expected, you'd say, "they're running fast af!" Likewise, if you're browsing an online store and are shocked by the prices, you might tweet, "this is expensive AF!"

One of the most common words used with AF is "crazy." You'll see "crazy af" used to describe various situations and things, some of which might not seem that crazy at all. This phrase is occasionally used sarcastically, such as in "wow, this geometry homework is crazy af," so try to read between the lines if you see this phrase.



## TRENDING NOW


**Proton Mail Now Has a Desktop App**


**Insta360 Ace Pro Review: Flipping the Script**


**10 Tips to Use Apple Mail on Your iPhone Like a Pro**



## How to Use AF

Using AF in your internet posts is relatively straightforward. Simply add it to the end of an adjective or adverb that you want to intensify. You can use both lowercase and uppercase, but the lowercase version has become more common in recent years. Note that this term is very informal, so avoid using it in business correspondence.

Here are a few examples of AF in action:

- "That entrance test was hard AF."
- "I'm worried af about my interview tomorrow!"
- "I can't believe it! That's crazy AF!"
- "I saw this creepy horror movie yesterday. The monsters were gross af!"

If you want to learn about other internet slang terms, check out our explainers on TTYL, NVM, and OTOH. You'll be a web-speak pro soon enough!

> **RELATED:**
> **What Does "OTOH" Mean, And How Do You Use It?**

### The Best Tech Newsletter Around

Email Address

**SUBSCRIBE**

By subscribing, you agree to our **Privacy Policy** and may receive occasional deal communications; you can unsubscribe anytime.

f Share    X Share    in Share    Share    F Share    🔗 Copy    ✉ Email

**Related Topics**

WEB   FEATURES   CLOUD & INTERNET

**About The Author**

Vann Vicente   (213 Articles Published)

### TRENDING NOW

**Proton Mail Now Has a Desktop App**

**Insta360 Ace Pro Review: Flipping the Script**

**10 Tips to Use Apple Mail on Your iPhone Like a Pro**

SUBSCRIBE

By subscribing, you agree to our Privacy Policy and may receive occasional deal communications; you can unsubscribe anytime.

| f Share | X Share | in Share | Share | F Share | Copy | Email |

**Related Topics**

WEB   FEATURES   CLOUD & INTERNET

**About The Author**

Vann Vicente   (213 Articles Published)

▷ X

**TRENDING NOW**

Proton Mail Now Has a Desktop App

Insta360 Ace Pro Review: Flipping the Script

10 Tips to Use Apple Mail on Your iPhone Like a Pro

Home  >  Video Games

# 5 Great Steam Deck OLED Upgrades Besides the OLED Screen

A new screen is just one of Steam Deck OLED's many upgrades.

BY **GORAN DAMNJANOVIC**   PUBLISHED 2 DAYS AGO

