# Exhibit 10



**Money Mentality Makeover Mavens - Class of 2021 Peer to Peer Support Group**

Caytlyn Dee · September 9, 2021 ·

I continue to be blown away by how transformative Amanda's work is.

Seriously.

I picked up Rich AF by accident in April. I'd been dabbling in my money beliefs for a few months through Abraham Hicks but her vibe was just a whole new level.

In 2019 I filed bankruptcy.

April, 2021, I left my $75k salary corporate role to pursue my coaching business and attend massage school. I'd saved up about $15k thinking "I can live off this while I attend school for 5 months"

After I left my job, I kept receiving money in unexpected ways - including 2 random checks in the mail. (This is REAL, yall)

I went to Hawaii in July, fully trusting I could release money and I'd be ok.

When I got home, I started school and DECIDED I wasn't tapping into my savings. My business WAS GOING TO WORK.



**Money Mentality Makeover Mavens -- Class of 2017**

Brittany Hammond · June 16, 2021 ·

Woah! Have not posted in here in a while, I'm reading Amanda Frances' RICH AF and doing the journaling around money shame.

When I was a kid I had a paper route that I got fired from 🥺😭.
I remember feeling sheer overwhelm with all the flyers I had to stuff AND bc I was so bullied in school, I felt embarrassed dropping the papers off at all my surroundings neighbours homes.

T... **See more**





**The Spiritual Bad-Ass Boss Lady**
Anastasia Rigby · April 13, 2021 ·

OKKKK I had to type this here in a safe space that I knew would totally understand where I am at...

Credit card debt has always been a scary but at the same time NOT thing for me. Its been neutral.

But do I love paying it off monthly? You bet your ass.

So this month I didn't.
I paid:
$4,000 for our team retreat house
$777 for Amanda Frances Money, God, Flow & Fun course
$300 for the puppy i've been desiring
$350 for a hand tattoo I've longed for
$200 for a now regular house cleaner...
$300 for the rug from huggable i've longed for

And its everything i've ever desired to pay for on a bill.
And I am freaking out.
My old limiting beliefs are "debt is bad, it's going to rack up and you'll feel stuck for a couple months again".
SO I keep reading Rich AF, and Im doing the work, I a doing the homework. And I am trusting that since I am following ALL of my desires, it will all be perfect, and it will all be easy.

So cheers to doing the work, even when we want to puke from other old beliefs that scare us to stop. And here's to going forward remembering we can be rich AF.

And exhale.

44                                                                                          13 comments







# "RICH AF" BY AMANDA FRANCES | THE LEVEL UP BOOK CLUB

30 views • 3 weeks ago

 Noire Oahu

I am so excited to take you guys on this level up journey with me as I reinvent myself. The level up has to start mentally before ...

# Her Power Moves Book Club Rich AF 2024 Study Group





## Rich AF Study Group - Principles of Amanda Frances - Her Power Moves Book Club 2024

47 views • 2 weeks ago

Michelle Y. Talbert

You're never going to believe this! We read **Amanda** Frances's top selling book in December 2022 and our members wanted to go ...


