**your.richbff**  4h

@chelseapatricia I'm signed with Penguin Randomhouse and we did do market research! Her book was a self published manifestation book and my team of editors felt it wasn't similar in terms of content given mine if more actual finance focused!

4 likes    Reply

