```
------------------------------------------X
                                          :
AMANDA FRANCES, INC.,                     :    23cv10986 (DLC)
                                          :
                          Plaintiff,      :    ORDER
                                          :
               -v-                        :
                                          :
PENGUIN RANDOM HOUSE LLC,                 :
                                          :
                          Defendant.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    Having received, on December 20, 2023, the plaintiff's application for a temporary restraining order, it is hereby

    ORDERED that a conference is scheduled for December 20, 2023, at 4:00 p.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
           December 20, 2023

                                                              DENISE COTE
                                      United States District Judge