IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC.,<br><br>    Plaintiff,<br>v.<br>PENGUIN RANDOM HOUSE LLC,<br><br>    Defendant. | Civil Action No. 1:23-cv-10986<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Joseph F. Marinelli, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Amanda Frances Inc. in the above-captioned action. I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 20, 2023

Respectfully submitted,

By: /s/ Joseph F. Marinelli
Joseph F. Marinelli (*pro hac vice* pending)
jmarinelli@fitcheven.com
Danielle K. Muñoz (*pro hac vice* pending)
dmunoz@fitcheven.com
Kerianne A. Strachan (*pro hac vice* pending)
kstrachan@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Thomas M. Kenny
SPIRO HARRISON & NELSON LLC
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042

(973) 232-0881
tkenny@spiroharrison.com

*Attorneys for Plaintiff*
*Amanda Frances, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Joseph F. Marinelli
Joseph F. Marinelli