IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC., | |
|     Plaintiff, | Civil Action No. |
| v. | |
| PENGUIN RANDOM HOUSE LLC, | **AFFIDAVIT OF JOSEPH F. MARINELLI** |
|     Defendant. | |

I, Joseph F. Marinelli, hereby attest:

1.      I am a partner at Fitch, Even, Tabin & Flannery LLP. We represent Plaintiff Amanda Frances Inc. in the above-captioned action.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced action.

3.      I am in good standing of the bar of the Supreme Court of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.      I have read and understood and will follow the Local Rules of the Southern District of New York

I declare under penalties of perjury that the foregoing is true and correct.

Executed in Illinois on December 19, 2023

Signature: *Joseph F. Marinelli*

Signed by: Joseph F. Marinelli

**NOTARIAL CERTIFICATE**

STATE OF ILLINOIS          )
                           )
COUNTY OF COOK             )

Signed and attested before me this 19th day of December, 2023 by Joseph F. Marinelli who signed in front of the notary.

*Darlene Wallace*

Signature of Notary Public
Darlene Wallace

```
OFFICIAL SEAL
DARLENE WALLACE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/27/2026
```

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 19, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Joseph F. Marinelli