IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC.,<br><br>    Plaintiff,<br>v.<br>PENGUIN RANDOM HOUSE LLC,<br><br>    Defendant. | Civil Action No. 1:23-cv-10986<br><br>**PROPOSED ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Kerianne A. Strachan for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Illinois; and that her contact information is as follows:

> Kerianne A. Strachan (IL 6330512)
> kstrachan@fitcheven.com
> FITCH, EVEN, TABIN & FLANNERY LLP
> 120 South LaSalle Street, Suite 2100
> Chicago, Illinois 60603
> Telephone: (312) 577-7000

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Amanda Frances Inc., in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____  _____
                                                                             United States District / Magistrate Judge