**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

AMANDA FRANCES, INC.,

             *Plaintiff*,

      v.

PENGUIN RANDOM HOUSE LLC,

             *Defendant*.

Case No. 1:23-cv-10986-DLC

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned

action as counsel to Defendant PENGUIN RANDOM HOUSE LLC, and that copies of all

papers in this action should be delivered to the undersigned at the address provided below.

DATED:  New York, New York
          December 20, 2023

FROSS ZELNICK LEHRMAN & ZISSU, P.C.


By:/s/ Jason D. Jones
     Jason D. Jones
151 West 42nd Street, 17th Floor
New York, New York 10036
Telephone: (212) 813-5900
Fax: (212) 813-5901
Email:  jjones@fzlz.com

*Attorney for Penguin Random House LLC*

{F5382510.1 }