IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FRANCES, INC.,<br><br>    Plaintiff,<br>v.<br>PENGUIN RANDOM HOUSE LLC,<br><br>    Defendant. | Civil Action No.<br><br>**AFFIDAVIT OF DANIELLE K. MUÑOZ** |

I, Danielle K. Muñoz, hereby attest:

1. I am a partner at Fitch, Even, Tabin & Flannery LLP. We represent Plaintiff Amanda Frances Inc. in the above-captioned action.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced action.

3. I am in good standing of the bar of the Supreme Court of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have read and understood and will follow the Local Rules of the Southern District of New York

I declare under penalties of perjury that the foregoing is true and correct.

I declare under penalties of perjury that the foregoing is true and correct.
Executed in Illinois on December 19, 2023

Signature: _____
Signed by: Danielle Kathleen Munoz

**NOTARIAL CERTIFICATE**

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )

Signed and attested before me this 19th day of December, 2023 by Danielle Kathleen Munoz who signed in front of the notary.

_____
Signature of Notary Public
Darlene Wallace

OFFICIAL SEAL
DARLENE WALLACE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/27/2026

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 19, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

_____
Danielle K. Muñoz