```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv10986 (DLC)
AMANDA FRANCES, INC.,                     :
                          Plaintiff,      :        ORDER
                                          :
              -v-                         :
                                          :
PENGUIN RANDOM HOUSE LLC,                 :
                          Defendant.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    For the reasons stated on the record at the December 20, 2023 hearing in this case, the plaintiff's December 19 application for a Temporary Restraining Order is denied.

DATED: December 20, 2023
       New York, New York

                                                _____
                                                  DENISE COTE
                                     United States District Judge