```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     23cv10986 (DLC)
AMANDA FRANCES, INC.,                    :
                         Plaintiff,      :     SCHEDULING ORDER
                                         :
           -v-                           :
                                         :
PENGUIN RANDOM HOUSE LLC,                :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the conference held on December 20, 2023, any answer or motion to dismiss the complaint shall be served by January 26, 2024. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that in the event there is a motion to dismiss, the plaintiff shall file any amended complaint by February 16, 2024. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by February 16, 2024. Defendant's reply, if any, shall be filed by March 1. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        December 20, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge